**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number *(if known)*: _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Rehme Custom Doors & Lighting, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | dba Rehme Steel Windows & Doors |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-1834237 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3914 Crawford Rd.** <br> Number    Street | **3914 Crawford Rd.** <br> Number    Street |
| **Spicewood**     **TX**   **78669** <br> City                State   Zip Code | **Spicewood**     **TX**   **78669** <br> City                State   Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **TRAVIS** <br> County | Number        Street |
| | City           State   Zip Code |

Copyright © Financial Software Solutions, LLC                                                                              BlueStylus

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**5.**  **Debtor's website (URL)** _____

---

**6.**  **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

---

**7.**  **Describe debtor's business:**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
_____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor    **Rehme Custom Doors & Lighting, Inc.**       Case number *(if known)* _____

     Name

Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes.   District _____ When _____ Case number _____<br>                                 MM/DD/YYYY<br><br>          District _____ When _____ Case number _____<br>                                 MM/DD/YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes   Debtor _____ Relationship _____<br><br>        District _____ When _____<br>                                 MM/DD/YYYY<br><br>        Case number, if known _____ |
| **11.** | **Why is the case filed in *this district*?** | Check all that apply:<br><br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (Check all that apply.)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety<br><br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>        Number         Street |

Copyright © Financial Software Solutions, LLC       BlueStylus

Debtor  **Rehme Custom Doors & Lighting, Inc.**                Case number *(if known)* _____
_____
Name

| | City | State | ZIP Code |
|---|---|---|---|

**Is the property insured?**

■ No

☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

---

| ■ | **Statistical and administrative information** |
|---|---|

**13.** **Debtor's estimation of available funds**

Check one:

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14.** **Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ■ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated assets**

| ☐ $0-$50,000 | ■ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| ☐ $0-$50,000 | ■ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| ■ | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571

**17.** **Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on  **09/09/2022**
                MM / DD / YYYY

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor     **Rehme Custom Doors & Lighting, Inc.**                    Case number *(if known)*
           Name

X _____          **Peter J. Rehme**
   Signature of authorized representative of debtor     Printed name

           Title     **President**

---

18.   **Signature of attorney**

X   **/s/ Christopher Murray**                    Date     **09/09/2022**
    Signature of attorney for debtor                       MM / DD / YYYY

    **Christopher R. Murray**
    Printed name

    **Jones Murray, LLP**
    Firm name

    **602 Sawyer St. Ste. 400**
    Number          Street

    **Houston**                                  **TX**        **77007**
    City                                         State         ZIP Code

    **(832) 529-1999**                           **chris@jonesmurray.com**
    Contact Phone                                Email address

    **24081057**                                 **Texas**
    Bar number                                   State

---

**Fill in this information to identify the case and this filing:**

Debtor Name __**Rehme Custom Doors & Lighting, Inc.**__

United States Bankruptcy Court for the: __**Southern**__ District of __**Texas**__
                                                       (State)

Case number (*If known*): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Declaration of Electronic Filing, List of Equity Shareholders, Unanimous Shareholder Resolution

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/9/2022__
     MM / DD / YYYY

✗ _____
      Signature of individual signing on behalf of debtor

      __Peter J. Rehme__
      Printed name

      __President__
      Position or relationship to debtor

---

**Fill in this information to identify your case:**

Debtor Name   **Rehme Custom Doors & Lighting, Inc.**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 206Sum

### Summary of Your Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summarize Your Assets |
| --- | --- |

| | **Your assets**<br>Value of what you own |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ **128,978.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $ **872,392.06**

   1b. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $ **1,001,370.06**

| Part 2: | Summarize Your Liabilities |
| --- | --- |

| | **Your liabilities**<br>Amount you owe |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................................... $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................ $ **0.00**

   3a. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F....................... + $ **4,944,534.44**

4. **Total liabilities** ........................................................................... $ **4,944,534.44**
   Lines 2 + 3a + 3b

**Fill in this information to identify your case:**

Debtor Name   **Rehme Custom Doors & Lighting, Inc.**

United States Bankruptcy Court for the:   **Southern District of Texas**

Case number (*If known*):

☑ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ _____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
|---|---|---|---|---|---|
| 3.2 | Prosperity Bank | Money Market Account | 0676 | $ | 317.10 |
| 3.1 | Prosperity Bank | Checking Account | 0376 | $ | 190,297.32 |

4. **Other cash equivalents** (*Identify all*)

5. **Total of Part 1**

   $ 190,614.42

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

Debtor     **Rehme Custom Doors & Lighting, Inc.**                                   Case number *(if known)* _____
           Name

---

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**
    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.                              $ _____ 0.00

---

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

    **11a. 90 days old or less:** _____ 148,012.86 - _____ 0.00 = $ _____ 148,012.86
                                  face amount        doubtful or uncollectible accounts

    **11b. Over 90 days old:** _____ 0.00 - _____ 0.00 = $ _____ 0.00
                               face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ _____ 148,012.86

---

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**
    ☐ No. Go to Part 5.
    ☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                          % of ownership:

---

**Schedule A/B: Property**
Copyright © Financial Software Solutions, LLC

Debtor   **Rehme Custom Doors & Lighting, Inc.**                    Case number *(if known)* _____
_____
Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Name of fund or stock:

17. **Total of Part 4**                                                                    $ _____ 0.00

     Add lines 14 through 16. Copy the total to line 83.

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| **See the Inventory Summary at the attached "Attachment A"** | **7/31/2022** <br> MM / DD / YYYY | $ 338,718.20 | Book Value | $ 338,718.20 |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**                                                                   $ _____ 338,718.20

     Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ☑ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☑ No
    - ☐ Yes

     Book value  $ _____ 0.00  Valuation method _____  Current Value  $ _____ 0.00

26 **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

Copyright © Financial Software Solutions, LLC                                                     BlueStylus

Debtor    **Rehme Custom Doors & Lighting, Inc.**      Case number *(if known)* _____
      Name

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☐ No. Go to Part 6.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| **29. Farm animals Examples: Livestock, poultry, farm-raised fish** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| **30. Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |

33. **Total of Part 6**

     Add lines 28 through 32. Copy the total to line 85.      | $ _____ 0.00 |

34. **Is any of the property listed in Part 6 perishable?**
- ☑ No
- ☑ Yes. Is any of the debtor's property stored at the cooperative?
  - ☑ No
  - ☑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☑ Yes

     Book value   $ _____ 0.00   Valuation method _____   Current Value   $ _____ 0.00

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☑ No
- ☑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☑ No
- ☑ Yes

---

Copyright © Financial Software Solutions, LLC     

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 6.
■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| | $ 0.00 | | $ 0.00 |
| **40. Office fixtures** | | | |
| | $ 0.00 | | $ 0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** **See Company Asset List attached as "Attachment B".** | $ 9,922.89 | Book Value | $ 9,922.89 |
| **42. Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles** | $ 0.00 | | $ 0.00 |

43. **Total of Part 7**

Add lines 38 through 42. Copy the total to line 86.

| | $ 9,922.89 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45 **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** **See Company Asset List attached as "Attachment B"** | $ 19,588.00 | Book Value | $ 19,588.00 |

48. **Watercraft, trailers, motors, and related accessories Examples:** Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Official Form 206A/B                    **Schedule A/B: Property**                    page 5 of 9

Debtor     **Rehme Custom Doors & Lighting, Inc.**                              Case number *(if known)*  _____
           Name

|  | | | | | |
|---|---|---|---|---|---|
| _____ | $ | 0.00 | _____ | $ | 0.00 |

49. **Aircraft and accessories**

|  | | | | | |
|---|---|---|---|---|---|
| _____ | $ | 0.00 | _____ | $ | 0.00 |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   **See Company Asset List attached as "Attachment B"**      $ 129,267.00   Book Value   $ 129,267.00

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.

   $ 148,855.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ◻ Yes

53 **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ◻ Yes

---

**Part 9:**  **Real property**

54. **Does the debtor own any inventory (excluding agriculture assets)?**
   ◻ No. Go to Part 6.
   ■ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **See Company Asset List attached as "Attachment B"** | _____ | $ 128,978.00 | Book Value | $ 128,978.00 |

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 128,978.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ◻ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ◻ No
   ◻ Yes

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor  **Rehme Custom Doors & Lighting, Inc.**                    Case number *(if known)* _____
Name

---

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☑ No. Go to Part 11.
- ■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

60. **Patents, copyrights, trademarks, and trade secrets**

| U.S. Patent No. 11248412 | $ 36,268.69 | Book Value | $ 36,268.69 |
| --- | --- | --- | --- |

61. **Internet domain names and websites**

| _____ | $ 0.00 | _____ | $ 0.00 |
| --- | --- | --- | --- |

62. **Licenses, franchises, and royalties**

| _____ | $ 0.00 | _____ | $ 0.00 |
| --- | --- | --- | --- |

63. **Customer lists, mailing lists, or other compilations**

| _____ | $ 0.00 | _____ | $ 0.00 |
| --- | --- | --- | --- |

64. **Other intangibles, or intellectual property**

| _____ | $ 0.00 | _____ | $ 0.00 |
| --- | --- | --- | --- |

65. **Goodwill**

| _____ | $ 0.00 | _____ | $ 0.00 |
| --- | --- | --- | --- |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| $ 36,268.69 |
| --- |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ■ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☑ Yes

---

Copyright © Financial Software Solutions, LLC

Debtor     **Rehme Custom Doors & Lighting, Inc.**        Case number *(if known)* _____
          Name

69 **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ■ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

_____    **0.00** - _____ **0.00** =   $ _____ **0.00**
                Total face amount             doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

_____      Tax Year _____   $ _____ **0.00**

73. **Interests in insurance policies or annuities**

_____   $ _____ **0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $ _____ **0.00**
    **Nature of claim**     _____
    **Amount requested**     $ _____ **0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____ **0.00**
    **Nature of claim**     _____
    **Amount requested**     $ _____ **0.00**

76. **Trusts, equitable or future interests in property**

_____   $ _____ **0.00**

77. **Other property of any kind not already listed Examples**: Season tickets, country club membership

_____   $ _____ **0.00**

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.     | $ _____ **0.00** |

Copyright © Financial Software Solutions, LLC                           BlueStylus

Debtor  **Rehme Custom Doors & Lighting, Inc.**                          Case number *(if known)*  _____
　　　　　Name

79  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
　　■  No
　　☑  Yes

---

**Part 12:**　　Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 190,614.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2* | $ 0.00 | |
| 82. **Accounts receivable**. *Copy line 12, Part 3* | $ 148,012.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84 **Inventory.** *Copy line 23, Part 5* | $ 338,718.20 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 9,922.89 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 148,855.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....➔ | | $ 128,978.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10* | $ 36,268.69 | |
| 90. **All other assets.** *Copy line 78, Part 11.* **+** | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............ 91a. | $ 872,392.06 **+** 91b. | $ 128,978.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................ | | $ 1,001,370.06 |

---

Copyright © Financial Software Solutions, LLC

**Fill in this information to identify the case:**

Debtor name   Rehme Customer Doors & Lighting Inc.

United States Bankruptcy Court for the:   Southern   District of   Texas
(State)

Case number (If known):   _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders[1]

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Frankel Homes, Ltd. | C/O Tamara D. Baggett & Laurin Quiat Baker & Hostetler LLP 2850 North Hardwood Street, Suite 1100 Dallas, TX 75201 | Litigation | Contingent Disputed Unliquidated | | | $2,000,000.00 |
| 2 | Mark Hammer and Amy Hammer | C/O Forrest J. Wynn Hicks Davis Wynn, P.C. 3555 Timmons Lan, #1000 Houston, Texas 77057 | Litigation | Contingent Disputed Unliquidated | | | $200,000.00 |
| 3 | Cliff Crabtree and Debby Crabtree | C/O Sean M. McChristian Porter Hedges LLP 1000 Main Street, 36th Floor Houston, TX 77002 | Litigation | Contingent Disputed Unliquidated | | | $155,829.00 |
| 4 | Hourglass Solutions | 2848 Anode Lane Dallas, TX 75220 | Goods/Services | | | | $26,897.25 |
| 5 | EM Jorgensen Company | P.O. Box 951253 Dallas, TX 75395-1253 | Goods/Services | | | | $76,348.82 |
| 6 | David Guion and Marilyn Guion | C/O Tory F. Taylor McKinney Taylor PC Three Riverway, Suite 900 Houston, TX 77056 | Litigation | Contingent Disputed Unliquidated | | | $65,000.00 |
| 7 | Leon Green | C/O Edward C. Tredennick Daniels & Tredennick PLLC 6363 Woodway, Suite 700 Houston, TX 77057 | Litigation | Contingent Disputed Unliquidated | | | $65,000.00 |
| 8 | Michael Ramsey | C/O Jason M. Byrd The Byrd Law Firm, PC 448 Orleans Street Beaumont, TX 77701 | Litigation | Contingent Disputed Unliquidated | | | $30,000.00 |

1 These are the 30 largest unsecured creditors (updated as of 9/9/2022)

Debtor   Rehme Custom Doors & Lighting Inc.
                Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ashley Norton Architectural Hardware | P.O. Box 776844 Chicago, IL 60677-6844 | Goods/Services | | | | $25,372.55 |
| 10 | Bush Rudnicki Shelton, P.C. | 200 N. Mesquite Street, Ste 200 Arlington, TX 76011 | Legal fees | | | | $24,869.90 |
| 11 | Chase | PO Box 15298 Wilmington, DE 19850-5298 | Credit Card | | | | $19,786.54 |
| 12 | American Express | P.O. Box 981537 El Paso, TX 79998-1537 | Credit Card | | | | $17,008.24 |
| 13 | Tasco Auto Color | 4930 S. Congress Suite #C301 Austin, TX 78745 | Goods/Services | | | | $15,150.10 |
| 14 | Texas Mutual Insurance Company | P.O. Box 841843 Dallas, TX 75284-1843 | Insurance | | | | $14,991.00 |
| 15 | Matheson | 3519 E 5th Street PO BOX 123028 Austin, TX 78702 | Goods/Services | | | | $10,152.59 |
| 16 | McMaster Carr | P.O. Box 7690 Chicago, IL 60680-7690 | Goods/Services | | | | $2,147.66 |
| 17 | Eclipse Architectural Products Ltd | #109 - 8288 Fraser Way Burnaby, BC V3N 0E9 | Goods/Services | | | | $8,592.72 |
| 18 | Fly X Logistics, Inc. | P.O. Box 51357 Mesa, AZ 85208 | Goods/Services | | | | $5,275.00 |
| 19 | Uline | PO Box 88741 Chicago, IL 60680-1741 | Goods/Services | | | | $5,172.41 |
| 20 | BIC - Union Standard Insurance Group | P.O. BOX 639814 CINCINNATI, OH 45263-9814 | Insurance | | | | $2,377.00 |

**Fill in this information to identify your case:**

Debtor Name   **Rehme Custom Doors & Lighting, Inc.**

United States Bankruptcy Court for the:  **Southern District of Texas**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by your property?**
    ■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| 2. | **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any** | $              0.00 | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
| --- | --- |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection    agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if    you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to    be notified for any debts in Part 1, do not fill out or submit this page.

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

**Fill in this information to identify your case:**

Debtor Name     **Rehme Custom Doors & Lighting, Inc.**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (*If known*): _____

☑ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☑ No. Go to Part 2.
    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  |  | **Total Claim** | **Priority Amount** |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**

| | As of the petition filing date, the claim is: | | |
|---|---|---|---|
| | *Check all that apply.* | $ ____ Unknown | $ ____ Unknown |

**Corey Claunch**
**4008 Halfway Cove**
**Round Rock, TX 78681**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

**Employee Wages**

Last 4 digits of account number  _____

Is the claim subject to offset?

■ No
☑ Yes

Description

Specify Code subsection of PRIORITY
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

Copyright © Financial Software Solutions, LLC

Debtor   **Rehme Custom Doors & Lighting, Inc.**                          Case number *(if known)* _____
Name

---

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____Unknown | $_____Unknown |

**Trent Bertram**
**506 South Lariat Circle**
**Dripping Springs, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Description

Specify Code subsection of PRIORITY
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____Unknown | $_____Unknown |

**Praem George**
**103 Palazza Alto Dr**
**Lakeway, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Description

Specify Code subsection of PRIORITY
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____Unknown | $_____Unknown |

**Rachel Odegbaro**
**7711 Oconnor Dr Apt 2203**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Description

Specify Code subsection of PRIORITY
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

Copyright © Financial Software Solutions, LLC

Debtor   __Rehme Custom Doors & Lighting, Inc.__     Case number *(if known)*   _____
           Name

| | |
|---|---|

**2.5**   **Priority creditor's name and mailing address**

**Alex Parmiter**
**12210 Scribe Dr**
**Austin, TX 78759**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**   $ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Employee Wages**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY**
                                **507(a)(**
**unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.6**   **Priority creditor's name and mailing address**

**Ganesan Venkatesan**
**8312 Fathom Cir,Apt 508**
**Austin, TX 78750-3110**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**   $ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Employee Wages**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY**
                                **507(a)(**
**unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.7**   **Priority creditor's name and mailing address**

**Steven Barraco**
**10109 Auction Oak Drive**
**Austin, TX 78748**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ **Unknown**   $ _____ **Unknown**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Employee Wages**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY**
                                **507(a)(**
**unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Copyright © Financial Software Solutions, LLC                                                BlueStylus

Debtor  **Rehme Custom Doors & Lighting, Inc.**   Case number *(if known)* _____
Name

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____Unknown | $_____Unknown |

**Matthew Berges**
**14541 Hunters Pass**
**Austin, TX 78734**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
**Employee Wages**

**Last 4 digits of account number** _____

Is the claim subject to offset?
■ No
☐ Yes

Description

**Specify Code subsection of PRIORITY**
                                    **507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____Unknown | $_____Unknown |

**Dean Chinowith**
**12008 Herb Brooks Dr**
**Austin, TX 78748**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
**Employee Wages**

**Last 4 digits of account number** _____

Is the claim subject to offset?
■ No
☐ Yes

Description

**Specify Code subsection of PRIORITY**
                                    **507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____Unknown | $_____Unknown |

**Israel Delgado**
**7547 Meadow Lawn St**
**San Antonio, TX 78251**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
**Employee Wages**

**Last 4 digits of account number** _____

Is the claim subject to offset?
■ No
☐ Yes

Description

**Specify Code subsection of PRIORITY**
                                    **507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4** )

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____Unknown | $_____Unknown |

**Samuel Ellison**
**1901 E Anderson Ln,Apt 120**
**Austin, TX 78752**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Employee Wages**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )   507(a)(

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____Unknown | $_____Unknown |

**Joseph Gibas**
**7880 Highway 290 W,Apt 7303**
**Austin, TX 78736-3245**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Employee Wages**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )   507(a)(

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____Unknown | $_____Unknown |

**Brayan Hernandez**
**13021 Dessau Rd,Lot 292**
**Austin, TX 78754**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Employee Wages**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( **4** )   507(a)(

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.14** Priority creditor's name and mailing address

**Joey Krause**
**104 Longhorn**
**Marble Falls, TX 78657-5801**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown   $ _____ Unknown

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☒ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **507(a)( 4)** )

---

**2.15** Priority creditor's name and mailing address

**Tyler Lee Lawing**
**9301 Old Bee Caves Rd,Apt 427**
**Austin, TX 78735-8284**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown   $ _____ Unknown

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☒ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **507(a)( 4)** )

---

**2.16** Priority creditor's name and mailing address

**Michael Massengill**
**3014 W William Cannon Dr**
**Austin, TX 78745**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown   $ _____ Unknown

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☒ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **507(a)( 4)** )

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**2.17** | Priority creditor's name and mailing address

**Kate Ramirez**
**1910 Conestoga Trail**
**Austin, TX 78744**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown    $ _____ Unknown

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Employee Wages**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY**
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

**2.18** | Priority creditor's name and mailing address

**Barton Pierre Schulte**
**203 Otter Creek Ct**
**Lakeway, TX 78734-5250**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown    $ _____ Unknown

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Employee Wages**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY**
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

**2.19** | Priority creditor's name and mailing address

**Joshua Turner**
**11210 Ranch Road 2222, Apt. 2113**
**Austin, TX 78730**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ Unknown    $ _____ Unknown

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Employee Wages**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY**
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

Debtor  **Rehme Custom Doors & Lighting, Inc.**                                  Case number *(if known)* _____
Name

| | |
|---|---|

**2.20** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                    $_____Unknown   $_____Unknown

Matthew Whitlock
22407 Briarcliff Dr.
Spicewood, TX 78669

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Employee Wages

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☒ Yes

**Description**

**Specify Code subsection of PRIORITY**
                                    **507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

**2.21** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                    $_____Unknown   $_____Unknown

Bao Nguyen
10820 Defender Trail
Austin, TX 78754

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Employee Wages

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☒ Yes

**Description**

**Specify Code subsection of PRIORITY**
                                    **507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

**2.22** | Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*                                    $_____Unknown   $_____Unknown

Alejandro Garcia-Vazquez
4511 Lucksinger Ln,Trlr # 45
Austin, TX 78745

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Employee Wages

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☒ No
- ☒ Yes

**Description**

**Specify Code subsection of PRIORITY**
                                    **507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.23** **Priority creditor's name and mailing address**

Jakob Hart
434 Atlantis
Kyle, TX 78640

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ Unknown      $ _____ Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Employee Wages

**Last 4 digits of account number** \_\_\_\_\_

**Is the claim subject to offset?**
■ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY**
**507(a)(**
**unsecured claim:** 11 U.S.C. § 507(a) ( **4)** )

---

**2.24** **Priority creditor's name and mailing address**

Yasmani Hernandez Santana
2400 Wickersham Ln,Apt 161
Austin, TX 78741-4731

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ Unknown      $ _____ Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Employee Wages

**Last 4 digits of account number** \_\_\_\_\_

**Is the claim subject to offset?**
■ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY**
**507(a)(**
**unsecured claim:** 11 U.S.C. § 507(a) ( **4)** )

---

**2.25** **Priority creditor's name and mailing address**

Nicholas James Hipolito JR Jr.
6208 Merriwood Dr
Austin, TX 78745

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ Unknown      $ _____ Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Employee Wages

**Last 4 digits of account number** \_\_\_\_\_

**Is the claim subject to offset?**
■ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY**
**507(a)(**
**unsecured claim:** 11 U.S.C. § 507(a) ( **4)** )

---

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| **2.26** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** $ _____ **Unknown** |
|---|---|---|---|

**Carl Messenger II**
**7105 Circle S Rd**
**Austin, TX 78745-5721**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☒ Yes

Description

Specify Code subsection of PRIORITY
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

| **2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** $ _____ **Unknown** |
|---|---|---|---|

**Ivan Sanchez Patino**
**9140 Swanson Ln**
**Austin, TX 78748**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
- ■ No
- ☒ Yes

Description

Specify Code subsection of PRIORITY
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

| **2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ **Unknown** $ _____ **Unknown** |
|---|---|---|---|

**Daniel Spaulding**
**517 Easton Dr**
**San Marcos, TX 78666**

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
- ■ No
- ☒ Yes

Description

Specify Code subsection of PRIORITY
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

Copyright © Financial Software Solutions, LLC     BlueStylus

| Debtor | __Rehme Custom Doors & Lighting, Inc.__ | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

---

**2.29** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ Unknown    $ _____ Unknown

__Julian Aurelio Torres IV__
__306 Legend Oaks Dr__
__Dale, TX 78616-2317__

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__Employee Wages__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

**Description**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( __4)__ )  **507(a)(**

---

**2.30** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ Unknown    $ _____ Unknown

__Gabriel Torres__
__8800 Highway 290 W, Apt 1238__
__Austin, TX 78736-7882__

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__Employee Wages__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

**Description**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( __4)__ )  **507(a)(**

---

**2.31** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*

$ _____ Unknown    $ _____ Unknown

__Juan Vazquez__
__4511 Lucksinger Ln, Trlr 27__
__Austin, TX 78745-2048__

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
__Employee Wages__

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☒ Yes

**Description**

**Specify Code subsection of PRIORITY**
**unsecured claim:** 11 U.S.C. § 507(a) ( __4)__ )  **507(a)(**

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ Unknown | $ _____ Unknown |

Oscar Vazquez
4511 Lucksinger Ln, Trlr 27
Austin, TX 78745-2048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Employee Wages**

**Last 4 digits of account number** _____

Is the claim subject to offset?
☐ No
☐ Yes

Description

**Specify Code subsection of PRIORITY**
                                        **507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ Unknown | $ _____ Unknown |

Angel Apolinar
401 Tawny Dr
Austin, TX 78745-6429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Employee Wages**

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

**Specify Code subsection of PRIORITY**
                                        **507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ Unknown | $ _____ Unknown |

Corey Claiborne
1115 Oak Grove Road
San Marcos, TX 78666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Employee Wages**

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

Description

**Specify Code subsection of PRIORITY**
                                        **507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.35** | Priority creditor's name and mailing address

**Michael Cox**
**3000 Crawford Rd**
**Spicewood, TX 78669**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Description

Specify Code subsection of PRIORITY
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

**2.36** | Priority creditor's name and mailing address

**Joshua Hart**
**4600 Nuckols Crossing Rd,Apt 1503**
**Austin, TX 78744-2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Description

Specify Code subsection of PRIORITY
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

**2.37** | Priority creditor's name and mailing address

**Aaron McCain**
**1800 Post Road**
**San Marcos, TX 78666**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Unknown   $ _____ Unknown

Date or dates debt was incurred
_____

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

Description

Specify Code subsection of PRIORITY
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

Copyright © Financial Software Solutions, LLC

Debtor   **Rehme Custom Doors & Lighting, Inc.**          Case number *(if known)* _____
         Name

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ Unknown | $_____ Unknown |

**Jon Michael Gibas**
**11320 Menchaca Rd,Apt 5105**
**Austin, TX 78748**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )    **507(a)(**

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ Unknown | $_____ Unknown |

**Miguel Perez**
**12605 Stoney Ridge Bend**
**Del Valle, TX 78617**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wagees**

Last 4 digits of account number _____

Is the claim subject to offset?
- ■ No
- ☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )    **507(a)(**

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ Unknown | $_____ Unknown |

**J Refugio Bahena-Rodriguez**
**4500 Dovewood Drive**
**Austin, TX 78744**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?
- ■ No
- ☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )    **507(a)(**

---

Copyright © Financial Software Solutions, LLC

Debtor   **Rehme Custom Doors & Lighting, Inc.**                          Case number *(if known)* _____
     Name

---

| **2.41** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ **Unknown** | $_____ **Unknown** |

**Lauren Courney Cruz**
**833 Magnolia Lane**
**Cottonwood Shores, TX 78657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?       Description
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **507(a)( 4** )

---

| **2.42** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ **Unknown** | $_____ **Unknown** |

**Leandro Chi Ponce**
**515 E Palm Valley Blvd, Apt 738**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?       Description
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **507(a)( 4** )

---

| **2.43** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ **Unknown** | $_____ **Unknown** |

**Allen Oberly**
**3000 Crawford Rd Spicewood, TX 78669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number _____

Is the claim subject to offset?       Description
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( **507(a)( 4** )

---

Copyright © Financial Software Solutions, LLC                                       BlueStylus

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.44** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ Unknown    $ _____ Unknown

Elieser Perez Ramos
515 E Palm Valley Blvd, Apt. 118
Round Rock, TX 78664

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Employee Wages**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description**

**Specify Code subsection of PRIORITY**
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

**2.45** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ Unknown    $ _____ Unknown

Eric Spaulding
517 Easton Dr
San Marcos, TX 78666

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Employee Wages**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description**

**Specify Code subsection of PRIORITY**
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

**2.46** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ Unknown    $ _____ Unknown

Chris Torres
306 Legend Oaks Dr
Dale, TX 78616-2317

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Employee Wages**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Description**

**Specify Code subsection of PRIORITY**
**507(a)(**
unsecured claim: 11 U.S.C. § 507(a) ( **4)** )

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.     **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | Amount Of Claim |
|---|---|---|---|

**4.1** Nonpriority creditor's name and mailing address

**Cliff Crabtree and Debby Crabtree**
C/O Sean M. McChristian
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002

Houston, TX 77002

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

$ 155,829.00

Date or dates debt was incurred

Basis for the claim:

**Litigation**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☒ Yes

Description


**4.2** Nonpriority creditor's name and mailing address

**Frankel Homes, Ltd.**
C/O Tamara D. Baggett & Laurin Quiat
Baker & Hostetler LLP
2850 North Hardwood Street, Suite 1100
Dallas, TX 75201

Dallas, TX 75201

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

$ 2,000,000.00

Date or dates debt was incurred

Basis for the claim:

**Litigation**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☒ Yes

Description

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**4.3** | Nonpriority creditor's name and mailing address

Leon Green
**C/O Edward C. Tredennick**
**Daniels & Tredennick PLLC**
**6363 Woodway, Suite 700**
**Houston, TX 77057**

**Houston, TX 77057**

**As of the petition filing date, the claim is:**
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

$ 65,000.00

Date or dates debt was incurred

**Basis for the claim:**
**Litigation**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
□ Yes

Description

---

**4.4** | Nonpriority creditor's name and mailing address

**David Guion and Marilyn Guion**
**C/O Tory F. Taylor**
**McKinney Taylor PC**
**Three Riverway, Suite 900**
**Houston, TX 77056**

**Houston, TX 77056**

**As of the petition filing date, the claim is:**
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

$ 65,000.00

Date or dates debt was incurred

**Basis for the claim:**
**Litigation**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
□ Yes

Description

---

**4.5** | Nonpriority creditor's name and mailing address

**Michael Ramsey**
**C/O Jason M. Byrd**
**The Byrd Law Firm, PC**
**448 Orleans Street**
**Beaumont, TX 77701**

**Beaumont, TX 77701**

**As of the petition filing date, the claim is:**
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

$ 30,000.00

Date or dates debt was incurred

**Basis for the claim:**
**Litigation**

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
□ Yes

Description

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|--------|------------------------------------------|--------------------------|--|
| | Name | | |

| 4.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 2,163,679.36 |

Peter J. Rehme
4094 Bee Creek Road
Spicewood TX 78669
Spicewood, TX 78669

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Loans

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Description**

---

| 4.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ Unknown |

IRS CENTRALIZED INSOLVENCY OFFICE
Internal Revenue Service
Centralized Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
NOTICE ONLY PARTY

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Description**

---

| 4.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 19,786.54 |

Chase
PO Box 15298
Wilmington, DE 19850-5298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Credit Card

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| **4.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 17,008.24 |

**American Express**
**P.O. Box 981537**
**El Paso, TX 79998-1537**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**        Description
■ No
☐ Yes

---

| **4.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 2,039.28 |

**Action Propane, Inc.**
**2601 S. HWY 183**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Goods/Services**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**        Description
■ No
☐ Yes

---

| **4.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 1,898.17 |

**Amazon.com**
**PO Box 035184**
**Seattle, WA 98124-5184**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
**Goods**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**        Description
■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

Debtor __Rehme Custom Doors & Lighting, Inc.__          Case number *(if known)* _____
            Name

---

| 4.12 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                        $                    25,372.55

**Ashley Norton Architectural Hardware**
**P.O. Box 776844**                              ☐ Contingent
**Chicago, IL 60677-6844**                       ☐ Unliquidated
                                                 ☐ Disputed

Date or dates debt was incurred                  Basis for the claim:
_____                  _____

Last 4 digits of account number _____   Is the claim subject to offset?        Description

                                                 ■ No
                                                 ☐ Yes

---

| 4.13 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                        $                     2,377.00

**BIC - Union Standard Insurance Group**
**P.O. BOX 639814**                              ☐ Contingent
**CINCINNATI, OH 45263-9814**                    ☐ Unliquidated
                                                 ☐ Disputed

Date or dates debt was incurred                  Basis for the claim:
_____                  _____

Last 4 digits of account number _____   Is the claim subject to offset?        Description

                                                 ■ No
                                                 ☐ Yes

---

| 4.14 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                        $                     1,100.00

**C12 Central Texas**
**43 Cravey Rd**                                 ☐ Contingent
**Boerne, Texas 78006**                          ☐ Unliquidated
                                                 ☐ Disputed

Date or dates debt was incurred                  Basis for the claim:
_____                  _____

Last 4 digits of account number _____   Is the claim subject to offset?        Description

                                                 ■ No
                                                 ☐ Yes

---

Debtor    **Rehme Custom Doors & Lighting, Inc.**                     Case number *(if known)* _____
              Name

---

| 4.15 | Nonpriority creditor's name and mailing address |

**E M Jorgensen Company**
**P.O. Box 951253**
**Dallas, TX 75395-1253**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                76,348.82

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?              Description

■ No
☐ Yes

---

| 4.16 | Nonpriority creditor's name and mailing address |

**Eclipse Architectural Products Ltd**
**#109 - 8288 Fraser Way**
**Burnaby, BC V3N 0E9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                8,592.72

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?              Description

■ No
☐ Yes

---

| 4.17 | Nonpriority creditor's name and mailing address |

**Fairy Cleaning Service LLC**
**14801 Ronald W Reagab Blvd. Unit 9202**
**Leander, Texas 78461**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                1,100.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?              Description

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                          BlueStylus

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

**4.18** **Nonpriority creditor's name and mailing address**

**Fly X Logistics, Inc.**
**P.O. Box 51357**
**Mesa, AZ 85208**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,275.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Description

---

**4.19** **Nonpriority creditor's name and mailing address**

**Hourglass Solutions, LLC**
**2848 Anode Lane**
**Dallas, TX 75220**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 26,897.25

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Description

---

**4.20** **Nonpriority creditor's name and mailing address**

**Kaster Brand**
**Thomas Kaster**
**534 Pinewood Drive**
**San Rafael, CA 94903**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,775.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**4.21** Nonpriority creditor's name and mailing address

Matheson
3519 E 5th Street
PO BOX 123028
Austin, TX 78702

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,152.59

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Description

---

**4.22** Nonpriority creditor's name and mailing address

McMaster Carr
P.O. Box 7690
Chicago, IL 60680-7690

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,147.66

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Description

---

**4.23** Nonpriority creditor's name and mailing address

SPECTRUM
4145 S. Falkenburg Rd
Riverview, FL 33578

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 142.21

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Description

---

Debtor    __Rehme Custom Doors & Lighting, Inc.__          Case number *(if known)*   _____
Name

---

| 4.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 15,150.10 |

Check all that apply.

**Tasco Auto Color**
**4930 S. Congress Suite #C301**
**Austin, TX 78745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**Description**

---

| 4.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 524.35 |

Check all that apply.

**Texas Disposal Systems, Inc.**
**PO Box 674090**
**Dallas, TX 75267-4090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**Description**

---

| 4.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 14,991.00 |

Check all that apply.

**Texas Mutual Insurance Company**
P.O. Box 841843
**Dallas, TX 75284-1843**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC
**Schedule E/F: Creditors Who Have Unsecured Claims**
BlueStylus

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**4.27** | Nonpriority creditor's name and mailing address

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,172.41

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Description

■ No
☐ Yes

---

**4.28** | Nonpriority creditor's name and mailing address

**Mark Hammer and Amy Hammer**
**C/O Forrest J. Wynn**
**Hicks Davis Wynn, P.C.**
**3555 Timmons Lan, #1000**
**Houston, Texas 77057**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

$ 200,000.00

Date or dates debt was incurred

Basis for the claim:

**Litigation**

Last 4 digits of account number

Is the claim subject to offset?

Description

■ No
☐ Yes

---

**4.29** | Nonpriority creditor's name and mailing address

**Bush Rudnicki Shelton, P.C.**
**200 N. Mesquite Street, Ste 200**
**Arlington, TX 76011**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 24,869.90

Date or dates debt was incurred

Basis for the claim:

**Legal Fees**

Last 4 digits of account number

Is the claim subject to offset?

Description

■ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

Debtor    **Rehme Custom Doors & Lighting, Inc.**                     Case number *(if known)* _____
          Name

---

| **4.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

Check all that apply.

**Federal Express**                                      $ _____ 147.80
**DEPT CH PO BOX 10306**           ☐ Contigent
**PALATINE, IL 60055-0306**         ☐ Unliquidated
                                    ☐ Disputed

Date or dates debt was incurred          Basis for the claim:

_____          _____

Last 4 digits of account number  _____     Is the claim subject to offset?     Description
                                                 ■ No
                                                 ☐ Yes

---

**4.31**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
                                                                 Check all that apply.

**Crippen Sheet Metal**                                          $ _____ 5,208.00
**P.O. Box 150609**              ☐ Contigent
**Austin, TX 78715**            ☐ Unliquidated
                                ☐ Disputed

Date or dates debt was incurred          Basis for the claim:

_____          **Goods/Services**

Last 4 digits of account number  _____     Is the claim subject to offset?     Description
                                                 ■ No
                                                 ☐ Yes

---

**4.32**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
                                                                 Check all that apply.

**R Eric Drews PLLC**                                            $ _____ 250.00
**13901 Midway, Suite 102-278**   ☐ Contigent
**Dallas, TX 75244**             ☐ Unliquidated
                                 ☐ Disputed

Date or dates debt was incurred          Basis for the claim:

_____          **Professional Services**

Last 4 digits of account number  _____     Is the claim subject to offset?     Description
                                                 ■ No
                                                 ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor  **Rehme Custom Doors & Lighting, Inc.**                   Case number *(if known)* _____
Name

| 4.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 5,340.00 |

**Lancaster Safety Consulting, Inc.**
**100 Bradford Road, Suite 100**
**Wexford, PA 15090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Goods/Services**

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

Description

| 4.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,750.00 |

**Dan Piassick**
**5835 Richmond**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

Description

| Part 3: | List Others to Be Notified for a Debt That You Already Listed |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| **Sean M. McChristian** <br><br> **1000 Main Street, 36th Floor Houston, TX 77002** <br><br> **Houston, TX 77002** | Line **4.1** <br> ☐ Not listed. Explain | |
| **Laurin Quiat** <br><br> **Baker & Hostetler LLP 2850 North Hardwood Street, Suite 1100 Dallas, TX 75201** <br><br> **Dallas, TX 75201** | Line **4.2** <br> ☐ Not listed. Explain | |

Debtor    **Rehme Custom Doors & Lighting, Inc.**      Case number *(if known)* _____
     Name

**Edward C. Tredennick**      Line **4.3**
     ☐   Not listed.
     Explain

**6363 Woodway, Suite 700 Houston, TX 77057**

**Houston, TX 77057**

**Tory F. Taylor**      Line **4.4**
     ☐   Not listed.
     Explain

**Three Riverway, Suite 900 Houston, TX 77056**

**Houston, TX 77056**

**Jason M. Byrd**      Line **4.5**
     ☐   Not listed.
     Explain

**448 Orleans Street Beaumont, TX 77701**

**Beaumont, TX 77701**

**Forrest J. Wynn**      Line **4.28**
     ☐   Not listed.
     Explain

**3555 Timmons Lane, #1000**

**Houston, TX 77057**

**Mary D. Borrego**      Line **4.28**
     ☐   Not listed.
     Explain

**3555 Timmons Lane, #1000**

**Houston, TX 77057**

Debtor    **Rehme Custom Doors & Lighting, Inc.**                    Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**          | **Total of claim amounts** |

5a.   **Total claims from Part 1**                              5a.    $_____0.00

5b.   **Total claims from Part 2**                              5b.  **+**  $_____4,954,924.95

5c.   **Total of Parts 1 and 2**                               5c.    $_____4,954,924.95
      Lines 5a + 5b = 5c.

**Fill in this information to identify your case:**

Debtor Name   **Rehme Custom Doors & Lighting, Inc.**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (*If known*): _____   Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Executed Jan. 1, 2013 with a 15-yr term length. There are also two 5-yr options to renew the lease.** | **Rehme Investments, LLC**<br>**3914 Crawford Rd.**<br>**Spicewood, TX 78669** |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Business Services Agreement** | **Rehme Architectural Systems, LLC Business Services Agreement**<br>**3914 Crawford Road**<br>**Spicewood, Texas 78669**<br>**Attn: Peter Rehme** |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Workers Compensation Insurance** | **Texas Mutual**<br>**PO Box 12058**<br>**Austin, Texas 78711** |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | **002034171** | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **General Commercial Liability Insurance** | **Ohio Security Insurance Company** |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | **BKS(23) 58 10 55 52** | |

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**2.5** State what the contract or lease is for and the nature of the debtor's interest

_Vehicle Coverage_

Ohio Security Insurance Company

State the term remaining

_____

List the contract number of any government contract

_BAS 58105552_

**2.6** State what the contract or lease is for and the nature of the debtor's interest

_Commercial Umbrella_

Ohio Casualty Insurance Company

State the term remaining

_____

List the contract number of any government contract

_USO (23) 58105552_

**2.7** State what the contract or lease is for and the nature of the debtor's interest

_Customer Project_

Mirror Gallery

State the term remaining

_____

List the contract number of any government contract

_610-36WBRO_

**2.8** State what the contract or lease is for and the nature of the debtor's interest

_Customer Project_

The Cottage
6505 Line Ave, Suite 3
Shreveport, LA 71106

State the term remaining

_____

List the contract number of any government contract

_612-4226FULL_

**2.9** State what the contract or lease is for and the nature of the debtor's interest

_Customer Project_

Phillip Thompson Custom Homes
6950 TPC Drive, Suite 160
McKinney, TX 75070

State the term remaining

_____

List the contract number of any government contract

_626_

**2.10** State what the contract or lease is for and the nature of the debtor's interest

_Customer Project_

MGI

State the term remaining

_____

List the contract number of any government contract

_623_

**2.11** State what the contract or lease is for and the nature of the debtor's interest

_Customer Project_

Laughlin Homes & Restoration

State the term remaining

_____

List the contract number of any government contract

_631--20044MILL_

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Rehme Custom Doors & Lighting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**2.12** State what the contract or lease is for and the nature of the debtor's interest

_____ Customer Project _____

State the term remaining

_____

List the contract number of any government contract

_____ 613-1138THS _____

Capital Hardwoods
PO Box 782134
San Antonio, TX 78259

**2.13** State what the contract or lease is for and the nature of the debtor's interest

_____ Customer Project _____

State the term remaining

_____

List the contract number of any government contract

_____ 629-3009BOW _____

Michael Deane Homes
2630 Exposition Blvd, Suite 201
Austin, TX 78703

**2.14** State what the contract or lease is for and the nature of the debtor's interest

_____ Customer Project _____

State the term remaining

_____

List the contract number of any government contract

_____ 628-11WOODS _____

Renaudin Builders
1616 S. Voss Rd, #700
Houston, TX 77057

**2.15** State what the contract or lease is for and the nature of the debtor's interest

_____ Customer Project _____

State the term remaining

_____

List the contract number of any government contract

_____ 630-8204LONG _____

Mezger Homes

**2.16** State what the contract or lease is for and the nature of the debtor's interest

_____ Customer Project _____

State the term remaining

_____

List the contract number of any government contract

_____ 634-8950BUCK _____

CHERYL REMMERT

**2.17** State what the contract or lease is for and the nature of the debtor's interest

_____ Customer Project _____

State the term remaining

_____

List the contract number of any government contract

_____ 635-985GILB _____

Signature Windows & Doors

**2.18** State what the contract or lease is for and the nature of the debtor's interest

_____ Customer Project _____

State the term remaining

_____

List the contract number of any government contract

_____ 636-19512MUIR _____

The Cottage

Copyright © Financial Software Solutions, LLC  BlueStylus

Debtor    **Rehme Custom Doors & Lighting, Inc.**        Case number *(if known)* _____
       Name

**2.19** State what the contract or lease is for and the nature of the debtor's interest

     **Customer Project**

State the term remaining

List the contract number of any government contract      **650-ST49LAK**

**The Cottage**

**2.20** State what the contract or lease is for and the nature of the debtor's interest

     **Customer Project**

State the term remaining

List the contract number of any government contract      **611-605LIND**

**Mirror Gallery**

**2.21** State what the contract or lease is for and the nature of the debtor's interest

     **Employee Incentive Plan**

State the term remaining

List the contract number of any government contract

**Trent Bertram
506 South Lariat Circle
Dripping Springs, TX 78620**

**2.22** State what the contract or lease is for and the nature of the debtor's interest

     **Business Loan**

State the term remaining

List the contract number of any government contract

**Peter Rehme**

**2.23** State what the contract or lease is for and the nature of the debtor's interest

     **Solar Loan**

State the term remaining

List the contract number of any government contract

**Peter Rehme**

**2.24** State what the contract or lease is for and the nature of the debtor's interest

     **Paint Booth Loan**

State the term remaining

List the contract number of any government contract

**Peter Rehme**

**2.25** State what the contract or lease is for and the nature of the debtor's interest

     **2019 Ford Truck Loan**

State the term remaining

List the contract number of any government contract

**Peter Rehme**

Debtor    **Rehme Custom Doors & Lighting, Inc.**         Case number *(if known)* _____
       Name

**2.26** State what the contract or lease is for and the nature of the debtor's interest    **ERP System**      **Netsuite (Oracle)**

State the term remaining    _____

List the contract number of any government contract    _____

**2.27** State what the contract or lease is for and the nature of the debtor's interest    **IT Company**      **Trinsic Technologies**

State the term remaining    _____

List the contract number of any government contract    _____

**2.28** State what the contract or lease is for and the nature of the debtor's interest    **AP & Employee Expense Solution**      **SAP Concur**

State the term remaining    _____

List the contract number of any government contract    _____

**2.29** State what the contract or lease is for and the nature of the debtor's interest    **Internet service**      **Spectrum Fiber**

State the term remaining    _____

List the contract number of any government contract    _____

**2.30** State what the contract or lease is for and the nature of the debtor's interest    **Customer Project**      **Mirror Gallery**

State the term remaining    _____

List the contract number of any government contract    **593-89WGRA**

**2.31** State what the contract or lease is for and the nature of the debtor's interest    **Customer Project**      **Mirror Gallery**

State the term remaining    _____

List the contract number of any government contract    _____

**2.32** State what the contract or lease is for and the nature of the debtor's interest    **Customer Project**      **Capital Harwoods**

State the term remaining    _____

List the contract number of any government contract    **620-360ELIZ**

Debtor   **Rehme Custom Doors & Lighting, Inc.**                    Case number *(if known)* _____
         _____
         Name

**2.33** State what the contract or
      lease is for and the nature
      of the debtor's interest          **Customer Project**              **The Cottage**

      State the term remaining          _____

      List the contract number of
      any government contract           **632-522SHER**

**2.34** State what the contract or
      lease is for and the nature
      of the debtor's interest          **Customer Project**              **MGI - Austin**

      State the term remaining          _____

      List the contract number of
      any government contract           **622-4127River**

**2.35** State what the contract or
      lease is for and the nature
      of the debtor's interest          **Customer Project**              **Exclusive Windows & Doors of Austin**

      State the term remaining          _____

      List the contract number of
      any government contract           **615-2313HART**

**2.36** State what the contract or
      lease is for and the nature
      of the debtor's interest          **Customer Project**              **Window Innovations LLC**

      State the term remaining          _____

      List the contract number of
      any government contract           **RSWD JOB# 254**

Copyright © Financial Software Solutions, LLC                                        BlueStylus

**Fill in this information to identify your case:**

Debtor Name **Rehme Custom Doors & Lighting, Inc.**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (*If known*):

☑ Check if this is an amended filing

## Official Form 206H

# Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Your codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |

Copyright © Financial Software Solutions, LLC        BlueStylus

**Fill in this information to identify your case:**

Debtor name  **Rehme Custom Doors & Lighting, Inc.**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number *(If known):* _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐  None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>1/1/2022</u> to Filing date<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ _____149,720.00 |
| **For prior year:** | From <u>1/1/2021</u> to <u>12/31/2021</u><br>MM/DD/YYYY    MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ _____-164,310.00 |
| **For the year before that:** | From <u>1/1/2020</u> to <u>12/31/2020</u><br>MM/DD/YYYY    MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ ___-1,117,250.00 |

2.  **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑  None

| | | Description of sources of revenue | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM/DD/YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    **Rehme Custom Doors & Lighting, Inc.**                    Case number *(if known)* _____
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

3.    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| | 6/27/2022 | | |
| | 8/2/2022 | | ☑ Secured debt |
| | 6/14/2022 | | |
| | 6/16/2022 | | ☑ Unsecured loan repayments |
| | 6/16/2022 | | |
| | 6/20/2022 | | ■ Suppliers or vendors |
| | 6/20/2022 | | |
| | 6/22/2022 | | ■ Services |
| **Amazon.com** | 6/23/2022 | $ 12,140.05 | |
| Creditor's Name | | | |
| | 8/2/2022 | | |
| | 8/2/2022 | | |
| | 8/2/2022 | | |
| | 8/10/2022 | | |
| | 8/10/2022 | | |
| | 8/10/2022 | | |
| | 8/10/2022 | | |
| | 8/12/2022 | | |
| | 8/15/2022 | | |
| **PO Box 035184, WA 98124-5184** | 8/15/2022 | | |
| Number      Street | | | |
| | 8/17/2022 | | |
| | 8/17/2022 | | |
| | 8/18/2022 | | |
| | 8/19/2022 | | |
| | 8/22/2022 | | |
| | 8/24/2022 | | |
| | 8/25/2022 | | |
| | 8/26/2022 | ☑ Other _____ |
| City                State   ZIP Code | | | |

Copyright © Financial Software Solutions, LLC                                              BlueStylus

Debtor  **Rehme Custom Doors & Lighting, Inc.**                    Case number *(if known)* _____
      Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **Ashley Norton Architectural Hardware**<br>Creditor's Name<br><br>**P.O. Box 776844, IL 60677-6844**<br>Number   Street<br><br>City      State   ZIP Code | **7/11/2022**<br>**7/13/2022**<br>**7/19/2022**<br><br>**8/2/2022**<br>**8/29/2022**<br>**8/31/2022**<br>**6/14/2022** | $    **56,645.44** | ☑ Secured debt<br><br>☑ Unsecured loan repayments<br><br>■ Suppliers or vendors<br><br>☑ Services<br><br>☑ Other   _____ |
| **Chase**<br>Creditor's Name<br><br>**PO Box 15298, DE 19850-5298**<br>Number   Street<br><br>City      State   ZIP Code | **6/29/2022**<br><br>**7/29/2022**<br>**7/29/2022**<br><br>**8/31/2022** | $    **48,703.70** | ☑ Secured debt<br><br>☑ Unsecured loan repayments<br><br>☑ Suppliers or vendors<br><br>☑ Services<br><br>■ Other  **Credit Card** |
| **Crippen Sheet Metal, Inc.**<br>Creditor's Name<br><br>**P.O. Box 150609, TX 78715**<br>Number   Street<br><br>City      State   ZIP Code | **7/11/2022**<br><br>**7/13/2022**<br><br>**8/31/2022** | $    **9,573.00** | ☑ Secured debt<br><br>☑ Unsecured loan repayments<br><br>☑ Suppliers or vendors<br><br>☑ Services<br><br>☑ Other   _____ |

Copyright © Financial Software Solutions, LLC
**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
BlueStylus

Debtor     **Rehme Custom Doors & Lighting, Inc.**                          Case number *(if known)* _____
           Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**E M Jorgensen**               6/23/2022        $        82,006.44
Creditor's Name

                                7/13/2022
**P.O. Box 951253, TX 75395-1253**    7/19/2022
Number     Street

                                8/2/2022
                                8/3/2022
                                8/17/2022
City          State   ZIP Code  8/29/2022

Reasons for payment or transfer:
☐ Secured debt
☐ Unsecured loan repayments
■ Suppliers or vendors
☐ Services
☐ Other _____

---

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

                                7/13/2022
**Eclipse Architectural Products Ltd**    7/19/2022    $        19,761.54
Creditor's Name

                                8/2/2022
**#109 - 8288 Fraser Way, BC V3N 0E9**    8/31/2022
Number     Street

City          State   ZIP Code

Reasons for payment or transfer:
☐ Secured debt
☐ Unsecured loan repayments
■ Suppliers or vendors
☐ Services
☐ Other _____

---

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**Legacy Manufacturing, LLC**         6/15/2022    $        20,652.62
Creditor's Name

**415 Concord Ave, NY 10455**         8/2/2022
Number     Street

City          State   ZIP Code

Reasons for payment or transfer:
☐ Secured debt
☐ Unsecured loan repayments
■ Suppliers or vendors
☐ Services
☐ Other _____

---

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**Matheson**                    6/13/2022    $        17,286.00
Creditor's Name

                                7/11/2022
**3519 E 5th StreetBOX 123028**        7/19/2022
Number     Street

                                8/2/2022
City          State   ZIP Code  8/31/2022

Reasons for payment or transfer:
☐ Secured debt
☐ Unsecured loan repayments
■ Suppliers or vendors
☐ Services
☐ Other _____

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor   **Rehme Custom Doors & Lighting, Inc.**                                                    Case number *(if known)* _____
         Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **RSC, Inc.** | **8/1/2022** | $   10,000.00 | Check all that apply |
| Creditor's Name | | | ☐ Secured debt |
| | **8/31/2022** | | ☐ Unsecured loan repayments |
| Number     Street | | | ☐ Suppliers or vendors |
| | | | ■ Services |
| City          State  ZIP Code | _____ | | ☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **Tasco Auto Color** | **7/13/2022** | $   39,037.57 | Check all that apply |
| Creditor's Name | | | ☐ Secured debt |
| **4930 S. Congress Suite #C301, TX 78745** | **8/2/2022** | | ☐ Unsecured loan repayments |
| Number     Street | | | ■ Suppliers or vendors |
| | **8/31/2022** | | ☐ Services |
| City          State  ZIP Code | | | ☐ Other _____ |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **Texas Comptroller** | **7/25/2022** | $   12,447.87 | Check all that apply |
| Creditor's Name | | | ☐ Secured debt |
| **P.O. BOX 149348, TX 78714-9348** | **7/26/2022** | | ☐ Unsecured loan repayments |
| Number     Street | | | ☐ Suppliers or vendors |
| | **9/7/2022** | | ☐ Services |
| City          State  ZIP Code | | | ■ Other   **Sales Tax** |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | **7/13/2022** | | Check all that apply |
| **Uline** | **7/19/2022** | $   12,481.96 | ☐ Secured debt |
| Creditor's Name | | | |
| | **8/2/2022** | | ☐ Unsecured loan repayments |
| **P.O. Box 88741, IL 60680-1741** | **8/31/2022** | | |
| Number     Street | | | ■ Suppliers or vendors |
| | | | ☐ Services |
| City          State  ZIP Code | _____ | | ☐ Other _____ |

Debtor   **Rehme Custom Doors & Lighting, Inc.**                                        Case number *(if known)* _____
         Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **Hourglass Solutions, LLC** Creditor's Name | **6/14/2022** **6/28/2022** | $ **127,714.98** | ☑ Secured debt |
| | | | ☑ Unsecured loan repayments |
| **2848 Anode Lane, TX 75220** Number     Street | **7/13/2022** | | ■ Suppliers or vendors |
| | **8/2/2022** **8/17/2022** **8/29/2022** **9/1/2022** **9/9/2022** | | ☑ Services |
| City                State   ZIP Code | | | ☑ Other _____ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **Peter J. Rehme** Insider's Name | _____ | $ **90,000.00** | **Salary - ($1,730.77 per week)** |
| **4094 Bee Creek Road  TX 78669** Number     Street | _____ | | |
| City              State   ZIP Code | _____ | | |
| **Relationship to debtor** **President of Debtor** | | | |

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

Debtor   **Rehme Custom Doors & Lighting, Inc.**                          Case number *(if known)* _____
         Name

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | **09/16/2021** **10/16/2021** **11/16/2021** | | **Repayment under obligations of Solar Loan** |
| **Peter J. Rehme** Insider's Name | | $ **10,926.56** | |
| | **12/16/2021** **01/16/2022** **02/16/2022** | | |
| **4094 Bee Creek RoadTX 78669** Number          Street | | | |
| City                          State   ZIP Code | | | |
| **Relationship to debtor** **President of Debtor** | | | |

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | **09/15/2021** **10/15/2021** | | **Repayment under obligations of Paint Booth Loan** |
| **Peter J. Rehme** Insider's Name | | $ **4,230.07** | |
| | **11/15/2021** **12/15/2021** | | |
| **4094 Bee Creek RoadTX 78669** Number          Street | | | |
| | **01/15/2022** **02/15/2022** | | |
| City                          State   ZIP Code | | | |
| **Relationship to debtor** **President of Debtor** | | | |

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

Debtor  __Rehme Custom Doors & Lighting, Inc.__                    Case number *(if known)* _____
       Name

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | 09/13/2021 10/13/2021 11/13/2021 | | **Repayment under obligations of 2019 Ford Loan** |
| **Peter J. Rehme**<br>Insider's Name | | $ **5,145.36** | |
| | 12/13/2021 01/13/2022 02/13/2022 | | |
| **4094 Bee Creek Road     TX 78669**<br>Number       Street | | | |
| _____<br>City              State   ZIP Code | _____ | | |
| **Relationship to debtor**<br>**President of Debtor** | | | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| _____<br>Creditor's Name | | _____ | $ _____ |
| _____<br>Number       Street | | | |
| _____<br>City              State   ZIP Code | | | |

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

Copyright © Financial Software Solutions, LLC                                  BlueStylus

Debtor      **Rehme Custom Doors & Lighting, Inc.**      Case number *(if known)* _____
          Name

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ _____ |
| Creditor's Name | | _____ | |
| | | | |
| Number       Street | | | |
| | Last 4 digits of account number: XXXX– _____ | | |
| City              State   ZIP Code | | | |

| | |
|---|---|
| **Part 3:** | **Legal Actions or Assignments** |

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☒ None

| Case title | Nature of case | Creditor's name and address | Status of case |
|---|---|---|---|
| **Clif and Debby Crabtree v. Pursuit Properties, LLC and Rehme Custom Doors & Lighting Inc.** | **Debt/Consumer Contract/DTPA** | **333th Judicial District Court of Harris County, Texas** | ■ Pending |
| | | Creditor's Name | ☐ On appeal |
| **Case Number** | | **201 Caroline St. 14th Floor, TX 77002** | ☐ Concluded |
| **2021-38546** | | Number       Street | |
| | | **Houston          TX    77002** | |
| | | City              State   ZIP Code | |
| **Case title** | **Nature of case** | **Creditor's name and address** | **Status of case** |
| **Leon Green v. Rehme Custom Doors & Lighting, et al.** | **Breach/Contract-other** | **152th Judicial District Court of Harris County, Texas** | ■ Pending |
| | | Creditor's Name | ☐ On appeal |
| **Case Number** | | **201 Caroline St. 11th Floor, TX 77002** | ☐ Concluded |
| **2022-11982** | | Number       Street | |
| | | **Houston          TX    77002** | |
| | | City              State   ZIP Code | |

Copyright © Financial Software Solutions, LLC                                                         BlueStylus

Debtor    **Rehme Custom Doors & Lighting, Inc.**          Case number *(if known)* _____
Name

| Case title | Nature of case | Creditor's name and address | Status of case |
|---|---|---|---|
| **Frankel Homes, LTD. v. Ram Industries Acquisitions, LLC and Rehme Steel Windows & Doors** | Other Contract | **11th Judicial District Court of Harris County, Texas** <br> Creditor's Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case Number** <br> 2020-73823 | | **201 Caroline St. 9th Floor, TX 77002** <br> Number     Street | |
| | | **Houston**     **TX**   **77002** <br> City        State   ZIP Code | |
| **David Guion and Marilyn Guion v. Rehme Custom Doors & Lighting Inc., et al.** | Other Property | **334th Judicial District Court of Harris County, Texas** <br> Creditor's Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case Number** <br> 2021-54328 | | **201 Caroline St 14th Floor, TX 77002** <br> Number     Street | |
| | | **Houston**     **TX**   **77002** <br> City        State   ZIP Code | |
| **Michael Ramsey v. Rehme Custom Doors & Lighting, inc.** | Contract | **Harris County 215th Judicial Court** <br> Creditor's Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case Number** <br> 2021-26605 | | <br> Number     Street | |
| | | <br> City        State   ZIP Code | |
| **Mark Hammer and Amy Hammer v. Rehme Custom Doots & LIghting Inc., et all** | | **Harris County County Court of Law No. 3** <br> Creditor's Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case Number** <br> 1160760 | | <br> Number     Street | |
| | | <br> City        State   ZIP Code | |

Copyright © Financial Software Solutions, LLC             BlueStylus

Debtor   **Rehme Custom Doors & Lighting, Inc.**                              Case number *(if known)* _____
         Name

8.   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | |
| Custodian's name | | |
| | Case title | Court name and address |
| | | |
| Number    Street | | Court's Name |
| | Case number | |
| | | Number    Street |
| City              State   ZIP Code | | |
| | Date of order or assignment | |
| | | City              State   ZIP Code |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor  **Rehme Custom Doors & Lighting, Inc.**          Case number *(if known)* _____
         Name

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

_____                                              _____        $ _____
Recipient's Name

_____
Number     Street

_____
City             State   ZIP Code

**Recipient's relationship to debtor**

_____

---

| Part 5: | **Certain Losses** |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
|  | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. |  |  |
|  | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). |  |  |

_____        _____        $ _____

---

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11.  **Payments related to bankruptcy**

   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ■ None

---

Debtor  **Rehme Custom Doors & Lighting, Inc.**                                    Case number *(if known)* _____
             Name

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**Jones Murray LLP**                                                                                  **3/7/22**         $       **20,000.00**
Recipient's Name

**602 Sawyer Street, Suite 400**
Number        Street

**Houston**                    **TX**    **77007**
City                               State    ZIP Code

Email or website address

**www.jonesmurray.com**

Who made the payment, if not debtor?

_____

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**Jones Murray LLP**                                                                                  **8/22/22**       $       **20,000.00**
Recipient's Name

**602 Sawyer Street, Suite 400**
Number        Street

**Houston**                    **TX**    **77007**
City                               State    ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

Copyright © Financial Software Solutions, LLC                                                                                 BlueStylus

Debtor   **Rehme Custom Doors & Lighting, Inc.**                                    Case number *(if known)* _____
         Name

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Jones Murray LLP** | | **9/9/2022** | $ **30,000.00** |
| Recipient's Name | | | |
| **602 Sawyer Street, Suite 400, TX 77007** | | | |
| Number       Street | | | |
| | | | |
| City              State   ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

13. **Transfers not already listed on this statement**

   List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor  **Rehme Custom Doors & Lighting, Inc.**                    Case number *(if known)* _____
Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Recipient's Name | | | |
| | | | |
| Number       Street | | | |
| | | | |
| City                    State   ZIP Code | | | |
| **Relationship to debtor** | | | |

---

## Part 7:    Previous Locations

14.  **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

## Part 8:    Health Care Bankruptcies

15.  **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |
| Facility Name | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| Number       Street | | Check all that apply: |
| | | ☐ Electronically |
| City                    State   ZIP Code | | ☐ Paper |

Debtor    **Rehme Custom Doors & Lighting, Inc.**                                    Case number *(if known)* _____
          Name

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes.   State the nature of the information collected and retained.   _____

        Does the debtor have a privacy policy about that information?

        ☐   No

        ☐   Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes.   Does the debtor serve as plan administrator?

        ☐   No. Go to Part 10.

        ☐   Yes. Fill in below:

            **Name of plan**                                    **Employer identification number of the plan**

            _____                              _____

            Has the plan been terminated?

            ☐   No

            ☐   Yes

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**

    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | XXXX– _____ | ☐ Checking | _____ | $ _____ |
| Name | | ☐ Savings | | |
| | | ☐ Money market | | |
| Number     Street | | ☐ Brokerage | | |
| | | ☐ Other _____ | | |
| City          State   ZIP Code | | | | |

---

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

Debtor  **Rehme Custom Doors & Lighting, Inc.**                                      Case number *(if known)*
_____
Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ■ No |
| | | | ☒ Yes |
| _____ | | | |
| Name | | | |
| | **Address** | | |
| _____ | | | |
| Number     Street | | | |
| _____ | | | |
| City            State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☒ No |
| | | | ■ Yes |
| _____ | | | |
| Name | | | |
| | **Address** | | |
| _____ | | | |
| Number     Street | | | |
| _____ | | | |
| City            State   ZIP Code | | | |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor    **Rehme Custom Doors & Lighting, Inc.**                                    Case number *(if known)*
_____
Name

| Owner's name and address | Location of the property | Description of the contents | Value |
|---|---|---|---|
| | | | $ _____ |

Owner's Name
_____

_____
Number      Street

_____
City              State   ZIP Code


| Part 12: | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No

☐ Yes. Provide details below.

| Case title | Nature of case | Creditor's name and address | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case Number** | | Creditor's Name | ☐ On appeal |
| | | | ☐ Concluded |
| | | Number      Street | |
| | | City              State   ZIP Code | |

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No

☐ Yes. Provide details below.

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor    __Rehme Custom Doors & Lighting, Inc.__          Case number *(if known)* _____
                        Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Number    Street | Number    Street | | |
| City         State   ZIP Code | City         State   ZIP Code | | |

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Number    Street | Number    Street | | |
| City         State   ZIP Code | City         State   ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.    **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

Debtor   **Rehme Custom Doors & Lighting, Inc.**                                  Case number *(if known)* _____
         Name

| Business name and address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN |

Owner's Name
_____

                                                                                 EIN: _____

                                                                                 **Dates business existed**

_____

                                                                                 From _____ To  **Present**

Number        Street

_____

City                State   ZIP Code

---

26.   **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

◼ None

| Name and address | Dates of service |
| --- | --- |
| **Rachel Odegbaro** | From _____ To **Present** |
| Name | |
| **Rachel Odegbaro, ControllerCustom Doors & Lighting, Inc.Crawford Road, TX 78669** | |
| Number        Street | |
| **Spicewood**                              **TX**    **78669** | |
| City                                      State   ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

◼ None

| Name and address | Dates of service |
| --- | --- |
| **R. Eric Drews, PLLC** | From **6/18/2020** To **6/1/2021** |
| Name | |
| **R. Eric Drews. Eric Drews, PLLCMidway Rd Ste 102-278, TX 75244** | |
| Number        Street | |
| **Dallas**                                 **TX**    **75244** | |
| City                                      State   ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

◼ None

---

Copyright © Financial Software Solutions, LLC                                                                      BlueStylus

Debtor  **Rehme Custom Doors & Lighting, Inc.**                                    Case number *(if known)* _____
        Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**Rachel Odegbaro**
Name

**3914 Crawford Road, TX 78669**
Number     Street

**Spicewood**                                    **TX**    **78669**
City                                          State   ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■  None

| Name and address |
|---|

_____
Name

_____
Number     Street

_____
City                              State    ZIP Code

27.  **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑  No

■  Yes. Provide details below.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | **7/31/2022** | $              **338,718.20** |

| Name and address |
|---|

**Rachel Odegbaro**
Name

**3914 Crawford Road, Texas 78669**
Number           Street

**Spicewood**                                    **TX**    **78669**
City                                          State   ZIP Code

Copyright © Financial Software Solutions, LLC        BlueStylus

Debtor    **Rehme Custom Doors & Lighting, Inc.**                                Case number *(if known)* _____
       Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Peter J. Rehme | 3914 Crawford Road | The sole managing member/director/officer and 100% shareholder | 100.00 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No

    ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| _____ | _____ | _____ | From _____ To **Present** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No

    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| **Peter J. Rehme** <br> Recipient's Name <br><br> **3914 Crawford Road** <br> Number    Street <br><br> **Spicewood**   **TX**   **78669** <br> City    State  ZIP Code <br><br> **Relationship to debtor** <br> **Shareholder** | **$90,000** | _____ | **Salary/Compen sation** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No

    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
|                                |                                                          |

Copyright © Financial Software Solutions, LLC                BlueStylus

Debtor     **Rehme Custom Doors & Lighting, Inc.**                              Case number *(if known)*
           Name

                                                                               EIN:

32.  **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: |

---

**Part 14:**   **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **09/09/2022**
               MM/DD/YYYY

✗ _____          Printed name    **Peter J. Rehme**
    Signature of individual signing on behalf of the debtor

     Position or relationship to debtor    **President**

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☑ No.

☐ Yes.

Copyright © Financial Software Solutions, LLC                                                                              BlueStylus

# United States Bankruptcy Court
## Southern District of Texas

In re    **REHME CUSTOM DOORS & LIGHTING, INC. D/B/A REHME STEEL WINDOWS & DOORS**     Case No. _____

                                                 Debtor(s)      Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **REHME CUSTOM DOORS & LIGHTING INC.,**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

## REHME CUSTOM DOORS & LIGHTING, INC.
## UNANIMOUS RESOLUTION OF SHAREHOLDER(S)

**WHEREAS**, Rehme Custom Doors & Lighting, Inc. d/b/a Rehme Steel Windows & Doors (the "Corporation") held a shareholder meeting on the date set forth below;

**WHEREAS**, Peter J. Rehme owns 100% of the shares of the Corporation ("Shareholder");

**WHEREAS**, the sole Shareholder has determined and unanimously voted that it is in the best interest of the Corporation, its creditors, security holders, and other constituencies to authorize the filing of a voluntary petition under chapter 11 of title 11 of the United States Code ("Bankruptcy Code"), including making the election to proceed under Subchapter V of the Bankruptcy Code.

**NOW, THEREFORE**, the Shareholder hereby adopts and approves the following resolutions and takes the following actions:

**RESOLVED**, the Corporation, through its sole Shareholder, Peter Rehme, is authorized to act as the representative of the Corporation to execute and verify any and all documents necessary to complete the filing of a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") in the United States Bankruptcy Court for the Southern District of Texas ("Bankruptcy Court"), for and on behalf of the Corporation;

**RESOLVED**, that the Corporation is authorized, empowered and directed to retain the law firm of Jones Murray, LLP, as counsel to represent the Corporation in its Chapter 11 Case, subject to any requisite Bankruptcy Court approval;

**RESOLVED**, that the Corporation, through its sole Shareholder, or any other authorized representative, is hereby authorized, empowered and directed, in the name of and on behalf of the Corporation, to execute and verify the necessary and proper pleadings and documents with respect to its Chapter 11 Case, do and perform all acts and deeds and take any necessary action on behalf of the Corporation in connection with Chapter 11 Case;

**RESOLVED**, that the Corporation's sole Shareholder, or through any person authorized by the sole Shareholder, are authorized to appear and testify in any and all proceedings in the Chapter 11 Case on behalf of the Corporation;

**RESOLVED**, that any and all past actions heretofore taken by the sole Shareholder of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the preceding resolutions are, hereby are, ratified, confirmed, and approved.

The resolution is hereby **APPROVED** by the unanimous consent of the sole Shareholder of the Corporation on this _26 th_ day of **May 2022**:

_____
Peter J. Rehme, Shareholder

1

DocuSign Envelope ID: EA67132E-257F-483F-A9B0-77ED9452502E

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

IN RE:    **REHME CUSTOM DOORS & LIGHTING, INC.**    CASE NO:
            **D/B/A REHME STEEL WINDOWS & DOORS**

                                               CHAPTER:    **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐    *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
     I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑    *[Only include if petitioner is a corporation, partnership or limited liability company] --*
     I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date   9/9/2022              _____
                               Signature of Authorized Representative of Debtor
                               **Peter J. Rehme**

**PART II: DECLARATION OF ATTORNEY:**

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date   9/9/2022          **/s/ Christopher R. Murray**_____
                            **Christopher R. Murray Attorney**

DocuSign Envelope ID: EA67132E-257F-493F-A9BA-77ED9452502E

# United States Bankruptcy Court
## Southern District of Texas

In re    **REHME CUSTOM DOORS & LIGHTING, INC. D/B/A REHME STEEL WINDOWS**    Case No. _____

     **& DOORS**      Debtor(s)    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter J. Rehme<br>3914 Crawford Rd.<br>Spicewood, TX 78669** | | **100%** | **Ownership/Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **09/09/2022** _____     Signature _____

                                          **PETER J. REHME**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Southern District of Texas

In re    REHME CUSTOM DOORS & LIGHTING INC.      Case No. _____

                        Debtor(s)      Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    09/09/2022 _____

              DocuSigned by:

              8087FB647F964DD...

              Signature of Debtor's Authorized Representative

              **Peter J. Rehme**

Copyright © Financial Software Solutions, LLC

**Aaron McCain**
**1800 Post Road  San Marcos, TX 78666**

**Action Propane, Inc.**
**2601 S. HWY 183 Leander, TX 78641**

**Alejandro Garcia-Vazquez**
**4511 Lucksinger Ln,Trlr # 45  Austin, TX 78745**

**Alex Parmiter**
**12210 Scribe Dr  Austin, TX 78759**

**Allen Oberly**
**3000 Crawford Rd Spicewood, TX 78669**

**Amazon.com**
**PO Box 035184 Seattle, WA 98124-5184**

**American Express**
**P.O. Box 981537 El Paso, TX 79998-1537**

**Angel Apolinar**
**401 Tawny Dr  Austin, TX 78745-6429**

**Ashley Norton Architectural Hardware**
**P.O. Box 776844 Chicago, IL 60677-6844**

Copyright © Financial Software Solutions, LLC

**Bao Nguyen**
**10820 Defender Trail  Austin, TX 78754**

**Barton Pierre Schulte**
**203 Otter Creek Ct  Lakeway, TX 78734-5250**

**BIC - Union Standard Insurance Group**
**P.O. BOX 639814 CINCINNATI, OH 45263-9814**

**Brayan Hernandez**
**13021 Dessau Rd,Lot 292  Austin, TX 78754**

**Bush Rudnicki Shelton, P.C.**
**200 N. Mesquite Street, Ste 200 Arlington, TX 76011**

**C12 Central Texas**
**43 Cravey Rd Boerne, Texas 78006**

**Capital Hardwoods**
**PO Box 782134**
**San Antonio, TX 78259**

**Carl Messenger II**
**7105 Circle S Rd  Austin, TX 78745-5721**

Copyright © Financial Software Solutions, LLC

**Chase**
**PO Box 15298 Wilmington, DE 19850-5298**

**CHERYL REMMERT**

**Chris Scheurich**
**1885 Saint James Place, 15th Floor Houston, TX 77056**
**Houston, TX 77056**

**Chris Torres**
**306 Legend Oaks Dr  Dale, TX 78616-2317**

**Christopher J. Diamond**
**6363 Woodway, Suite 700 Houston, TX 77057**
**Houston, TX 77057**

**Cliff Crabtree and Debby Crabtree**
**C/O Sean M. McChristian Porter Hedges LLP 1000 Main Street, 36th Floor**
**Houston, TX 77002**

**Corey Claiborne**
**1115 Oak Grove Road  San Marcos, TX 78666**

**Corey Claunch**
**4008 Halfway Cove Round Rock, TX 78681**

**Crippen Sheet Metal**
**P.O. Box 150609 Austin, TX 78715**

Copyright © Financial Software Solutions, LLC

**Dan Piassick**
**5835 Richmond Dallas, TX 75206**

**Daniel Spaulding**
**517 Easton Dr  San Marcos, TX 78666**

**David Guion and Marilyn Guion**
**C/O Tory F. Taylor McKinney Taylor PC Three Riverway, Suite 900**
**Houston, TX 77056**

**Dean Chinowith**
**12008 Herb Brooks Dr  Austin, TX 78748**

**E M Jorgensen Company**
**P.O. Box 951253 Dallas, TX 75395-1253**

**Eclipse Architectural Products Ltd**
**#109 - 8288 Fraser Way Burnaby, BC V3N 0E9**

**Edward C. Tredennick**
**6363 Woodway, Suite 700 Houston, TX 77057**
**Houston, TX 77057**

**Elieser Perez Ramos**
**515 E Palm Valley Blvd,Apt. 118  Round Rock, TX 78664**

**Eric Spaulding**
**517 Easton Dr  San Marcos, TX 78666**

Copyright © Financial Software Solutions, LLC

**Exclusive Windows & Doors of Austin**

**Fairy Cleaning Service LLC**
**14801 Ronald W Reagab Blvd. Unit 9202 Leander, Texas 78461**

**Federal Express**
**DEPT CH PO BOX 10306 PALATINE, IL 60055-0306**

**Fly X Logistics, Inc.**
**P.O. Box 51357 Mesa, AZ 85208**

**Forrest J. Wynn**
**3555 Timmons Lane, #1000**
**Houston, TX 77057**

**Frankel Homes, Ltd.**
**C/O Tamara D. Baggett & Laurin Quiat Baker & Hostetler LLP 2850 North**
**Hardwood Street, Suite 1100**
**Dallas, TX 75201**

**Gabriel Torres**
**8800 Highway 290 W, Apt 1238  Austin, TX 78736-7882**

**Ganesan Venkatesan**
**8312 Fathom Cir,Apt 508  Austin, TX 78750-3110**

**Hourglass Solutions, LLC**
**2848 Anode Lane Dallas, TX 75220**

Copyright © Financial Software Solutions, LLC

**IRS CENTRALIZED INSOLVENCY OFFICE**
**Internal Revenue Service  Centralized Revenue Service PO BOX 7346**
**Philadelphia, PA 191017346**


**Israel Delgado**
**7547 Meadow Lawn St  San Antonio, TX 78251**


**Ivan Sanchez Patino**
**9140 Swanson Ln  Austin, TX 78748**


**J Refugio Bahena-Rodriguez**
**4500 Dovewood Drive  Austin, TX 78744**


**Jakob Hart**
**434 Atlantis  Kyle, TX 78640**


**Jason M. Byrd**
**448 Orleans Street Beaumont, TX 77701**
**Beaumont, TX 77701**


**Joey Krause**
**104 Longhorn  Marble Falls, TX 78657-5801**


**Jon Michael Gibas**
**11320 Menchaca Rd,Apt 5105  Austin, TX 78748**


**Joseph Gibas**
**7880 Highway 290 W,Apt 7303  Austin, TX 78736-3245**

Copyright © Financial Software Solutions, LLC

**Joshua Hart**
**4600 Nuckols Crossing Rd,Apt 1503 Austin, TX 78744-2**


**Joshua Turner**
**11210 Ranch Road 2222, Apt. 2113  Austin, TX 78730**


**Juan Vazquez**
**4511 Lucksinger Ln, Trlr 27  Austin, TX 78745-2048**


**Julian Aurelio Torres IV**
**306 Legend Oaks Dr  Dale, TX 78616-2317**


**Kaster Brand**
**Thomas Kaster 534 Pinewood Drive San Rafael, CA 94903**


**Kate Ramirez**
**1910 Conestoga Trail  Austin, TX 78744**


**Lancaster Safety Consulting, Inc.**
**100 Bradford Road, Suite 100 Wexford, PA 15090**


**Laughlin Homes & Restoration**


**Lauren Courney Cruz**
**833 Magnolia Lane  Cottonwood Shores, TX 78657**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Laurin Quiat**
**Baker & Hostetler LLP 2850 North Hardwood Street, Suite 1100 Dallas, TX**
**75201**
**Dallas, TX 75201**

**Leandro Chi Ponce**
**515 E Palm Valley Blvd, Apt 738  Round Rock, TX 78664**

**Leon Green**
**C/O Edward C. Tredennick Daniels & Tredennick PLLC 6363 Woodway, Suite**
**700**
**Houston, TX 77057**

**Mark Hammer and Amy Hammer**
**C/O Forrest J. Wynn Hicks Davis Wynn, P.C. 3555 Timmons Lan, #1000**

**Mary D. Borrego**
**3555 Timmons Lane, #1000**
**Houston, TX 77057**

**Matheson**
**3519 E 5th Street PO BOX 123028 Austin, TX 78702**

**Matthew Berges**
**14541 Hunters Pass  Austin, TX 78734**

**Matthew Whitlock**
**22407 Briarcliff Dr.  Spicewood, TX 78669**

Copyright © Financial Software Solutions, LLC

**McMaster Carr**
**P.O. Box 7690 Chicago, IL 60680-7690**


**Mezger Homes**


**MGI**


**MGI - Austin**


**Michael Cox**
**3000 Crawford Rd  Spicewood, TX 78669**


**Michael Deane Homes**
**2630 Exposition Blvd, Suite 201**
**Austin, TX 78703**


**Michael Ramsey**
**C/O Jason M. Byrd The Byrd Law Firm, PC 448 Orleans Street**
**Beaumont, TX 77701**


**Michael Massengill**
**3014 W William Cannon Dr  Austin, TX 78745**


**Miguel Perez**
**12605 Stoney Ridge Bend  Del Valle, TX 78617**

Copyright © Financial Software Solutions, LLC

**Mirror Gallery**

**Netsuite (Oracle)**

**Nicholas James Hipolito JR Jr.**
**6208 Merriwood Dr  Austin, TX 78745**

**Ohio Casualty Insurance Company**

**Ohio Security Insurance Company**

**Oscar Vazquez**
**4511 Lucksinger Ln, Trlr 27  Austin, TX 78745-2048**

**Peter J. Rehme**
**4094 Bee Creek Road Spicewood TX 78669**
**Spicewood, TX 78669**

**Peter Rehme**

**Phillip Thompson Custom Homes**
**6950 TPC Drive, Suite 160**
**McKinney, TX 75070**

Copyright © Financial Software Solutions, LLC

**Praem George**
**103 Palazza Alto Dr  Lakeway, TX 78734**

**R Eric Drews PLLC**
**13901 Midway, Suite 102-278 Dallas, TX 75244**

**Rachel Odegbaro**
**7711 Oconnor Dr Apt 2203  Round Rock, TX 78681**

**Rehme Architectural Systems, LLC Business Services Agreement**
**3914 Crawford Road**
**Spicewood, Texas 78669**
**Attn: Peter Rehme**

**Rehme Investments, LLC**
**3914 Crawford Rd.**
**Spicewood, TX 78669**

**Renaudin Builders**
**1616 S. Voss Rd, #700**
**Houston, TX 77057**

**Samuel Ellison**
**1901 E Anderson Ln,Apt 120  Austin, TX 78752**

**SAP Concur**

Copyright © Financial Software Solutions, LLC

**Sean M. McChristian**
**1000 Main Street, 36th Floor Houston, TX 77002**
**Houston, TX 77002**


**Signature Windows & Doors**


**SPECTRUM**
**4145 S. Falkenburg Rd Riverview, FL 33578**


**Spectrum Fiber**


**Steven Barraco**
**10109 Auction Oak Drive  Austin, TX 78748**


**Tasco Auto Color**
**4930 S. Congress Suite #C301 Austin, TX 78745**


**Texas Disposal Systems, Inc.**
**PO Box 674090 Dallas, TX 75267-4090**


**Texas Mutual**
**PO Box 12058**
**Austin, Texas 78711**


**Texas Mutual Insurance Company**
**P.O. Box 841843 Dallas, TX 75284-1843**

Copyright © Financial Software Solutions, LLC

**The Cottage**

**The Cottage**
**6505 Line Ave, Suite 3**
**Shreveport, LA 71106**

**The Jeff and Gina Metzler Family LP**
**2011 Mariner Point Katy, TX 77497**
**Katy, TX 77494**

**Tory F. Taylor**
**Three Riverway, Suite 900 Houston, TX 77056**
**Houston, TX 77056**

**Trent Bertram**
**506 South Lariat Circle**
**Dripping Springs, TX 78620**

**Trent Bertram**
**506 South Lariat Circle  Dripping Springs, TX 78620**

**Trinsic Technologies**

**Tyler Lee Lawing**
**9301 Old Bee Caves Rd,Apt 427  Austin, TX 78735-8284**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Uline**
**PO Box 88741 Chicago, IL 60680-1741**

**Window Innovations LLC**

**Yasmani Hernandez Santana**
**2400 Wickersham Ln,Apt 161  Austin, TX 78741-4731**

Copyright © Financial Software Solutions, LLC

# RSWD Inventory Summary as of July 31, 2022

| Start Date | 7/1/2022 | | | |
|---|---|---|---|---|
| Month/Year | Jul-22 | | | |
| End Date | 7/31/2022 | | | |
| Month/Year | Jul-22 | | | |
| | | Beg Inv $ | Rec Inv $ | End Inv $ |
| | | | | |
| | | | | |
| **DIRECT** | Inv - Stainless Steel (13101) | $214,946.41 | $17,172.00 | $166,911.03 |
| | Inv - Brass (13109) | $1,174.86 | $0.00 | $1,147.05 |
| | Inv - 3rd Party Steel (13108) | $10,758.60 | $0.00 | $8,962.21 |
| | Inv - Glass (13102) | $0.00 | $0.00 | $0.00 |
| | Inv - Hardware (13103) | $79,728.91 | $0.00 | $78,712.76 |
| | Inv - SLP Frames (13104) | $29,841.55 | $0.00 | $18,829.07 |
| | Inv - Aluminum (13105) | $7,023.32 | $0.00 | $6,086.84 |
| | Inv - Direct Prep (13106) | $0.00 | $0.00 | $0.00 |
| | Inv - Direct Wrap (13107) | $6,345.00 | $0.00 | $6,345.00 |
| | | **$349,818.65** | **$17,172.00** | **$286,993.96** |
| | | | | |
| **INDIRECT** | Inv - Consumables (13201) | $7,413.18 | $0.00 | $6,739.07 |
| | Inv - Paint (13202) | $9,025.72 | $161.93 | $4,833.77 |
| | Inv - Propane (13203) | $0.00 | $0.00 | $0.00 |
| | Inv - Wrap Materials (13204) | $32,024.47 | $0.00 | $31,579.97 |
| | Inv - Prep Materials (13205) | $11,564.37 | $498.82 | $8,571.43 |
| | | **$60,027.73** | **$660.75** | **$51,724.24** |

# RSWD Inventory Detail as of July 31, 2022

**Direct Materials**

| Part Number | SKU | Short Description | Account | Qty Beg Inv | $ Beg Inv | Qty Received | $ Received | Qty Issued | Weighted Avg Cost per unit | Qty End Inv | $ End Inv |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AI-4001 | SLPFRAME | SLP SUB-ASSEMBLY - FRAME | Inv - SLP Frames (13104) | 124 | $24,455.81 | 128 | $0.00 | 107 | $97.05 | 145 | $14,071.79 |
| AI-4003 | SLPLOCKBOXSIDE | 1/2" X 1" X 12' LOCK BOX SIDE SUB ASSEMBLY | Inv - SLP Frames (13104) | 45 | $3,595.49 | 20 | $0.00 | 2 | $55.32 | 63 | $3,484.86 |
| AI-4004 | SLPPANEL | SLP SUB-ASSEMBLY - PANEL | Inv - SLP Frames (13104) | 9 | $1,790.26 | 112 | $0.00 | 35 | $14.80 | 86 | $1,272.42 |
| HI-4007 | AWNSUPARM | AWNING SUPPORT ARMS | Inv - Hardware (13103) | 91 | $1,000.09 | 0 | $0.00 | 0 | $10.99 | 91 | $1,000.09 |
| HI-4015 | FRICADJ10 | FRICTION ADJUSTER 10" | Inv - Hardware (13103) | 159 | $1,179.78 | 0 | $0.00 | 15 | $7.42 | 144 | $1,068.48 |
| HI-4016 | H2HINGE | SLIMLINE HINGE - H2 | Inv - Hardware (13103) | 850 | $8,287.50 | 0 | $0.00 | 61 | $9.75 | 789 | $7,692.75 |
| HI-4008 | POLATCHLHBLK | PUSHOUT LATCH - LH - BLACK | Inv - Hardware (13103) | 109 | $1,978.35 | 0 | $0.00 | 0 | $18.15 | 109 | $1,978.35 |
| HI-4009 | POLATCHLHBRZ | PUSHOUT LATCH - LH - BRONZE | Inv - Hardware (13103) | 82 | $1,488.30 | 0 | $0.00 | 0 | $18.15 | 82 | $1,488.30 |
| HI-4010 | POLATCHRHBLK | PUSHOUT LATCH - RH - BLACK | Inv - Hardware (13103) | 78 | $885.30 | 0 | $0.00 | 2 | $11.35 | 76 | $862.60 |
| HI-4011 | POLATCHRHBRZ | PUSHOUT LATCH - RH - BRONZE | Inv - Hardware (13103) | 106 | $1,203.10 | 0 | $0.00 | 0 | $11.35 | 106 | $1,203.10 |
| HI-4012 | POSLATCHSPACER | PUSHOUT LATCH SPACER | Inv - Hardware (13103) | 22 | $88.00 | 0 | $0.00 | 2 | $4.00 | 20 | $80.00 |
| HI-4013 | POSTRIKEBLK | PUSHOUT STRIKE - BLACK | Inv - Hardware (13103) | 255 | $803.25 | 0 | $0.00 | 1 | $3.15 | 254 | $800.10 |
| HI-4014 | POSTRIKEBRZ | PUSHOUT STRIKE - BRONZE | Inv - Hardware (13103) | 158 | $497.70 | 0 | $0.00 | 0 | $3.15 | 158 | $497.70 |
| HI-4017 | QUADROLL | QUADZILLA SLIDER ROLLER | Inv - Hardware (13103) | 32 | $1,424.00 | 0 | $0.00 | 0 | $44.50 | 32 | $1,424.00 |
| HI-4018 | SFBOLT12BLK | 12" SURFACE BOLT - BLACK | Inv - Hardware (13103) | 42 | $5,391.12 | 0 | $0.00 | 0 | $128.36 | 42 | $5,391.12 |
| HI-4019 | SFBOLT12BRZ | 12" SURFACE BOLT - BRONZE | Inv - Hardware (13103) | 47 | $6,032.92 | 0 | $0.00 | 0 | $128.36 | 47 | $6,032.92 |
| HI-4020 | SFBOLT18BLK | 18" SURFACE BOLT - BLACK | Inv - Hardware (13103) | 29 | $4,327.38 | 0 | $0.00 | 0 | $149.22 | 29 | $4,327.38 |
| HI-4021 | SFBOLT18BRZ | 18" SURFACE BOLT - BRONZE | Inv - Hardware (13103) | 36 | $5,371.92 | 0 | $0.00 | 0 | $149.22 | 36 | $5,371.92 |
| HI-4022 | SFBOLT24BLK | 24" SURFACE BOLT - BLACK | Inv - Hardware (13103) | 31 | $5,350.60 | 0 | $0.00 | 1 | $172.60 | 30 | $5,178.00 |
| HI-4023 | SFBOLT24BRZ | 24" SURFACE BOLT - BRONZE | Inv - Hardware (13103) | 39 | $6,731.40 | 0 | $0.00 | 0 | $172.60 | 39 | $6,731.40 |
| HI-4024 | SFBOLT36BLK | 36" SURFACE BOLT - BLACK | Inv - Hardware (13103) | 19 | $5,001.75 | 0 | $0.00 | 0 | $263.25 | 19 | $5,001.75 |
| HI-4025 | SFBOLT36BRZ | 36" SURFACE BOLT - BRONZE | Inv - Hardware (13103) | 22 | $5,791.50 | 0 | $0.00 | 0 | $263.25 | 22 | $5,791.50 |
| HI-4026 | SFBOLT6BLK | 6" SURFACE BOLT - BLACK | Inv - Hardware (13103) | 69 | $7,151.85 | 0 | $0.00 | 1 | $103.65 | 68 | $7,048.20 |
| HI-4027 | SFBOLT6BRZ | 6" SURFACE BOLT - BRONZE | Inv - Hardware (13103) | 94 | $9,743.10 | 0 | $0.00 | 0 | $103.65 | 94 | $9,743.10 |
| MI-4031 | BRASS1830 | BRASS FB .125 x 3.00 | Inv - Brass (13109) | 35 | $973.38 | 0 | $0.00 | 1 | $27.81 | 34 | $945.57 |
| MI-4032 | SBKEEPBRASS | SURFACE BOLT KEEPER - BRASS | Inv - Brass (13109) | 46 | $201.48 | 0 | $0.00 | 0 | $4.38 | 46 | $201.48 |
| MI-4028 | P1STOP | P1 STOP | Inv - Aluminum (13105) | 205 | $1,656.40 | 0 | $0.00 | 76 | $8.08 | 129 | $1,042.32 |
| MI-4029 | P2STOP | P2 STOP | Inv - Aluminum (13105) | 241 | $1,209.82 | 0 | $0.00 | 0 | $5.02 | 241 | $1,209.82 |
| MI-4030 | S1STOP | S1 STOP | Inv - Aluminum (13105) | 1341 | $4,157.10 | 0 | $0.00 | 104 | $3.10 | 1237 | $3,834.70 |
| SI-4033 | PREPPR1 | SINGLE DOOR LATCH PREP - PR1 | Inv - 3rd Party Steel (13108) | 30 | $1,497.40 | 0 | $0.00 | 5 | $49.91 | 25 | $1,247.84 |
| SI-4034 | PREPPR2 | FRENCH DOOR STRIKE PREP - PR2 | Inv - 3rd Party Steel (13108) | 33 | $1,581.81 | 0 | $0.00 | 2 | $47.93 | 31 | $1,485.94 |
| SI-4035 | PREPPR3 | SINGLE DOOR STRIKE PREP - PR3 | Inv - 3rd Party Steel (13108) | 20 | $1,944.38 | 0 | $0.00 | 3 | $97.22 | 17 | $1,652.72 |
| SI-4036 | PREPPR4 | PIVOT DOOR STRIKE PREP - PR4 | Inv - 3rd Party Steel (13108) | 20 | $1,040.80 | 0 | $0.00 | 1 | $52.04 | 19 | $988.76 |
| SI-4037 | PREPPR5 | EMTEK SLIDER PREP - PR5 | Inv - 3rd Party Steel (13108) | 12 | $619.56 | 0 | $0.00 | 0 | $51.63 | 12 | $619.56 |
| SI-4038 | PREPPR6 | PIVOT DOOR BOTTOM PANEL PREP - PR6 | Inv - 3rd Party Steel (13108) | 14 | $735.00 | 0 | $0.00 | 0 | $52.50 | 14 | $735.00 |
| SI-4116 | SLPFRMBRIDGE | 1" X 1" SS SLP FRAME BRIDGES | Inv - 3rd Party Steel (13108) | 5599 | $2,228.40 | 0 | $0.00 | 1386 | $0.40 | 4213 | $1,676.77 |
| SI-4039 | SLPTHRESHOLD | REHME THRESHOLD - 10' | Inv - 3rd Party Steel (13108) | 14 | $1,111.25 | 0 | $0.00 | 7 | $79.38 | 7 | $555.63 |
| SI-4040 | SS1210 | SS FB .50 X 1.00 | Inv - Stainless Steel (13101) | 238 | $24,997.14 | 0 | $0.00 | 236 | $105.03 | 2 | $210.06 |
| SI-4041 | SS1212 | SS SB .50 X .50 | Inv - Stainless Steel (13101) | 112 | $6,448.96 | 0 | $0.00 | 22 | $57.58 | 90 | $5,182.20 |
| SI-4042 | SS1234 | SS FB .50 X .75 | Inv - Stainless Steel (13101) | 12 | $1,200.00 | 0 | $0.00 | 0 | $100.00 | 12 | $1,200.00 |
| SI-4043 | SS1410 | SS FB .25 X 1.00 | Inv - Stainless Steel (13101) | 8 | $469.36 | 0 | $0.00 | 0 | $58.67 | 8 | $469.36 |
| SI-4044 | SS1412 | SS FB .25 x .50 | Inv - Stainless Steel (13101) | 108 | $4,412.88 | 0 | $0.00 | 0 | $40.86 | 108 | $4,412.88 |
| SI-4045 | SS1414 | SS SB .25 X .25 | Inv - Stainless Steel (13101) | 15 | $373.20 | 0 | $0.00 | 0 | $24.88 | 15 | $373.20 |
| SI-4046 | SS1420 | SS FB .25 x 2.00 | Inv - Stainless Steel (13101) | 22 | $1,737.78 | 0 | $0.00 | 0 | $78.99 | 22 | $1,737.78 |
| SI-4047 | SS14212 | SS FB .25 x 2.50 | Inv - Stainless Steel (13101) | 0 | $0.00 | 0 | $0.00 | 0 | $161.20 | 0 | $0.00 |
| SI-4048 | SS1434 | SS FB .25 X .75 | Inv - Stainless Steel (13101) | 0 | $0.00 | 0 | $0.00 | 0 | $55.67 | 0 | $0.00 |
| SI-4049 | SS1810 | SS FB .125 x 1.00 | Inv - Stainless Steel (13101) | 150 | $3,289.50 | 0 | $0.00 | 0 | $21.93 | 150 | $3,289.50 |

ATTACHMENT A

| SI-4050 | SS18112 | SS FB .125 X 1.50 | Inv - Stainless Steel (13101) | 75 | $2,070.75 | 0 | $0.00 | 4 | $27.61 | 71 | $1,960.31 |
| SI-4051 | SS18114 | SS FB .125 X 1.25 | Inv - Stainless Steel (13101) | 138 | $4,241.47 | 60 | $0.00 | 30 | $21.42 | 168 | $3,598.82 |
| SI-4052 | SS1812 | SS FB .125 X .50 | Inv - Stainless Steel (13101) | 93 | $936.51 | 20 | $0.00 | 9 | $8.29 | 104 | $861.92 |
| SI-4053 | SS18134 | SS FB .125 X 1.75 | Inv - Stainless Steel (13101) | 40 | $1,678.80 | 0 | $0.00 | 0 | $41.97 | 40 | $1,678.80 |
| SI-4054 | SS18178 | SS FB .125 x 1.875 | Inv - Stainless Steel (13101) | 18 | $784.80 | 0 | $0.00 | 0 | $43.60 | 18 | $784.80 |
| SI-4055 | SS1818 | SS FB .125 X .125 | Inv - Stainless Steel (13101) | 8 | $303.28 | 0 | $0.00 | 0 | $37.91 | 8 | $303.28 |
| SI-4056 | SS1820 | SS FB .125 X 2.00 | Inv - Stainless Steel (13101) | 105 | $5,438.26 | 60 | $0.00 | 45 | $32.96 | 120 | $3,955.10 |
| SI-4057 | SS1830 | SS FB .125 X 3.00 | Inv - Stainless Steel (13101) | 38 | $2,304.74 | 0 | $0.00 | 0 | $60.65 | 38 | $2,304.74 |
| SI-4058 | SS1834 | SS FB .125 X .75 | Inv - Stainless Steel (13101) | 164 | $2,633.84 | 0 | $0.00 | 5 | $16.06 | 159 | $2,553.54 |
| SI-4059 | SS31610 | SS FB .1875 X 1.00 | Inv - Stainless Steel (13101) | 7 | $300.23 | 0 | $0.00 | 0 | $42.89 | 7 | $300.23 |
| SI-4060 | SS316112 | SS FB .1875 X 1.50 | Inv - Stainless Steel (13101) | 68 | $2,579.24 | 0 | $0.00 | 0 | $37.93 | 68 | $2,579.24 |
| SI-4061 | SS316114 | SS FB .1875 X 1.25 | Inv - Stainless Steel (13101) | 158 | $7,161.84 | 60 | $0.00 | 34 | $32.85 | 184 | $6,044.86 |
| SI-4062 | SS316134 | SS FB .1875 X 1.75 | Inv - Stainless Steel (13101) | 145 | $6,941.96 | 0 | $0.00 | 2 | $47.88 | 143 | $6,846.21 |
| SI-4063 | SS31620 | SS FB .1875 X 2.00 | Inv - Stainless Steel (13101) | 134 | $6,923.83 | 0 | $0.00 | 7 | $51.67 | 127 | $6,562.14 |
| SI-4064 | SS31633 | SS FB .1875 x 3.00 | Inv - Stainless Steel (13101) | 20 | $1,814.20 | 0 | $0.00 | 0 | $90.71 | 20 | $1,814.20 |
| SI-4065 | SS31634 | SS FB .1875 X .75 | Inv - Stainless Steel (13101) | 111 | $4,640.70 | 500 | $17,172.00 | 176 | $35.70 | 435 | $15,529.50 |
| SI-4066 | SS31640 | SS FB .1875 X 4.00 | Inv - Stainless Steel (13101) | 4 | $447.16 | 10 | $0.00 | 12 | $31.94 | 2 | $63.88 |
| SI-4067 | SS316412 | SS FB .1875 X 4.50 | Inv - Stainless Steel (13101) | 14 | $2,589.72 | 0 | $0.00 | 0 | $184.98 | 14 | $2,589.72 |
| SI-4068 | SS31658 | SS FB .1875 X .625 | Inv - Stainless Steel (13101) | 605 | $16,534.65 | 0 | $0.00 | 1 | $27.33 | 604 | $16,507.32 |
| SI-4069 | SS31660 | SS FB .1875 X 6.00 | Inv - Stainless Steel (13101) | 0 | $0.00 | 0 | $0.00 | 0 | $110.50 | 0 | $0.00 |
| SI-4070 | SS3410 | SS FB .75 X 1.00 | Inv - Stainless Steel (13101) | 656 | $82,387.04 | 187 | $0.00 | 258 | $97.73 | 585 | $57,172.50 |
| SI-4071 | SS3810 | SS FB .375 X 1.00 | Inv - Stainless Steel (13101) | 73 | $5,618.13 | 10 | $0.00 | 12 | $67.69 | 71 | $4,805.87 |
| SI-4072 | SS3830 | SS FB .375 X 3.00 | Inv - Stainless Steel (13101) | 3 | $661.95 | 5 | $0.00 | 5 | $220.65 | 3 | $661.95 |
| SI-4073 | SS3838 | SS FB .375 x .375 | Inv - Stainless Steel (13101) | 47 | $1,746.52 | 0 | $0.00 | 0 | $37.16 | 47 | $1,746.52 |
| SI-4074 | SSRT1012065 | SS RT 1.0 X .50 X .065W - 10' | Inv - Stainless Steel (13101) | 0 | $0.00 | 0 | $0.00 | 0 | $145.22 | 0 | $0.00 |
| SI-4075 | SSRT11210065 | SS RT 1.50 x 1.00 x .065W - 10' | Inv - Stainless Steel (13101) | 27 | $2,599.83 | 0 | $0.00 | 1 | $96.29 | 26 | $2,503.54 |
| SI-4076 | SSRT11212065 | SS RT 1.50 x .50 x .065W - 10' | Inv - Stainless Steel (13101) | 20 | $3,594.12 | 0 | $0.00 | 0 | $179.71 | 20 | $3,594.12 |
| SI-4077 | SSRT11220065 | SS RT 1.50 x 2.00 x .065W - 10' | Inv - Stainless Steel (13101) | 4 | $376.42 | 0 | $0.00 | 0 | $94.11 | 4 | $376.42 |
| SI-4078 | SSRT11234065 | SS RT 1.50 x .75 x .065W - 10' | Inv - Stainless Steel (13101) | 10 | $1,892.02 | 0 | $0.00 | 2 | $189.20 | 8 | $1,513.62 |
| SI-4079 | SSST112112065 | SS ST 1.50 x 1.50 x .065W - 10' | Inv - Stainless Steel (13101) | 9 | $2,490.84 | 6 | $0.00 | 12 | $166.06 | 3 | $498.17 |
| SI-4081 | SSST2020120 | SS ST 2.00 x 2.00 x .120W - 10' | Inv - Stainless Steel (13101) | 2 | $324.75 | 0 | $0.00 | 0 | $162.38 | 2 | $324.75 |
| SI-4082 | SSST3030120 | SS ST 3.00 x 3.00 x .120W - 10' | Inv - Stainless Steel (13101) | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| WI-4085 | FURPATCH | FUR PATCH - BLACK | Inv - Direct Wrap (13107) | 5000 | $6,345.00 | 0 | $0.00 | 0 | $1.27 | 5000 | $6,345.00 |

**Indirect Materials**

| Part Number | SKU | Short Description | Account | Qty Beg Inv | $ Beg Inv | Qty Received | $ Received | Qty Issued | Weighted Avg | Qty Ending Inv | $ End Inv | Weighted Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Cost per unit | | | $ Issued |
| BI-4093 | 3M760 | 3M 760 SEALANT | Inv - Prep Materials (13205) | 22 | $410.37 | 20 | $456.80 | 42 | $20.65 | 0 | $0.00 | $867.17 |
| BI-4094 | 3M8310 | BARE-METAL SEALER-08310 | Inv - Prep Materials (13205) | 45 | $1,618.69 | 0 | $0.00 | 18 | $35.97 | 27 | $971.21 | $647.48 |
| BI-4095 | 3MPLATPLUS | PLATINUM PLUS FINISHING GLAZE | Inv - Prep Materials (13205) | 0 | $0.00 | 12 | $42.02 | 0 | $3.50 | 12 | $42.02 | $0.00 |
| BI-4006 | 875FRP | FRP 7/8" | Inv - Prep Materials (13205) | 950 | $8,589.76 | 0 | $0.00 | 182 | $9.04 | 768 | $6,944.14 | $1,645.62 |
| BI-4096 | EVERCOAT440 | EVERCOAT 440 | Inv - Prep Materials (13205) | 9 | $261.80 | 8 | $0.00 | 8 | $15.40 | 9 | $138.60 | $123.20 |
| BI-4097 | GUIDECOAT | GUIDE COAT | Inv - Prep Materials (13205) | 1 | $29.92 | 6 | $0.00 | 3 | $4.27 | 4 | $17.10 | $12.82 |
| BI-4098 | KOMBIPUTTY | KOMBI PUTTY | Inv - Prep Materials (13205) | 3 | $38.58 | 0 | $0.00 | 2 | $12.86 | 1 | $12.86 | $25.72 |
| BI-4005 | SPLINEPANEL | FOAM SPLINE - .270 FOR OPERABLE PANELS | Inv - Prep Materials (13205) | 16500 | $445.50 | 0 | $0.00 | 0 | $0.03 | 16500 | $445.50 | $0.00 |
| BI-4099 | ZGRIPBONDO | Z GRIP BONDO (ALT FOR PLATINUM PLUS) | Inv - Prep Materials (13205) | 5 | $169.75 | 0 | $0.00 | 5 | $33.95 | 0 | $0.00 | $169.75 |
| CI-4100 | MAK | MAK | Inv - Paint (13202) | 3 | $202.51 | 1 | $0.00 | 4 | $50.63 | 0 | $0.00 | $202.51 |
| PI-4101 | PPG321PRIME | EPOXY PRIMER - PPG CRE321 | Inv - Paint (13202) | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | $0.00 |
| PI-4102 | PPG321PRIMETNT | EPOXY PRIMER - TINTABLE - PPG CREX21 | Inv - Paint (13202) | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | $0.00 |
| PI-4103 | PPG360BRONZE | PPG AUE360LG - BRONZE | Inv - Paint (13202) | 8 | $960.64 | 0 | $0.00 | 0 | $120.08 | 8 | $960.64 | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PI-4104 | PPG360DARKBRZ | PPG AUE360LG - DARK BRONZE | Inv - Paint (13202) | 13 | $1,561.04 | 0 | $0.00 | 0 | $120.08 | 13 | $1,561.04 | $0.00 |
| PI-4105 | PPG360MATTBLK | PPG AUE360LG - MATTE BLACK | Inv - Paint (13202) | 10 | $1,246.22 | 5 | $0.00 | 15 | $83.08 | 0 | $0.00 | $1,246.22 |
| PI-4106 | PPGAUE3501 | URETHANE HARDENER - PPG AUE3501 | Inv - Paint (13202) | 17 | $1,195.02 | 0 | $0.00 | 13 | $70.30 | 4 | $281.18 | $913.84 |
| PI-4313 | PPGPRE3500 | PRE Grey Expoxy Primer | Inv - Paint (13202) | 0 | $0.00 | 5 | $161.93 | 0 | $32.39 | 5 | $161.93 | $0.00 |
| PI-4107 | PPGCRE211H | PRIMER CATALYST - PPG CRE211H | Inv - Paint (13202) | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | $0.00 |
| PI-4108 | PPGGXM350 | SEALER CATALYST - GXM350 FOR SEP | Inv - Paint (13202) | 15 | $2,199.39 | 0 | $0.00 | 5 | $146.63 | 10 | $1,466.26 | $733.13 |
| PI-4109 | PPGJR507 | SLOW REDUCER - PPG JR507 | Inv - Paint (13202) | 5 | $256.72 | 4 | $0.00 | 5 | $28.52 | 4 | $114.10 | $142.62 |
| PI-4110 | PPGPLC900 | WASH PRIMER - PLC900 (1 GALLON) | Inv - Paint (13202) | 1 | $76.54 | 1 | $0.00 | 1 | $38.27 | 1 | $38.27 | $38.27 |
| PI-4111 | PPGPLC901 | WASH PRIMER CATALYST - PLC901 (1 GALLON) | Inv - Paint (13202) | 1 | $42.27 | 1 | $0.00 | 0 | $21.14 | 2 | $42.27 | $0.00 |
| PI-4112 | PPGSEPPRIME | GRAY PRIMER SEALER - PPG SEP | Inv - Paint (13202) | 12 | $1,179.12 | 5 | $0.00 | 14 | $69.36 | 3 | $208.08 | $971.04 |
| PI-4113 | WASHTHIN | WASH THINNER (1 GALLON) | Inv - Paint (13202) | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | $0.00 |
| SI-4117 | SLPMULBRIDGE | 1" X 3" SS MULL BRIDGES | Inv - Consumables (13201) | 773 | $501.72 | 0 | $0.00 | 283 | $0.65 | 490 | $318.04 | $183.68 |
| SI-4118 | WELDNUTS | 5/16-18 STAINLESS STEEL WELD NUTS | Inv - Consumables (13201) | 6800 | $6,460.00 | 0 | $0.00 | 279 | $0.95 | 6521 | $6,194.95 | $265.05 |
| SI-4083 | LBREINFORCE | LOCKBOX REINFORCEMENT | Inv - Consumables (13201) | 7 | $1.32 | 10 | $0.00 | 16 | $0.08 | 1 | $0.08 | $1.24 |
| SI-4084 | MLREINFORCE | LATCH PREP REINFORCEMENT | Inv - Consumables (13201) | 0 | $0.00 | 4 | $0.00 | 4 | $0.00 | 0 | $0.00 | $0.00 |
| SI-4091 | SLP214BRIDGE | DOOR PANEL BRIDGE | Inv - Consumables (13201) | 29 | $10.91 | 2371 | $0.00 | 1922 | $0.00 | 478 | $2.17 | $8.73 |
| SI-4002 | SLPLOCKBOXBRIDGE | 3/8" X 3/8" X 1" SLP LOCK BOX BRIDGES | Inv - Consumables (13201) | 790 | $200.57 | 0 | $0.00 | 440 | $0.25 | 350 | $88.86 | $111.71 |
| SI-4115 | SLPTBARVERTBRIDGE | 1/8" X 3/4" X 1" SLP T-BAR VERTICAL BRIDGES | Inv - Consumables (13201) | 454 | $114.35 | 695 | $0.00 | 456 | $0.10 | 693 | $68.97 | $45.38 |
| WI-4086 | HEXFINBLK | HEX FIN - SELF ADHESIVE, SILICONE, BLACK COLOR | Inv - Wrap Materials (13204) | 6720 | $16,901.16 | 0 | $0.00 | 0 | $2.52 | 6720 | $16,901.16 | $0.00 |
| WI-4087 | INTERIORJACOVER | WEATHERSTRIPPING CAVE FILLER | Inv - Wrap Materials (13204) | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | $0.00 |
| WI-4088 | SLBULBPSA500 | BULB SEAL - SILICONE SEAL WITH PSA 500 | Inv - Wrap Materials (13204) | 10500 | $5,498.80 | 0 | $0.00 | 0 | $0.52 | 10500 | $5,498.80 | $0.00 |
| WI-4122 | STRETCHWRAP | STRETCH WRAP - ROLL | Inv - Wrap Materials (13204) | 64 | $246.40 | 0 | $0.00 | 0 | $3.85 | 64 | $246.40 | $0.00 |
| WI-4089 | TRIFIN3812 | OT DOOR WEATHERSTRIP 3/8 X 1/2 - 17' - PEMKO | Inv - Wrap Materials (13204) | 10 | $413.00 | 4 | $0.00 | 14 | $29.50 | 0 | $0.00 | $413.00 |
| WI-4090 | WRAPCARDBOARD | DBOARD U-CHANNEL - BRANDED WITH REHME L | Inv - Wrap Materials (13204) | 672 | $6,951.17 | 0 | $0.00 | 0 | $10.34 | 672 | $6,951.17 | $0.00 |
| WI-4123 | WRAPFOAM14 | FOAM - ROLL 1/4" THICK | Inv - Wrap Materials (13204) | 6 | $1,357.94 | 0 | $0.00 | 0 | $226.32 | 6 | $1,357.94 | $0.00 |
| WI-4119 | CLRTAPE | CLEAR PACKAGING TAPE - ROLL | Inv - Consumables (13201) | 113 | $124.30 | 0 | $0.00 | 53 | $1.10 | 60 | $66.00 | $58.30 |
| PI-4114 | WASHTHIN55 | WASH THINNER (55 GALLON DRUM) | Inv - Paint (13202) | 0.25 | $106.25 | 0 | $0.00 | 0.25 | $425.00 | 0 | $0.00 | $106.25 |
| WI-4121 | SPLINEGLAZSTOPS | FOAM SPLINE - .220 FOR GLAZING STOPS | Inv - Wrap Materials (13204) | 21000 | $357.00 | 0 | $0.00 | 500 | $0.02 | 20500 | $348.50 | $8.50 |
| WI-4124 | WRAPFOAM18 | FOAM - ROLL 1/8" THICK | Inv - Wrap Materials (13204) | 6.5 | $299.00 | 0 | $0.00 | 0.5 | $46.00 | 6 | $276.00 | $23.00 |

ATTACHMENT B



RSWD COMPANY ASSET LIST

| ASSET INFORMATION | | | FINANCIAL STATUS | | | |
|---|---|---|---|---|---|---|
| Type | Make and Model | Asset or serial number | Purchase Price | Depreciation | Net Value | Date purchased |
| **ELECTRONICS** | | | | | | |
| Phone System | Polycom | 137 | $3,208.00 | $3,136.00 | $72.00 | 11/8/2013 |
| Computers | Dell | 172 | $5,079.00 | $4,201.00 | $878.00 | 10/29/2018 |
| Laptop | Dell Latitude 5520 | 817E4E3E-33D6-406F-B65E-6FF5FCCD649F | $3,090.23 | $0.00 | $3,090.23 | 2021 |
| Laptop | Dell XPS 17 9700 | BE020FBB-ED84-4B62-9306-83D81B2449F1 | $2,148.67 | $0.00 | $2,148.67 | 9/21/2021 |
| Laptop | Surface Studio | BD2D9B68-35EA-4346-976F-33C34C1B1B7C | $1,799.99 | $0.00 | $1,799.99 | 11/23/2021 |
| Laptop | Dell XPS 17 9700 | AA2B6EC1-2B9C-4460-8482-D9B3A872A4A7 | $1,639.00 | $0.00 | $1,639.00 | 12/22/2021 |
| **EQUIPMENT** | | | | | | |
| Paint Booth | Giant Truck #1 | 145 | $2,600.00 | $2,542.00 | $58.00 | 12/31/2015 |
| Maintenance | Motor Rebuild-Beaver Mills | 158 | $1,624.00 | $1,588.00 | $36.00 | 2/4/2015 |
| Sanding Machine | 149 | 163 | $13,750.00 | $13,265.00 | $485.00 | 7/18/2017 |
| Solar Panels | | 165 | $194,330.00 | $65,642.00 | $128,688.00 | 10/31/2017 |
| **FURN & FIXTURES** | | | | | | |
| Tops for Tables | | 160 | $3,600.00 | $3,305.00 | $295.00 | 11/28/2016 |
| **VEHICLES** | | | | | | |
| Truck | Ford F250 2013 | 68 | $35,797.00 | $30,398.00 | $5,399.00 | 12/27/2013 |
| Trailer | 20' Gooseneck 2015 | | $4,709.00 | $0.00 | $4,709.00 | |
| Trailer | Enclosed Trailer | | | | $0.00 | |
| Truck | Ford F250 2018 | 173 | $54,863.00 | $45,383.00 | $9,480.00 | 7/2/2018 |

ATTACHMENT B

| ASSET INFORMATION | | | FINANCIAL STATUS | | | |
|---|---|---|---|---|---|---|
| Type | Make and Model | Asset or serial number | Purchase Price | Depreciation | Net Value | Date purchased |
| **LEASEHOLD IMPV.** | | | | | | |
| Shelving Trim Work | | 120 | $2,125.00 | $401.00 | $1,724.00 | 8/14/2014 |
| Rock Wall New Office | | 122 | $3,240.00 | $602.00 | $2,638.00 | 10/6/2014 |
| Metal Cabinet on Bldg | | 123 | $1,600.00 | $800.00 | $800.00 | 10/14/2014 |
| Remodel HQ | | 124 | $3,785.00 | $695.00 | $3,090.00 | 10/18/2014 |
| Installation Pipes | | 125 | $1,513.00 | $279.00 | $1,234.00 | 10/22/2014 |
| HVAC | | 126 | $7,794.00 | $3,897.00 | $3,897.00 | 11/6/2014 |
| Heater Gas Pipes | | 127 | $869.00 | $153.00 | $716.00 | 12/8/2014 |
| Remodel Breakroom | | 128 | $2,042.00 | $364.00 | $1,678.00 | 12/18/2014 |
| Remodel Breakroom | | 129 | $2,041.00 | $364.00 | $1,677.00 | 12/23/2014 |
| Land Improvements | | 151 | $17,277.00 | $12,942.00 | $4,335.00 | 6/30/2015 |
| Bldg Improvements | | 152 | $5,446.00 | $910.00 | $4,536.00 | 6/30/2015 |
| LHI Paint Booth | | 162 | $8,500.00 | $1,253.00 | $7,247.00 | |
| Doors for Bondo Barn | | 166 | $6,150.00 | $757.00 | $5,393.00 | |
| Misc. Light Installs & Timers | | | $1,125.00 | $19.00 | $1,106.00 | |
| Paint Booth | | 159 | $152,800.00 | $63,893.00 | $88,907.00 | |
| | | | **$544,544.89** | **$256,789.00** | **$287,755.89** | |

DEBTOR'S TAX RETURNS

Form **8879-S**

Department of the Treasury
Internal Revenue Service

**IRS e-file Signature Authorization for Form 1120-S**

► ERO must obtain and retain completed Form 8879-S.
► Go to www.irs.gov/Form8879S for the latest information.

For calendar year 2021, or tax year beginning _____, 2021, and ending _____, 20____.

OMB No. 1545-0123

**2021**

| Name of corporation | Employer identification number |
|---|---|
| REHME CUSTOM DOORS & LIGHTING, INC. | 27-1834237 |

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) | 1 | 3,974,198. |
| 2 | Gross profit (Form 1120-S, line 3) | 2 | 741,418. |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) | 3 | −164,383. |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) | 4 | |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) | 5 | −164,310. |

| Part II | Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return) |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2021 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize R. ERIC DREWS, PLLC _____ to enter my PIN ▊▊▊
                        ERO firm name                                          Don't enter all zeros
as my signature on the corporation's 2021 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2021 electronically filed income tax return.

Officer's signature ► _____ Date ► _____ Title ► PRESIDENT

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. ▊▊▊▊▊
                                                                                         Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2021 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ► _____ Date ► _____

**ERO Must Retain This Form - See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.                                    Form **8879-S** (2021)
LHA

110201 01-04-22

16340505 147857 FORD041                    2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

**DEBTOR'S TAX RETURNS**

Form **7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

### Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| REHME CUSTOM DOORS & LIGHTING, INC. | 27-1834237 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
3914 CRAWFORD ROAD

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
SPICEWOOD, TX  78669

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

---

**Part I  Automatic Extension for Certain Business Income Tax, Information, and Other Returns.**  See instructions.

1  Enter the form code for the return listed below that this application is for ........... | **25**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II  All Filers Must Complete This Part**

2  If the organization is a foreign corporation that does not have an office or place of business in the United States,
check here ............................................................................................... ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
check here ............................................................................................... ▶ ☐
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here .......... ▶ ☐

5a  The application is for calendar year  2021 , or tax year beginning _____, and ending _____

 b  **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return  ☐ Final return
☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (See instructions - attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax | **6** | 0. |
| 7 | **Total** payments and credits. See instructions | **7** | 0. |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions | **8** | 0. |

LHA  **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**   Form **7004** (Rev. 12-2018)

119741  04-01-21

16340505 147857 FORD041                     2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURN

| Form **1120-S** | | U.S. **Income Tax Return for an S Corporation** | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.

▶ Go to www.irs.gov/Form1120S for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021 or tax year beginning _____, ending _____

| | | | | |
|---|---|---|---|---|
| **A** S election effective date<br>02/04/2010 | Name<br>REHME CUSTOM DOORS & LIGHTING, INC. | | **D** Employer identification number<br>27-1834237 | |
| **B** Business activity code number (see instructions)<br>238900 | Number, street, and room or suite no. If a P.O. box, see instructions.<br>3914 CRAWFORD ROAD | | **E** Date incorporated<br>02/04/2010 | |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code<br>SPICEWOOD, TX  78669 | | **F** Total assets (see instructions)<br>$ 1,848,100. | |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............... 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**Income**

| | | | | |
|---|---|---|---|---|
| 1 a | Gross receipts or sales | 3,974,198. | **b** Return and allowances | **c** Bal. Subtract line 1b from line 1a | **1c** | 3,974,198. |
| 2 | Cost of goods sold (attach Form 1125-A) | | **2** | 3,232,780. |
| 3 | Gross profit. Subtract line 2 from line 1c | | **3** | 741,418. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| 5 | Other income (loss) (attach statement)  STATEMENT 1 | | **5** | 16,927. |
| 6 | **Total income (loss).** Add lines 3 through 5 ▶ | | **6** | 758,345. |

**Deductions (See instructions for limitations)**

| | | | | |
|---|---|---|---|---|
| 7 | Compensation of officers (see instrs. - attach Form 1125-E) | | **7** | 90,000. |
| 8 | Salaries and wages (less employment credits) | | **8** | 432,971. |
| 9 | Repairs and maintenance | | **9** | 3,071. |
| 10 | Bad debts | | **10** | |
| 11 | Rents | | **11** | 28,764. |
| 12 | Taxes and licenses  STATEMENT 2 | | **12** | 8,271. |
| 13 | Interest (see instructions) | | **13** | 93,788. |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 36,194. |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | | **15** | |
| 16 | Advertising | | **16** | 60,693. |
| 17 | Pension, profit-sharing, etc., plans | | **17** | |
| 18 | Employee benefit programs | | **18** | 31,324. |
| 19 | Other deductions (attach statement)  STATEMENT 3 | | **19** | 137,652. |
| 20 | **Total deductions.** Add lines 7 through 19 ▶ | | **20** | 922,728. |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | | **21** | -164,383. |

**Tax and Payments**

| | | | | |
|---|---|---|---|---|
| 22 a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| b | Tax from Schedule D (Form 1120-S) | 22b | | |
| c | Add lines 22a and 22b | | **22c** | |
| 23 a | 2021 estimated tax payments and 2020 overpayment credited to 2021 | 23a | | |
| b | Tax deposited with Form 7004 | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| d | Add lines 23a through 23c | | **23d** | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | **24** | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| 27 | Enter amount from line 26: **Credited to 2022 estimated tax** _____  **Refunded** ▶ | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| ▶ _____<br>Signature of officer | Date | ▶ PRESIDENT<br>Title | May the IRS discuss this return with the preparer shown below? See instr.<br>☒ Yes ☐ No |
|---|---|---|---|

**Paid Preparer Use Only**

| Print/Type preparer's name<br>R. ERIC DREWS | Preparer's signature | Date | Check if self-employed ☐ | PTIN |
|---|---|---|---|---|
| Firm's name ▶ R. ERIC DREWS, PLLC | | | Firm's EIN ▶ | |
| Firm's address ▶ 13901 MIDWAY RD STE 102-278<br>DALLAS, TX 75244 | | | Phone no. | |

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**   111701 12-23-21

Form **1120-S** (2021)

16340505 147857 FORD041        2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS

Form 1120-S (2021)  REHME CUSTOM DOORS & LIGHTING, INC.  27-1834237  Page **2**

## Schedule B  Other Information (see instructions)

|  | Yes | No |
|---|---|---|
| **1** Check accounting method:  **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ▶ | | |
| **2** See the instructions and enter the: | | |
| **a** Business activity ▶ MANUFACTURING    **b** Product or service ▶ DOORS AND WINDOWS | | |
| **3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| **4** At the end of the tax year, did the corporation: | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Yes | No |
|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Yes | No |
|---|---|---|
| **5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| If "Yes," complete lines (i) and (ii) below. | | |
| (i) Total shares of restricted stock ▶ _____ | | |
| (ii) Total shares of non-restricted stock ▶ _____ | | |
| **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| If "Yes," complete lines (i) and (ii) below. | | |
| (i) Total shares of stock outstanding at the end of the tax year ▶ _____ | | |
| (ii) Total shares of stock outstanding if all instruments were executed ▶ _____ | | |
| **6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? | | X |
| **7** Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | |
| If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ | | |
| **9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| **10** Does the corporation satisfy one or more of the following? See instructions | | X |
| **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** The corporation is a tax shelter and the corporation has business interest expense. | | |
| If "Yes," complete and attach Form 8990. | | |
| **11** Does the corporation satisfy **both** of the following conditions? | | X |
| **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| **b** The corporation's total assets at the end of the tax year were less than $250,000. | | |
| If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2021)

2

16340505 147857 FORD041                    2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS

Form 1120-S (2021)  REHME CUSTOM DOORS & LIGHTING, INC.          27-1834237    Page **3**

| **Schedule B** | **Other Information** (see instructions) (continued) | | | Yes | No |
|---|---|---|---|---|---|
| **12** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | | | |
| **13** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | | X |
| **14a** | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? | | | X | |
| **b** | If "Yes," did the corporation file or will it file required Form(s) 1099? | | | X | |
| **15** | Is the corporation attaching Schedule K-2 to certify as a Qualified Opportunity Fund? | | | | X |
| | If "Yes," enter the amount from Form 8996 , line 15 ▶ $ | | | | |

| **Schedule K** | **Shareholders' Pro Rata Share Items** | | | | **Total amount** |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) | | | **1** | -164,383. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | | **2** | |
| | **3a** Other gross rental income (loss) | 3a | | | |
| | **b** Expenses from other rental activities (attach statement) | 3b | | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | | **3c** | |
| | **4** Interest income                                    STATEMENT 4 | | | **4** | 73. |
| | **5** Dividends: **a** Ordinary dividends | | | **5a** | |
| | **b** Qualified dividends | 5b | | | |
| | **6** Royalties | | | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | **8a** | |
| | **b** Collectibles (28%) gain (loss) | 8b | | | |
| | **c** Unrecaptured section 1250 gain (attach statement) | 8c | | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | | | **9** | |
| | **10** Other income (loss) (see instructions)      Type ▶ | | | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | | | **11** | |
| | **12a** Charitable contributions | | | **12a** | |
| | **b** Investment interest expense | | | **12b** | |
| | **c** Section 59(e)(2) expenditures      Type ▶ | | | **12c** | |
| | **d** Other deductions (see instructions)      Type ▶ | | | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | | | **13a** | |
| | **b** Low-income housing credit (other) | | | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | | **13c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | | | **13d** | |
| | **e** Other rental credits (see instructions)      Type ▶ | | | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) | | | **13f** | |
| | **g** Other credits (see instructions)      Type ▶ | | | **13g** | |
| **International Transactions** | **14** Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance ▶ ☐ | | | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | | | **15a** | |
| | **b** Adjusted gain or loss | | | **15b** | |
| | **c** Depletion (other than oil and gas) | | | **15c** | |
| | **d** Oil, gas, and geothermal properties - gross income | | | **15d** | |
| | **e** Oil, gas, and geothermal properties - deductions | | | **15e** | |
| | **f** Other AMT items (attach statement) | | | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | | | **16a** | |
| | **b** Other tax-exempt income | | | **16b** | |
| | **c** Nondeductible expenses               STATEMENT 5 | | | **16c** | 3,662. |
| | **d** Distributions (attach statement if required) | | | **16d** | 2,228. |
| | **e** Repayment of loans from shareholders | | | **16e** | |
| | **f** Foreign taxes paid or accrued | | | **16f** | |

Form **1120-S** (2021)

111721  12-23-21

16340505 147857 FORD041                    2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS

Form 1120S (2021)  REHME CUSTOM DOORS & LIGHTING, INC.  27-1834237  Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| **Other Information** | **17a** Investment income | **17a** | 73. |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (att. stmt.)    STATEMENT 6 | | |

| Schedule K | Recon-ciliation | | | |
|---|---|---|---|
| **18 Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | | **18** | −164,310. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash | | 381,234. | | 353,627. |
| 2 a | Trade notes and accounts receivable | 24,117. | | −250. | |
| b | Less allowance for bad debts | ( ) | 24,117. | ( ) | −250. |
| 3 | Inventories | | 540,664. | | 1,004,028. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 7 | 42,808. | | 310,540. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10 a | Buildings and other depreciable assets | 827,428. | | 838,423. | |
| b | Less accumulated depreciation | 564,479. | 262,949. | 658,268. | 180,155. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 1,251,772. | | 1,848,100. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 127,644. | | 279,330. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.) | STATEMENT 8 | 1,207,420. | | 1,711,601. |
| 19 | Loans from shareholders | | 1,958,735. | | 2,025,410. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock | | 1,000. | | 1,000. |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | STATEMENT 9 | −2,043,027. | | −2,169,241. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 1,251,772. | | 1,848,100. |

Form **1120-S** (2021)

111731
12-23-21

4

DEBTOR'S TAX RETURNS

Form 1120-S (2021)   REHME CUSTOM DOORS & LIGHTING, INC.         27-1834237    Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Net income (loss) per books | −140,913. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** Tax-exempt interest  $ _____ | | |
| | STMT 10 | 16,927. | | | | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | | |
| | **a** Depreciation  $ _____ | | | **a** Depreciation  $              10,076. | | |
| | **b** Travel and entertainment $ _____ | | | STMT 12              33,910. | 43,986. | |
| | STMT 11          3,662. | 3,662. | **7** | Add lines 5 and 6 | 43,986. | |
| **4** | Add lines 1 through 3 | −120,324. | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | −164,310. | |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instrs.) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year | −2,243,263. | | | 322,400. |
| **2** | Ordinary income from page 1, line 21 | | | | |
| **3** | Other additions        STATEMENT 13 | 73. | | | |
| **4** | Loss from page 1, line 21 | ( 164,383. ) | | | |
| **5** | Other reductions        STATEMENT 14 | ( 3,662. ) | | | ( ) |
| **6** | Combine lines 1 through 5 | −2,411,235. | | | 322,400. |
| **7** | Distributions | | | | 2,228. |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 | −2,411,235. | | | 320,172. |

Form **1120-S** (2021)

DEBTOR'S TAX RETURNS

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name

REHME CUSTOM DOORS & LIGHTING, INC.

Employer Identification number

27-1834237

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 540,664. |
| 2 | Purchases | 2 | 968,348. |
| 3 | Cost of labor | 3 | 1,112,943. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)  SEE STATEMENT 15 | 5 | 1,579,575. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 4,201,530. |
| 7 | Inventory at end of year | 7 | 968,750. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 3,232,780. |

**9 a** Check all methods used for valuing closing inventory:

(i) [X] Cost

(ii) [ ] Lower of cost or market

(iii) [ ] Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d | |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ... [ ] Yes [X] No

**f** Was any change in determining quantities, cost, or valuations between opening and closing inventory? ... [ ] Yes [X] No
If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

124441
04-01-21    LHA

6

DEBTOR'S TAX RETURNS

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
▶ **Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.**

OMB No. 1545-0123

Name

REHME CUSTOM DOORS & LIGHTING, INC.

Employer Identification number

27-1834237

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 PETER J. REHME | ███████ | 100% | | | 90,000. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 2 Total compensation of officers | | 2 | 90,000. |
| 3 Compensation of officers claimed on Form 1125-A or elsewhere on return | | 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | | 4 | 90,000. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

124451  04-01-21      LHA

16340505  147857  FORD041                    2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS

| Form **2220** | **Underpayment of Estimated Tax by Corporations** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to the corporation's tax return.<br>▶ Go to www.irs.gov/Form2220 for instructions and the latest information. | **2021** |

| Name | Employer identification number |
|---|---|
| REHME CUSTOM DOORS & LIGHTING, INC. | 27-1834237 |

**Note:** Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 38, on the estimated tax penalty line of the corporation's income tax return, but **do not** attach Form 2220.

### Part I   Required Annual Payment

| | | | |
|---|---|---|---|
| 1 Total tax (see instructions) | | 1 | |
| 2a Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 | 2a | | |
| b Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or section 167(g) for depreciation under the income forecast method | 2b | | |
| c Credit for federal tax paid on fuels (see instructions) | 2c | | |
| d Total. Add lines 2a through 2c | | 2d | |
| 3 Subtract line 2d from line 1. If the result is less than $500, **do not** complete or file this form. The corporation does not owe the penalty | | 3 | 0. |
| 4 Enter the tax shown on the corporation's 2020 income tax return. See instructions. **Caution:** If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5 | | 4 | |
| 5 **Required annual payment.** Enter the **smaller** of line 3 or line 4. If the corporation is required to skip line 4, enter the amount from line 3 | | 5 | 0. |

### Part II   Reasons for Filing - Check the boxes below that apply. If any boxes are checked, the corporation **must** file Form 2220 even if it does not owe a penalty. See instructions.

STATEMENT 16

6 ☐ The corporation is using the adjusted seasonal installment method.
7 ☐ The corporation is using the annualized income installment method.
8 ☐ The corporation is a "large corporation" figuring its first required installment based on the prior year's tax.

### Part III   Figuring the Underpayment

| | (a) | (b) | (c) | (d) |
|---|---|---|---|---|
| 9 Installment due dates. Enter in columns (a) through (d) the 15th day of the 4th (**Form 990-PF filers:** Use 5th month), 6th, 9th, and 12th months of the corporation's tax year **9** | | | | |
| 10 Required installments. If the box on line 6 and/or line 7 above is checked, enter the amounts from Sch A, line 38. If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter. If none of these boxes are checked, enter 25% (0.25) of line 5 above in each column **10** | | | | |
| 11 Estimated tax paid or credited for each period. For column (a) only, enter the amount from line 11 on line 15. See instructions **11** | | | | |
| **Complete lines 12 through 18 of one column before going to the next column.** | | | | |
| 12 Enter amount, if any, from line 18 of the preceding column **12** | | | | |
| 13 Add lines 11 and 12 **13** | | | | |
| 14 Add amounts on lines 16 and 17 of the preceding column **14** | | | | |
| 15 Subtract line 14 from line 13. If zero or less, enter -0- **15** | | | | |
| 16 If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- **16** | | | | |
| 17 **Underpayment.** If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 **17** | | | | |
| 18 **Overpayment.** If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column **18** | | | | |

Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17 - no penalty is owed.

LHA   For Paperwork Reduction Act Notice, see separate instructions. | Form **2220** (2021)

112801 01-06-22

16340505 147857 FORD041                2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

REHME CUSTOM DOORS & LIGHTING, INC.                                                    27-1834237

Form 2220 (2021)                                                                         Page **2**

| Part IV | Figuring the Penalty |

|  |  | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 19 | Enter the date of payment or the 15th day of the 4th month after the close of the tax year, whichever is earlier. **(C corporations with tax years ending June 30 and S corporations:** Use 3rd month instead of 4th month. **Form 990-PF and Form 990-T filers:** Use 5th month instead of 4th month.) See instructions | 19 | | | | |
| 20 | Number of days from due date of installment on line 9 to the date shown on line 19 | 20 | | | | |
| 21 | Number of days on line 20 after 4/15/2021 and before 7/1/2021 | 21 | | | | |
| 22 | Underpayment on line 17 x Number of days on line 21 x 3% (0.03) / 365 | 22 | $ | $ | $ | $ |
| 23 | Number of days on line 20 after 6/30/2021 and before 10/1/2021 | 23 | | | | |
| 24 | Underpayment on line 17 x Number of days on line 23 x 3% (0.03) / 365 | 24 | $ | $ | $ | $ |
| 25 | Number of days on line 20 after 9/30/2021 and before 1/1/2022 | 25 | | | | |
| 26 | Underpayment on line 17 x Number of days on line 25 x 3% (0.03) / 365 | 26 | $ | $ | $ | $ |
| 27 | Number of days on line 20 after 12/31/2021 and before 4/1/2022 | 27 | | | | |
| 28 | Underpayment on line 17 x Number of days on line 27 x 3% (0.03) / 365 | 28 | $ | $ | $ | $ |
| 29 | Number of days on line 20 after 3/31/2022 and before 7/1/2022 | 29 | | | | |
| 30 | Underpayment on line 17 x Number of days on line 29 x *% / 365 | 30 | $ | $ | $ | $ |
| 31 | Number of days on line 20 after 6/30/2022 and before 10/1/2022 | 31 | | | | |
| 32 | Underpayment on line 17 x Number of days on line 31 x *% / 365 | 32 | $ | $ | $ | $ |
| 33 | Number of days on line 20 after 9/30/2022 and before 1/1/2023 | 33 | | | | |
| 34 | Underpayment on line 17 x Number of days on line 33 x *% / 365 | 34 | $ | $ | $ | $ |
| 35 | Number of days on line 20 after 12/31/2022 and before 3/16/2023 | 35 | | | | |
| 36 | Underpayment on line 17 x Number of days on line 35 x *% / 365 | 36 | $ | $ | $ | $ |
| 37 | Add lines 22, 24, 26, 28, 30, 32, 34, and 36 | 37 | $ | $ | $ | $ |

**38 Penalty.** Add columns (a) through (d) of line 37. Enter the total here and on Form 1120, line 34; or the comparable line for other income tax returns ............ **38** $                 0.

* Use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at **www.irs.gov.** You can also call 1-800-829-4933 to get interest rate information.

Form **2220** (2021)

DEBTOR'S TAX RETURNS

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | **(Including Information on Listed Property)** OTHER | **2021** |
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Attach to your tax return.<br>▶ Go to www.irs.gov/Form4562 for instructions and the latest information. | Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| REHME CUSTOM DOORS & LIGHTING, INC. | OTHER DEPRECIATION | 27-1834237 |

**Part I** Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ... **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 9,871. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | 776. |

**Part III** MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | **17** | 25,547. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2021 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | / | | 30 yrs. | MM | S/L | |
| d 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 36,194. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

116251 12-21-21  LHA  **For Paperwork Reduction Act Notice, see separate instructions.** Form **4562** (2021)

DEBTOR'S TAX RETURNS

Form 4562 (2021)   REHME CUSTOM DOORS & LIGHTING, INC.   27-1834237   Page **2**

| **Part V** | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. **)**

24a Do you have evidence to support the business/investment use claimed?  [X] **Yes**  [ ] **No**   24b If "Yes," is the evidence written?  [X] **Yes**  [ ] **No**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| VEHICLE 2013 | | % | | | | | | |
| FORD F250 | 122713 | 100.00 % | 35,797. | 5,398. | 5.00 | 200DB-MQ | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 | Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| **Part VI** | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2021 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

116252  12-21-21

Form **4562** (2021)

16340505 147857 FORD041                    2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS

**2021 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                              OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | COMPUTERS | | | | | | | | | | | | | | |
| 2 | SONY VAIO LAPTOP | 07/16/12 | 200DB | 5.00 | HY | 17 | 1,264. | | | 632. | 632. | 632. | | 0. | 632. |
| 9 | COMPUTER  DELL OPTIPLEX | 09/16/13 | 200DB | 7.00 | MQ | 17 | 627. | | 627. | | | | | 0. | |
| 10 | COMPUTER  DELL PRECISION CAD 1 | 03/08/13 | 200DB | 7.00 | MQ | 17 | 1,893. | | 1,893. | | | | | 0. | |
| 11 | COMPUTER  DELL PRECISION CAD 2 | 03/08/13 | 200DB | 7.00 | MQ | 17 | 1,893. | | 1,893. | | | | | 0. | |
| 12 | COMPUTER  DELL PRECISION T3600 | 09/21/13 | 200DB | 7.00 | MQ | 17 | 1,893. | | 1,893. | | | | | 0. | |
| 13 | COMPUTER MONITOR  EPSON CAD | 03/08/13 | 200DB | 7.00 | MQ | 17 | 238. | | 238. | | | | | 0. | |
| 14 | LAPTOP  DELL LATITUDE LAPTOP E5430 FCG21 | 10/09/13 | 200DB | 7.00 | MQ | 17 | 1,066. | | 1,066. | | | | | 0. | |
| 15 | MINITOWER  OPTIPLEX 3010 | 10/28/13 | 200DB | 7.00 | MQ | 17 | 857. | | 857. | | | | | 0. | |
| 16 | PHONE SYSTEM | 11/08/13 | 200DB | 7.00 | MQ | 17 | 2,322. | | 2,322. | | | | | 0. | |
| 17 | SERVER  DELL POWER EDGE T320 | 11/20/13 | 200DB | 7.00 | MQ | 17 | 3,469. | | 3,469. | | | | | 0. | |
| 18 | TV | 11/08/13 | 200DB | 7.00 | MQ | 17 | 812. | | 812. | | | | | 0. | |
| 135 | DELL PRECISION M3800 LAPTOP | 07/13/15 | 200DB | 5.00 | HY | 17 | 1,950. | | | 975. | 975. | 975. | | 0. | 975. |
| 136 | DELL INSPIRON 3847 COMPUTER | 10/22/15 | 200DB | 5.00 | HY | 17 | 648. | | | 324. | 324. | 324. | | 0. | 324. |
| 137 | PHONE SYSTEM | 12/16/15 | 200DB | 7.00 | HY | 17 | 3,208. | | | 1,604. | 1,604. | 1,389. | | 143. | 1,532. |
| 172 | DELL COMPUTERS | 10/29/18 | 200DB | 5.00 | HY | 17 | 5,079. | | | | 5,079. | 3,616. | | 585. | 4,201. |
| 174 | ROBERT'S XPS 15 | 10/27/19 | 200DB | 5.00 | MQ | 17 | 2,466. | | | 2,466. | | | | 0. | |
| | * OTHER TOTAL - COMPUTERS | | | | | | 29,685. | | 15,070. | 6,001. | 8,614. | 6,936. | | 728. | 7,664. |

128111 04-01-21

(D) - Asset disposed                                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

DEBTOR'S TAX RETURNS

**2021 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                      OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EQUIPMENT | | | | | | | | | | | | | | |
| 1 | FORKLIFT | 06/30/10 | 200DB | 7.00 | HY | 17 | 25,407. | | | | 25,407. | 25,407. | | 0. | 25,407. |
| 3 | WELDER DYNASTY 200 DX | 11/26/12 | 200DB | 7.00 | HY | 17 | 4,033. | | | 2,017. | 2,016. | 2,016. | | 0. | 2,016. |
| 5 | GREEN STORAGE CONTAINERS | 12/04/12 | 200DB | 7.00 | HY | 17 | 2,500. | | | 1,250. | 1,250. | 1,250. | | 0. | 1,250. |
| 19 | 2 TBAR JIGS | 05/14/13 | 200DB | 7.00 | MQ | 17 | 681. | | 681. | | | | | 0. | |
| 20 | AIR COMPRESSOR  VERTICLE CHAMPION 80 GAL | 03/11/13 | 200DB | 7.00 | MQ | 17 | 3,250. | | 3,250. | | | | | 0. | |
| 21 | AIR TANK | 10/02/13 | 200DB | 7.00 | MQ | 17 | 750. | | 750. | | | | | 0. | |
| 22 | BANDSAW ELLIS MITRE MODEL 1800 | 02/01/13 | 200DB | 7.00 | MQ | 17 | 2,750. | | 2,750. | | | | | 0. | |
| 23 | BANDSAW  JET J8201VS 14 | 04/24/13 | 200DB | 7.00 | MQ | 17 | 2,464. | | 2,464. | | | | | 0. | |
| 24 | BELT SANDER | 10/11/13 | 200DB | 7.00 | MQ | 17 | 1,126. | | 1,126. | | | | | 0. | |
| 25 | CABINET  4 GALLON FIRE SAFE | 04/26/13 | 200DB | 7.00 | MQ | 17 | 429. | | 429. | | | | | 0. | |
| 26 | CABINET  FIRE SAFE 1 | 04/16/13 | 200DB | 7.00 | MQ | 17 | 854. | | 854. | | | | | 0. | |
| 27 | CABINET  FIRE SAFE 2 | 04/16/13 | 200DB | 7.00 | MQ | 17 | 854. | | 854. | | | | | 0. | |
| 28 | CABINET  HEAVY DUTY STORAGE 1 | 09/06/13 | 200DB | 7.00 | MQ | 17 | 335. | | 335. | | | | | 0. | |
| 29 | CABINET  HEAVY DUTY STORAGE 2 | 09/06/13 | 200DB | 7.00 | MQ | 17 | 295. | | 295. | | | | | 0. | |
| 30 | DIE ROLLER 1 | 06/13/13 | 200DB | 7.00 | MQ | 17 | 290. | | 290. | | | | | 0. | |
| 31 | DIE ROLLER 2 | 06/13/13 | 200DB | 7.00 | MQ | 17 | 290. | | 290. | | | | | 0. | |
| 32 | DIE ROLLER 3 | 06/13/13 | 200DB | 7.00 | MQ | 17 | 290. | | 290. | | | | | 0. | |

128111 04-01-21                                    (D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

DEBTOR'S TAX RETURNS

**2021 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION      OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | DIE ROLLER 4 | 06/13/13 | 200DB | 7.00 | MQ | 17 | 290. | | 290. | | | | | 0. | |
| 34 | DIE ROLLER 5 | 06/13/13 | 200DB | 7.00 | MQ | 17 | 290. | | 290. | | | | | 0. | |
| 35 | DIE ROLLER 6 | 06/13/13 | 200DB | 7.00 | MQ | 17 | 290. | | 290. | | | | | 0. | |
| 36 | DIGITAL HANGING SCALE | 03/20/13 | 200DB | 7.00 | MQ | 17 | 1,248. | | 1,248. | | | | | 0. | |
| 37 | DRILL MILWAUKEE M18 FUEL HAMMER | 05/21/13 | 200DB | 7.00 | MQ | 17 | 324. | | 324. | | | | | 0. | |
| 38 | DRYER | 10/02/13 | 200DB | 7.00 | MQ | 17 | 1,300. | | 1,300. | | | | | 0. | |
| 39 | ECHO TRIMMER HEAD 35CC | 08/10/13 | 200DB | 7.00 | MQ | 17 | 384. | | 384. | | | | | 0. | |
| 40 | ENGRAVER AIR POWERED | 09/12/13 | 200DB | 7.00 | MQ | 17 | 318. | | 318. | | | | | 0. | |
| 41 | PAINT GUN 1 | 05/22/13 | 200DB | 7.00 | MQ | 17 | 280. | | 280. | | | | | 0. | |
| 42 | PAINT GUN 2 | 09/26/13 | 200DB | 7.00 | MQ | 17 | 525. | | 525. | | | | | 0. | |
| 43 | PAINT GUN 3 | 09/26/13 | 200DB | 7.00 | MQ | 17 | 525. | | 525. | | | | | 0. | |
| 44 | PAINT GUN 4 | 09/26/13 | 200DB | 7.00 | MQ | 17 | 525. | | 525. | | | | | 0. | |
| 45 | PHASE CONVERTER | 10/18/13 | 200DB | 7.00 | MQ | 17 | 775. | | 775. | | | | | 0. | |
| 46 | ROLLING MACHINE | 06/03/13 | 200DB | 7.00 | MQ | 17 | 1,595. | | 1,595. | | | | | 0. | |
| 47 | SAFETY WELDING SCREEN | 09/12/13 | 200DB | 7.00 | MQ | 17 | 387. | | 387. | | | | | 0. | |
| 48 | SAW 10 LASER CMS 1 | 04/16/13 | 200DB | 7.00 | MQ | 17 | 280. | | 280. | | | | | 0. | |
| 49 | SAW 10 LASER CMS 2 | 04/16/13 | 200DB | 7.00 | MQ | 17 | 280. | | 280. | | | | | 0. | |
| 50 | STORAGE PAINT BUILDING | 11/19/13 | 200DB | 7.00 | MQ | 17 | 1,500. | | 1,500. | | | | | 0. | |

128111 04-01-21

(D) - Asset disposed      * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

DEBTOR'S TAX RETURNS

**2021 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                 OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | TOOL CHEST  CRAFTSMAN 4 DRWR | 10/07/13 | 200DB | 7.00 | MQ | 17 | 655. | | 655. | | | | | 0. | |
| 53 | TURRET  LATHE | 10/14/13 | 200DB | 7.00 | MQ | 17 | 3,500. | | 3,500. | | | | | 0. | |
| 54 | VENDING MACHINE  SODA | 10/14/13 | 200DB | 7.00 | MQ | 17 | 1,625. | | 1,625. | | | | | 0. | |
| 55 | VERTICAL MILL  220V TABLE 10 X 39 | 10/10/13 | 200DB | 7.00 | MQ | 17 | 7,095. | | 7,095. | | | | | 0. | |
| 56 | WELDER  SYNCROWAVE 200 1 | 08/22/13 | 200DB | 7.00 | MQ | 17 | 2,921. | | 2,921. | | | | | 0. | |
| 57 | WELDER  SYNCROWAVE 200 2 | 09/06/13 | 200DB | 7.00 | MQ | 17 | 2,744. | | 2,744. | | | | | 0. | |
| 58 | WELDER  SYNCROWAVE 250 | 11/06/13 | 200DB | 7.00 | MQ | 17 | 2,879. | | 2,879. | | | | | 0. | |
| 59 | WELDER  TIG DYNASTY 200 DX | 07/02/13 | 200DB | 7.00 | HY | 17 | 3,984. | | 3,984. | | | | | 0. | |
| 60 | WORK TABLE  1 | 10/10/13 | 200DB | 7.00 | MQ | 17 | 2,055. | | 2,055. | | | | | 0. | |
| 61 | WORK TABLE  2 | 10/10/13 | 200DB | 7.00 | MQ | 17 | 2,055. | | 2,055. | | | | | 0. | |
| 62 | WORK TABLE  3 | 10/10/13 | 200DB | 7.00 | MQ | 17 | 2,055. | | 2,055. | | | | | 0. | |
| 63 | WORK TABLE  4 | 10/10/13 | 200DB | 7.00 | MQ | 17 | 2,055. | | 2,055. | | | | | 0. | |
| 64 | WORK TABLE  5 | 10/10/13 | 200DB | 7.00 | MQ | 17 | 2,055. | | 2,055. | | | | | 0. | |
| 65 | WORK TABLE  6 | 10/10/13 | 200DB | 7.00 | MQ | 17 | 2,055. | | 2,055. | | | | | 0. | |
| 66 | WORK TABLE  7 | 10/10/13 | 200DB | 7.00 | HY | 17 | 2,055. | | 2,055. | | | | | 0. | |
| 85 | WELDING MACHING | 01/14/14 | 200DB | 5.00 | MQ | 17 | 2,776. | | | 1,388. | 1,388. | 1,388. | | 0. | 1,388. |
| 86 | TABLE | 02/19/14 | 200DB | 7.00 | MQ | 17 | 950. | | | 475. | 475. | 470. | | 5. | 475. |
| 87 | TABLE | 02/19/14 | 200DB | 7.00 | MQ | 17 | 950. | | | 475. | 475. | 470. | | 5. | 475. |

128111 04-01-21

(D) - Asset disposed                                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

DEBTOR'S TAX RETURNS

**2021 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | C o n v | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | AIR COMPRESSOR | 02/21/14 | 200DB | 5.00 | MQ | 17 | 3,360. | | | | 1,680. | 1,680. | 1,680. | | 0. | 1,680. |
| 89 | FIRE SAFE | 02/27/14 | 200DB | 7.00 | MQ | 17 | 832. | | | | 416. | 416. | 411. | | 5. | 416. |
| 90 | MAG PRESS | 04/14/14 | 200DB | 5.00 | MQ | 17 | 910. | | | | 455. | 455. | 455. | | 0. | 455. |
| 91 | TABLE BEAMS | 04/18/14 | 200DB | 7.00 | MQ | 17 | 649. | | | | 325. | 324. | 313. | | 11. | 324. |
| 92 | WORK TABLE 5 | 05/01/14 | 200DB | 7.00 | MQ | 17 | 1,160. | | | | 580. | 580. | 561. | | 19. | 580. |
| 93 | WORK TABLE 6 | 05/01/14 | 200DB | 7.00 | MQ | 17 | 1,160. | | | | 580. | 580. | 561. | | 19. | 580. |
| 94 | WORK TABLE 7 | 05/10/14 | 200DB | 7.00 | MQ | 17 | 1,160. | | | | 580. | 580. | 561. | | 19. | 580. |
| 95 | WELDER SYNCROWAVE | 05/08/14 | 200DB | 5.00 | MQ | 17 | 2,598. | | | | 1,299. | 1,299. | 1,299. | | 0. | 1,299. |
| 97 | BEAVER MILL | 05/14/14 | 200DB | 5.00 | MQ | 17 | 1,550. | | | | | 1,550. | 1,550. | | 0. | 1,550. |
| 98 | WORK TABLE 3 | 05/22/14 | 200DB | 7.00 | MQ | 17 | 898. | | | | 449. | 449. | 434. | | 15. | 449. |
| 99 | WORK TABLE 4 | 05/22/14 | 200DB | 7.00 | MQ | 17 | 897. | | | | 449. | 448. | 433. | | 15. | 448. |
| 100 | UTILITY PRESS 1 & 2 | 05/23/14 | 200DB | 5.00 | MQ | 17 | 600. | | | | 300. | 300. | 300. | | 0. | 300. |
| 101 | DYNAFILE 1 & 2 | 06/04/14 | 200DB | 5.00 | MQ | 17 | 940. | | | | 470. | 470. | 470. | | 0. | 470. |
| 102 | WELDER  SYNCROWAVE 210 | 06/05/14 | 200DB | 5.00 | MQ | 17 | 2,598. | | | | 1,299. | 1,299. | 1,299. | | 0. | 1,299. |
| 103 | BANDSAW ELLIS 1800 | 06/11/14 | 200DB | 5.00 | MQ | 17 | 2,850. | | | | 1,425. | 1,425. | 1,425. | | 0. | 1,425. |
| 104 | WORK TABLE  10 | 07/31/14 | 200DB | 7.00 | MQ | 17 | 683. | | | | 342. | 341. | 322. | | 19. | 341. |
| 105 | WORK TABLE  11 | 07/31/14 | 200DB | 7.00 | MQ | 17 | 683. | | | | 342. | 341. | 322. | | 19. | 341. |
| 106 | WORK TABLE  12 | 07/31/14 | 200DB | 7.00 | MQ | 17 | 683. | | | | 342. | 341. | 322. | | 19. | 341. |

128111 04-01-21                                  (D) - Asset disposed                          * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

DEBTOR'S TAX RETURNS

**2021 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                          OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 107 | WORK TABLE  13 | 07/13/14 | 200DB | 7.00 | MQ | 17 | 684. | | | 342. | 342. | 323. | | 19. | 342. |
| 108 | WORK TABLE 14 | 07/31/14 | 200DB | 7.00 | MQ | 17 | 683. | | | 342. | 341. | 322. | | 19. | 341. |
| 109 | WORK TABLE  15 | 07/31/14 | 200DB | 7.00 | MQ | 17 | 684. | | | 342. | 342. | 323. | | 19. | 342. |
| 110 | WORK TABLE  16 | 07/31/14 | 200DB | 7.00 | MQ | 17 | 683. | | | 342. | 341. | 322. | | 19. | 341. |
| 111 | WELDER SYNCOWAVE 210 | 08/07/14 | 200DB | 5.00 | MQ | 17 | 2,395. | | | 1,198. | 1,197. | 1,197. | | 0. | 1,197. |
| 112 | WELDER SYNCOWAVE 210 | 08/07/14 | 200DB | 5.00 | MQ | 17 | 2,395. | | | 1,198. | 1,197. | 1,197. | | 0. | 1,197. |
| 113 | WORK TABLE  8 | 08/22/14 | 200DB | 7.00 | MQ | 17 | 975. | | | 488. | 487. | 460. | | 27. | 487. |
| 114 | WORK TABLE  9 | 08/22/14 | 200DB | 7.00 | MQ | 17 | 975. | | | 488. | 487. | 460. | | 27. | 487. |
| 115 | PROPANE TANK | 11/20/14 | 200DB | 5.00 | MQ | 17 | 1,234. | | | 617. | 617. | 617. | | 0. | 617. |
| 116 | 40 TON EDWARDS IRONWORKER | 12/16/14 | 200DB | 5.00 | MQ | 17 | 7,278. | | | 3,639. | 3,639. | 3,639. | | 0. | 3,639. |
| 117 | WHEEL BELT GRINDER | 12/16/14 | 200DB | 5.00 | MQ | 17 | 3,376. | | | 1,688. | 1,688. | 1,688. | | 0. | 1,688. |
| 118 | PYRAMID ROLL BENDER | 12/17/14 | 200DB | 5.00 | MQ | 17 | 17,047. | | | 8,524. | 8,523. | 8,523. | | 0. | 8,523. |
| 119 | 2 TWIN ELECTRIC DRUM VACUUMS | 12/17/14 | 200DB | 5.00 | MQ | 17 | 3,565. | | | 1,783. | 1,782. | 1,782. | | 0. | 1,782. |
| 145 | PAINT BOOTH-GIANT TRUCK #1 | 12/31/15 | 200DB | 7.00 | HY | 17 | 2,600. | | | 1,300. | 1,300. | 1,126. | | 116. | 1,242. |
| 158 | MOTOR REBUILD-BEAVER MILLS | 02/04/15 | 200DB | 7.00 | HY | 17 | 1,624. | | | 812. | 812. | 703. | | 73. | 776. |
| 163 | SANDING MACHINE - 149 | 07/18/17 | 200DB | 5.00 | MQ | 17 | 13,750. | | | 6,875. | 6,875. | 5,613. | | 777. | 6,390. |
| 165 | SOLAR PANELS | 10/31/17 | 200DB | 5.00 | MQ | 17 | 194,330. | | | 111,740. | 82,590. | 65,642. | | 9,039. | 74,681. |
| 179 | STORAGE CONTAINER | 09/10/21 | 200DB | 7.00 | MQ | 19C | 2,700. | | | 2,700. | | | | 2,700. | |

128111 04-01-21                          (D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

17

DEBTOR'S TAX RETURNS

**2021 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                                           OTHER

| Asset No. | Description | Date Acquired | Method | Life | C o n v | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | * OTHER TOTAL – EQUIPMENT | | | | | | 383,367. | | 65,562. | 161,356. | 156,449. | 137,656. | | 13,005. | 147,961. |
| | FURN & FIXTURES | | | | | | | | | | | | | | |
| 69 | FIXTURE – DRAPES | 12/23/13 | 200DB | 7.00 | MQ | 17 | 1,437. | | 1,437. | | | | | 0. | |
| 70 | CONFERENCE TABLE & CHAIRS | 10/23/13 | 200DB | 7.00 | MQ | 17 | 3,192. | | 3,192. | | | | | 0. | |
| 71 | ESPRESSO DESK | 11/23/13 | 200DB | 7.00 | MQ | 17 | 1,487. | | 1,487. | | | | | 0. | |
| 72 | FILE CABINET | 10/23/13 | 200DB | 7.00 | MQ | 17 | 600. | | 600. | | | | | 0. | |
| 73 | GREEN DESK | 10/23/13 | 200DB | 7.00 | MQ | 17 | 800. | | 800. | | | | | 0. | |
| 74 | OFFICE TABLE | 10/23/13 | 200DB | 7.00 | MQ | 17 | 500. | | 500. | | | | | 0. | |
| 84 | SIT STAND DESK | 10/16/14 | 200DB | 7.00 | MQ | 17 | 2,000. | | | 1,000. | 1,000. | 923. | | 77. | 1,000. |
| 160 | TOPS FOR TABLES | 11/28/16 | 200DB | 7.00 | MQ | 17 | 3,600. | | | 1,800. | 1,800. | 1,348. | | 157. | 1,505. |
| | * OTHER TOTAL – FURN & FIXTURES | | | | | | 13,616. | | 8,016. | 2,800. | 2,800. | 2,271. | | 234. | 2,505. |
| | SOFTWARE | | | | | | | | | | | | | | |
| 6 | SOFTWARE CADD | 02/26/13 | 200DB | 3.00 | MQ | 17 | 9,722. | | 9,722. | | | | | 0. | |
| 7 | SOFTWARE  QB ENTERPRISE 2014 | 11/15/13 | 200DB | 3.00 | MQ | 17 | 2,143. | | 2,143. | | | | | 0. | |
| 8 | SOFTWARE  SERVER LICENSE WINDOWS 2012 | 11/16/13 | 200DB | 3.00 | MQ | 17 | 504. | | 504. | | | | | 0. | |
| 176 | TIMESAVER WITH DUST COLLETION | 02/26/20 | 200DB | 5.00 | MQ | 17 | 9,000. | | | 9,000. | | | | 0. | |
| | * OTHER TOTAL – SOFTWARE | | | | | | 21,369. | | 12,369. | 9,000. | 0. | 0. | | 0. | 0. |
| | VEHICLES | | | | | | | | | | | | | | |

128111 04-01-21

(D) · Asset disposed                                                          * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

DEBTOR'S TAX RETURNS

**2021 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 24 X 83 GOOSENECK PIPE TOP TRAILER | 03/20/13 | 200DB | 5.00 | MQ | 17 | 6,778. | | 6,778. | | | | | 0. | |
| 68 | VEHICLE  2013 FORD F250 | 12/27/13 | 200DB | 5.00 | MQ | 21 | 35,797. | | 25,000. | 5,399. | 5,398. | 5,398. | | 0. | 5,398. |
| 143 | 16X83 HD PIPETOP TRAILER | 03/09/15 | 200DB | 5.00 | HY | 17 | 3,889. | | | 1,945. | 1,944. | 1,944. | | 0. | 1,944. |
| 144 | TRAILER | 10/20/15 | 200DB | 5.00 | HY | 17 | 4,559. | | | 2,280. | 2,279. | 2,279. | | 0. | 2,279. |
| 161 | 20FT BUMPER PULL TRAILER | 02/15/16 | 200DB | 5.00 | MQ | 17 | 4,626. | | | 2,313. | 2,313. | 2,281. | | 32. | 2,313. |
| 164 | EQUIPMENT HAULER | 10/02/17 | 200DB | 5.00 | MQ | 17 | 4,219. | | | 2,110. | 2,109. | 1,676. | | 231. | 1,907. |
| 173 | TRUCK | 07/02/18 | 200DB | 5.00 | HY | 17 | 54,863. | | | | 54,863. | 39,063. | | 6,320. | 45,383. |
| 175 | 2019 FORD F-250 | 11/22/19 | 200DB | 5.00 | MQ | 17 | 53,164. | | | 53,164. | | | | 0. | |
| 178 | 2021 20 FOOT DECKOVER | 11/13/21 | 200DB | 5.00 | MQ | 19B | 7,171. | | | 7,171. | | | | 7,171. | |
| | * OTHER TOTAL – VEHICLES | | | | | | 175,066. | | 31,778. | 74,382. | 68,906. | 52,641. | | 13,754. | 59,224. |
| | LEASEHOLD IMPROVEMENTS | | | | | | | | | | | | | | |
| 120 | SHELVING TRIM WORK | 08/14/14 | SL | 39.00 | | 16 | 2,125. | | | | 2,125. | 347. | | 54. | 401. |
| 122 | ROCK WALL NEW OFFICE | 10/06/14 | SL | 39.00 | | 16 | 3,240. | | | | 3,240. | 519. | | 83. | 602. |
| 123 | METAL CABINET ON BUILDING | 10/14/14 | 200DB | 7.00 | MQ | 17 | 1,600. | | | 800. | 800. | 739. | | 61. | 800. |
| 124 | REMODEL HEADQUARTERS | 10/18/14 | SL | 39.00 | | 16 | 3,785. | | | | 3,785. | 598. | | 97. | 695. |
| 125 | INSTALLATION PIPES | 10/22/14 | SL | 39.00 | | 16 | 1,513. | | | | 1,513. | 240. | | 39. | 279. |
| 126 | HVAC | 11/06/14 | 200DB | 7.00 | MQ | 17 | 7,794. | | | 3,897. | 3,897. | 3,599. | | 298. | 3,897. |
| 127 | HEATER GAS PIPES | 12/08/14 | SL | 39.00 | | 16 | 869. | | | | 869. | 134. | | 22. | 156. |

128111 04-01-21                          (D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

DEBTOR'S TAX RETURNS

**2021 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                                     OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128 | REMODEL BREAKROOM | 12/18/14 | SL | 39.00 | | 16 | 2,042. | | | | 2,042. | 312. | | 52. | 364. |
| 129 | REMODEL BREAKROOM | 12/23/14 | SL | 39.00 | | 16 | 2,041. | | | | 2,041. | 312. | | 52. | 364. |
| 151 | LAND IMPROVEMENTS | 06/30/15 | 150DB | 15.00 | HY | 17 | 17,277. | | | 8,639. | 8,638. | 3,793. | | 510. | 4,303. |
| 152 | BUILDING IMPROVEMENTS | 06/30/15 | SL | 39.00 | | 16 | 5,446. | | | | 5,446. | 770. | | 140. | 910. |
| 162 | LHI FOR PAINT BOOTH | 04/05/16 | SL | 39.00 | | 16 | 8,500. | | | | 8,500. | 1,035. | | 218. | 1,253. |
| 166 | DOORS FOR BONDO BARN | 03/27/17 | SL | 39.00 | MM | 17 | 6,150. | | | | 6,150. | 599. | | 158. | 757. |
| 177 | HQ OFFICE & BATH REMODEL AFTER FLOOD | 10/12/20 | 150DB | 15.00 | MQ | 17 | 20,529. | | | 20,529. | | | | 0. | |
| 180 | MISC. LIGHT INSTALLS AND TIMERS | 04/27/21 | SL | 39.00 | | 16 | 1,125. | | | | 1,125. | | | 19. | 19. |
| | * OTHER TOTAL - LEASEHOLD IMPROVEMENTS | | | | | | 84,036. | | | 33,865. | 50,171. | 12,997. | | 1,803. | 14,800. |
| 159 | PAINT BOOTH | 12/10/16 | 200DB | 7.00 | MQ | 17 | 152,800. | | | 76,400. | 76,400. | 57,223. | | 6,670. | 63,893. |
| | * OTHER TOTAL - LEASEHOLD IMPROVEMENTS | | | | | | 152,800. | | | 76,400. | 76,400. | 57,223. | | 6,670. | 63,893. |
| | * GRAND TOTAL OTHER DEPRECIATION | | | | | | 859,939. | 132,795. | 363,804. | 363,340. | 269,724. | | | 36,194. | 296,047. |
| | | | | | | | | | | | | | | | |
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | | 848,943. | 132,795. | 353,933. | 362,215. | 269,724. | | | | 296,028. |
| | ACQUISITIONS | | | | | | 10,996. | 0. | 9,871. | 1,125. | 0. | | | | 19. |
| | DISPOSITIONS/RETIRED | | | | | | 0. | 0. | 0. | 0. | 0. | | | | 0. |
| | ENDING BALANCE | | | | | | 859,939. | 132,795. | 363,804. | 363,340. | 269,724. | | | | 296,047. |

128111 04-01-21

(D) · Asset disposed                                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

DEBTOR'S TAX RETURNS

REHME CUSTOM DOORS & LIGHTING, INC.

# Qualified Business Income (Section 199A)

27-1834237

| SSTB | PTP | Description | EIN | Ordinary Business Income (Loss) | Rental Income (Loss) | Royalty Income (Loss) | Section 1231 Gain (Loss) | Other Income (Loss) | Section 179 Deduction |
|---|---|---|---|---|---|---|---|---|---|
| | | TRADE OR BUSINESS | | -164,383. | | | | | |
| | | TOTAL | | -164,383. | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| SSTB | PTP | Description | Other Deductions | W-2 Wages | Unadjusted Basis of Assets | Cooperative | | Reserved | Reserved |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Qualified Business Income | W-2 Wages | | |
| | | TRADE OR BUSINESS | | 2,276,975. | 834,532. | | | | |
| | | TOTAL | | 2,276,975. | 834,532. | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Qualified REIT dividends ...................................................... _____

114821  04-01-21

DEBTOR'S TAX RETURNS

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


Rehme Custom Doors & Lighting, Inc.
3914 Crawford Road
Spicewood, TX  78669

Employer Identification Number:  27-1834237

For the Year Ending December 31, 2021

Rehme Custom Doors & Lighting, Inc. is making the de minimis safe
harbor election under Reg. Sec. 1.263(a)-1(f).

DEBTOR'S TAX RETURNS

REHME CUSTOM DOORS & LIGHTING, INC.                                    27-1834237

---

| FORM 1120S | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| RE ADJUSTMENT | 16,927. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 5 | 16,927. |

---

| FORM 1120S | TAXES AND LICENSES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| REAL ESTATE TAX | 8,271. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 8,271. |

---

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AUTO | 53. |
| CLEANING | 1,702. |
| DUES & SUBSCRIPTIONS | 3,817. |
| INSURANCE | 19,773. |
| MEALS NOT SUBJECT TO LIMITATION | 331. |
| MISCELLANEOUS | 319. |
| OFFICE SUPPLIES | 12,577. |
| PEST CONTROL | 121. |
| POSTAGE | 2,582. |
| PROFESSIONAL SERVICES | 65,186. |
| SOFTWARE & WEBSITE | 11,297. |
| TELEPHONE | 9,908. |
| TRAINING | 4,500. |
| TRAVEL | 2,825. |
| UTILITIES | 1,319. |
| VENDING MACHINE SUPPLIES | 1,342. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 137,652. |

DEBTOR'S TAX RETURNS

REHME CUSTOM DOORS & LIGHTING, INC.                                27-1834237

---

| SCHEDULE K | INTEREST INCOME | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| INTEREST INCOME | 73. |
| TOTAL TO SCHEDULE K, LINE 4 | 73. |

---

| SCHEDULE K | NONDEDUCTIBLE EXPENSES | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| NON DEDUCTIBLE PENALTIES | 3,662. |
| TOTAL TO SCHEDULE K, LINE 16C | 3,662. |

---

| SCHEDULE K | OTHER ITEMS, LINE 17D | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SECTION 199A - ORDINARY INCOME (LOSS) | -164,383. |
| SECTION 199A - W-2 WAGES | 2,276,975. |
| SECTION 199A - UNADJUSTED BASIS OF ASSETS | 834,532. |

---

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| AR-EMPLOYEE | -1,427. | -2,203. |
| COSTS IN EXCESS OF BILLINGS | 12,361. | 236,049. |
| INTERCOMPANY - RSC | 213. | 68,487. |
| INTERCOMPANY RAS | | 11,097. |
| INTERCOMPANY RCIW | -15,895. | -15,168. |
| INTERCOMPANY RI | 47,556. | 47,556. |
| INVENTORY ASSET | | -35,278. |
| TOTAL TO SCHEDULE L, LINE 6 | 42,808. | 310,540. |

REHME CUSTOM DOORS & LIGHTING, INC.                                    27-1834237
DEBTOR'S TAX RETURNS

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 8 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| ACCRUED INTEREST PAYABLE | 85,264. | 51,354. |
| ACCRUED LIABILTY | 15,291. | -2,119. |
| BILLINGS IN EXCESS OF COSTS | 1,074,728. | 1,603,342. |
| CREDIT CARDS | 17,384. | -1,806. |
| PAYROLL LIABILITIES | 9,127. | 11,442. |
| SALES TAX PAYABLE | 5,626. | 49,388. |
| TOTAL TO SCHEDULE L, LINE 18 | 1,207,420. | 1,711,601. |

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT 9 |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| BALANCE AT BEGINNING OF YEAR | -2,043,027. |
| NET INCOME PER BOOKS | -140,913. |
| DISTRIBUTIONS | -2,228. |
| OTHER INCREASES (DECREASES) | |
| RE ADJUSTMENT | 16,927. |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | -2,169,241. |

| SCHEDULE M-1 | INCOME INCLUDED ON SCHEDULE K NOT RECORDED ON BOOKS THIS YEAR | STATEMENT 10 |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| OTHER INCOME | 16,927. |
| TOTAL TO SCHEDULE M-1, LINE 2 | 16,927. |

REHME CUSTOM DOORS & LIGHTING, INC.                          27-1834237
DEBTOR'S TAX RETURNS

---

| SCHEDULE M-1 | EXPENSES RECORDED ON BOOKS THIS YEAR NOT INCLUDED ON SCHEDULE K | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| NON DEDUCTIBLE PENALTIES | 3,662. |
| TOTAL TO SCHEDULE M-1, LINE 3 | 3,662. |

---

| SCHEDULE M-1 | DEDUCTIONS ON SCHEDULE K NOT CHARGED AGAINST BOOK INCOME THIS YEAR | STATEMENT 12 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| RELATED PARTY INTEREST NOT PAID | 33,910. |
| TOTAL TO SCHEDULE M-1, LINE 6 | 33,910. |

---

| SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT - OTHER ADDITIONS | STATEMENT 13 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PORTFOLIO INTEREST INCOME | 73. |
| TOTAL TO SCHEDULE M-2, LINE 3 - COLUMN (A) | 73. |

---

| SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS | STATEMENT 14 |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| NONDEDUCTIBLE EXPENSES | 3,662. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | 3,662. |

REHME CUSTOM DOORS & LIGHTING, INC.                              27-1834237

---

FORM 1125-A                        OTHER COSTS                    STATEMENT 15

---

| DESCRIPTION | AMOUNT |
|---|---|
| COMMISSIONS | 124,190. |
| FACTORY OVERHEAD | 1,427,067. |
| FUEL | 111. |
| MEALS NOT SUBJECT TO LIMITATION | 1,139. |
| MISC | -7,608. |
| SHIPPING & DELIVERY | 30,622. |
| TRAVEL AND LODGING | 4,054. |
| TOTAL TO LINE 5 | 1,579,575. |

16340505 147857 FORD041          2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

REHME CUSTOM DOORS & LIGHTING, INC.                                    27-1834237
DEBTOR'S TAX RETURNS

===============================================================================

                      BASIS OF 2220 PENALTY              STATEMENT 16

THE REQUIRED ANNUAL PAYMENT UNDER SECTION 6655(G) IS THE LESSER OF:

1. 100% OF THE TAX* SHOWN ON THE CURRENT
   YEAR'S TAX RETURN OR, IF NO RETURN IS
   FILED, 100% OF THE CURRENT YEAR'S TAX;        . . . . . . . .

     * INCLUDES: EXCESS PASSIVE TAX
                 BUILT IN GAINS TAX
                 ITC RECAPTURE
                 4136 CREDIT

2. THE SUM OF:

   (A) 100% OF THE TAXES DUE FOR THE CURRENT
       YEAR BY VIRTUE OF THE BUILT-IN GAINS
       AND THE RECAPTURE OF INVESTMENT CREDIT;
       PLUS     . . . . . . . . . . . . . . . . . . . . . . .

   (B) 100% OF THE TAX ON EXCESS PASSIVE INCOME
       THAT WAS SHOWN ON THE FORM 1120S FOR
       THE PRECEDING TAXABLE YEAR; LESS          . . . . . .

   (C) CURRENT YEAR CREDIT FOR FEDERAL TAX ON FUELS  . . . . .

       TOTAL . . . . . . . . . . . . . . . . . . . . . . .

3. REQUIRED ANNUAL PAYMENT BEFORE PENALTY CAN BE ASSESSED  . .

===============================================================================

DEBTOR'S TAX RETURNS

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 137 | PHONE SYSTEM | 121615 | 200DB | 7.00 | 3,208. | 1,389. | 143. | 143. | 0. |
| 172 | DELL COMPUTERS | 102918 | 200DB | 5.00 | 5,079. | 3,616. | 585. | 585. | 0. |
| 86 | TABLE | 021914 | 200DB | 7.00 | 950. | 470. | 5. | 5. | 0. |
| 87 | TABLE | 021914 | 200DB | 7.00 | 950. | 470. | 5. | 5. | 0. |
| 89 | FIRE SAFE | 022714 | 200DB | 7.00 | 832. | 411. | 5. | 5. | 0. |
| 91 | TABLE BEAMS | 041814 | 200DB | 7.00 | 649. | 313. | 11. | 11. | 0. |
| 92 | WORK TABLE 5 | 050114 | 200DB | 7.00 | 1,160. | 561. | 19. | 19. | 0. |
| 93 | WORK TABLE 6 | 050114 | 200DB | 7.00 | 1,160. | 561. | 19. | 19. | 0. |
| 94 | WORK TABLE 7 | 051014 | 200DB | 7.00 | 1,160. | 561. | 19. | 19. | 0. |
| 98 | WORK TABLE 3 | 052214 | 200DB | 7.00 | 898. | 434. | 15. | 15. | 0. |
| 99 | WORK TABLE 4 | 052214 | 200DB | 7.00 | 897. | 433. | 15. | 15. | 0. |
| 104 | WORK TABLE 10 | 073114 | 200DB | 7.00 | 683. | 322. | 19. | 19. | 0. |
| 105 | WORK TABLE 11 | 073114 | 200DB | 7.00 | 683. | 322. | 19. | 19. | 0. |
| 106 | WORK TABLE 12 | 073114 | 200DB | 7.00 | 683. | 322. | 19. | 19. | 0. |
| 107 | WORK TABLE 13 | 071314 | 200DB | 7.00 | 684. | 323. | 19. | 19. | 0. |
| 108 | WORK TABLE 14 | 073114 | 200DB | 7.00 | 683. | 322. | 19. | 19. | 0. |
| 109 | WORK TABLE 15 | 073114 | 200DB | 7.00 | 684. | 323. | 19. | 19. | 0. |
| 110 | WORK TABLE 16 | 073114 | 200DB | 7.00 | 683. | 322. | 19. | 19. | 0. |
| 113 | WORK TABLE 8 | 082214 | 200DB | 7.00 | 975. | 460. | 27. | 27. | 0. |
| 114 | WORK TABLE 9 | 082214 | 200DB | 7.00 | 975. | 460. | 27. | 27. | 0. |
| 145 | PAINT BOOTH-GIANT TRUCK #1 | 123115 | 200DB | 7.00 | 2,600. | 1,126. | 116. | 116. | 0. |
| 158 | MOTOR REBUILD-BEAVER MILLS | 020415 | 200DB | 7.00 | 1,624. | 703. | 73. | 73. | 0. |
| 163 | SANDING MACHINE - 149 | 071817 | 200DB | 5.00 | 13,750. | 5,613. | 777. | 777. | 0. |
| 165 | SOLAR PANELS | 103117 | 200DB | 5.00 | 194,330. | 65,642. | 9,039. | 9,039. | 0. |
| 179 | STORAGE CONTAINER | 091021 | 200DB | 7.00 | 2,700. | 0. | 2,700. | 2,700. | 0. |
| 84 | SIT STAND DESK | 101614 | 200DB | 7.00 | 2,000. | 923. | 77. | 77. | 0. |
| 160 | TOPS FOR TABLES | 112816 | 200DB | 7.00 | 3,600. | 1,348. | 157. | 157. | 0. |
| 161 | 20FT BUMPER PULL TRAILER | 021516 | 200DB | 7.00 | 4,626. | 2,281. | 32. | 32. | 0. |
| 164 | EQUIPMENT HAULER | 100217 | 200DB | 5.00 | 4,219. | 1,676. | 231. | 231. | 0. |
| 173 | TRUCK | 070218 | 200DB | 5.00 | 54,863. | 39,063. | 6,320. | 6,320. | 0. |
| 178 | 2021 20 FOOT DECKOVER | 111321 | 200DB | 5.00 | 7,171. | 0. | 7,171. | 7,171. | 0. |
| 120 | SHELVING TRIM WORK | 081414 | | 40.00 | 2,125. | 347. | 54. | 54. | 0. |
| 122 | ROCK WALL NEW OFFICE | 100614 | | 40.00 | 3,240. | 519. | 83. | 83. | 0. |
| 123 | METAL CABINET ON BUILDING | 101414 | 200DB | 7.00 | 1,600. | 739. | 61. | 61. | 0. |

128104
04-01-21

DEBTOR'S TAX RETURNS

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | | | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 124 | REMODEL HEADQUARTERS | 10 | 18 | 14 | | 40.00 | 3,785. | 598. | 97. | 97. | 0. |
| 125 | INSTALLATION PIPES | 10 | 22 | 14 | | 40.00 | 1,513. | 240. | 39. | 39. | 0. |
| 126 | HVAC | 11 | 06 | 14 | 200DB | 7.00 | 7,794. | 3,599. | 298. | 298. | 0. |
| 127 | HEATER GAS PIPES | 12 | 08 | 14 | | 40.00 | 869. | 134. | 22. | 22. | 0. |
| 128 | REMODEL BREAKROOM | 12 | 18 | 14 | | 40.00 | 2,042. | 312. | 52. | 52. | 0. |
| 129 | REMODEL BREAKROOM | 12 | 23 | 14 | | 40.00 | 2,041. | 312. | 52. | 52. | 0. |
| 151 | LAND IMPROVEMENTS | 06 | 30 | 15 | 150DB | 15.00 | 17,277. | 3,793. | 510. | 510. | 0. |
| 152 | BUILDING IMPROVEMENTS | 06 | 30 | 15 | | 39.00 | 5,446. | 770. | 140. | 140. | 0. |
| 162 | LHI FOR PAINT BOOTH | 04 | 05 | 16 | | 39.00 | 8,500. | 1,035. | 218. | 218. | 0. |
| 166 | DOORS FOR BONDO BARN | 03 | 27 | 17 | SL | 39.00 | 6,150. | 599. | 158. | 158. | 0. |
| | MISC. LIGHT INSTALLS AND | | | | | | | | | | |
| 180 | TIMERS | 04 | 27 | 21 | | 39.00 | 1,125. | 0. | 19. | 19. | 0. |
| 159 | PAINT BOOTH | 12 | 10 | 16 | 200DB | 7.00 | 152,800. | 57,223. | 6,670. | 6,670. | 0. |
| | TOTALS | | | | | | 531,466. | 200,990. | 36,194. | 36,194. | 0. |

128104
04-01-21

DEBTOR'S TAX RETURNS

671121

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**2021**

For calendar year 2021, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,**
**Credits, etc.**    ▶ See separate instructions.

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
27-1834237

**B** Corporation's name, address, city, state, and ZIP code

REHME CUSTOM DOORS & LIGHTING, INC.
3914 CRAWFORD ROAD
SPICEWOOD, TX  78669

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year ............ 100.00
End of tax year .................. 100.00

| **Part II** | **Information About the Shareholder** |
|---|---|

**E** Shareholder's identifying number
███████████

**F** Shareholder's name, address, city, state, and ZIP code

PETER J. REHME
3914 CRAWFORD RD
SPICEWOOD, TX 78669

**G** Current year allocation percentage    100.000000 %

**H** Shareholder's number of shares
Beginning of tax year ............ 100.00
End of tax year .................. 100.00

**I** Loans from shareholder
Beginning of tax year ......... $ 1,958,735.
End of tax year ............... $ 2,025,410.

For IRS Use Only

| No. | Item | | No. | Item | |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) −164,383. | | 13 | Credits | |
| 2 | Net rental real estate inc (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income 73. | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Schedule K-3 is attached if checked ▶ ☐ | |
| 6 | Royalties | | 15 | Alternative min tax (AMT) items | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured sec 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | 16 C* | Items affecting shareholder basis 3,662. | |
| 10 | Other income (loss) | | D | 2,228. | |
| | | | 17 A | Other information 73. | |
| 11 | Section 179 deduction | | V | * STMT | |
| 12 | Other deductions | | AC | * STMT | |
| 18 | ☐ More than one activity for at-risk purposes* | | | | |
| 19 | ☐ More than one activity for passive activity purposes* | | | | |

*See attached statement for additional information.

111271
11-18-21
LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**    www.irs.gov/Form1120S    **Schedule K-1 (Form 1120-S) 2021**

31    1

REHME CUSTOM DOORS & LIGHTING, INC.                                    27-1834237
DEBTOR'S TAX RETURNS

---

SCHEDULE K-1            NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

---

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| NON DEDUCTIBLE PENALTIES | 3,662. | |
| TOTAL | 3,662. | |

---

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

---

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND
LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL
DISCLOSURE STATEMENT.

---

SCHEDULE K-1                  SECTION 199A ITEMS, BOX 17
                                      CODE V

---

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS | |
| ORDINARY INCOME(LOSS) | -164,383. |
| W-2 WAGES | 2,276,975. |
| UNADJUSTED BASIS | 834,532. |

16340505 147857 FORD041           2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

REHME CUSTOM DOORS & LIGHTING, INC.                                    27-1834237
DEBTOR'S TAX RETURNS

---

SCHEDULE K-1          IRC SEC. 163(J) ADJUSTED TAXABLE
                            INCOME CALCULATION

---

| DESCRIPTION | AMOUNT |
|---|---|
| TAXABLE INCOME | -164,310. |
| INTEREST EXPENSE NOT FROM A PASS-THROUGH ENTITY | 93,788. |
| ALLOWABLE DEPRECIATION, AMORTIZATION OR DEPLETION | 36,194. |
| INTEREST INCOME NOT FROM A PASS-THROUGH ENTITY | -73. |
| ADJUSTED TAXABLE INCOME | -34,401. |

---

SCHEDULE K-1          IRC SEC. 163(J) BUSINESS INTEREST
                            EXPENSE LIMITATION

---

THE ENTITY IS A SMALL BUSINESS AND UNDER IRC SEC. 163(J)(3) IT IS EXEMPT FROM
THE IRC SEC. 163(J) BUSINESS INTEREST EXPENSE LIMITATION.

| DESCRIPTION | AMOUNT |
|---|---|
| ADJUSTED TAXABLE INCOME | -34,401. |
| BUSINESS INTEREST INCOME | 0. |
| BUSINESS INTEREST EXPENSE | 93,788. |
| 2020 GROSS RECEIPTS | 2,677,075. |
| 2019 GROSS RECEIPTS | 2,737,878. |
| 2018 GROSS RECEIPTS | 3,005,927. |

---

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 17, CODE AC

---

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS RECEIPTS - CURRENT YEAR | 3,974,271. |
| GROSS RECEIPTS - 1ST PRIOR YEAR | 2,677,075. |
| GROSS RECEIPTS - 2ND PRIOR YEAR | 2,737,878. |
| GROSS RECEIPTS - 3RD PRIOR YEAR | 3,005,927. |

DEBTOR'S TAX RETURNS

**List of Codes**

This list identifies the codes used on Schedule K-1 for all shareholders. For detailed reporting and filing information, see the specific line instructions, earlier, and the instructions for your income tax return.

**Box 10. Other income (loss)**

**Code**

**A** Other portfolio income (loss)

**B** Involuntary conversions

**C** Section 1256 contracts & straddles

**D** Mining exploration costs recapture

**E** Section 951A(a) income inclusions

**F** Inclusions of subpart F income

**G** Section 951(a)(1)(B) inclusions

**H** Other income (loss)

**Box 12. Other deductions**

**A** Cash contributions (60%)

**B** Cash contributions (30%)

**C** Noncash contributions (50%)

**D** Noncash contributions (30%)

**E** Capital gain property to a 50% limit organization (30%)

**F** Capital gain property (20%)

**G** Contributions (100%)

**H** Investment interest expense

**I** Deductions - royalty income

**J** Section 59(e)(2) expenditures

**K** Reserved for future use

**L** Deductions - portfolio (other)

**M** Preproductive period expenses

**N** Reserved for future use

**O** Reforestation expense deduction

**P** Reserved for future use

**Q** Reserved for future use

**R** Reserved for future use

**S** Other deductions

**Box 13. Credits**

**A** Reserved for future use

**B** Reserved for future use

**C** Low-income housing credit (section 42(j)(5)) from pre-2007 buildings

**D** Low-income housing credit (other) from post-2007 buildings

**E** Qualified rehabilitation expenditures (rental real estate)

**F** Other rental real estate credits

**G** Other rental credits

**H** Undistributed capital gains credit

**I** Biofuel producer credit

**J** Work opportunity credit

**K** Disabled access credit

**L** Empowerment zone employment credit

**M** Credit for increasing research activities

**N** Credit for employer social security and Medicare taxes

**O** Backup withholding

**P** Other credits

**Box 15. Alternative minimum tax (AMT) items**

**A** Post-1986 depreciation adjustment

**B** Adjusted gain or loss

**C** Depletion (other than oil & gas)

**D** Oil, gas, & geothermal-gross income

**E** Oil, gas, & geothermal-deductions

**F** Other AMT items

**Box 16. Items affecting shareholder basis**

**A** Tax-exempt interest income

**B** Other tax-exempt income

**C** Nondeductible expenses

**D** Distributions

**E** Repayment of loans from shareholders

**F** Foreign taxes paid or accrued

**Box 17. Other information**

**A** Investment income

**B** Investment expenses

**C** Qualified rehabilitation expenditures (other than rental real estate)

**D** Basis of energy property

**E** Recapture of low-income housing credit (section 42(j)(5))

**F** Recapture of low-income housing credit (other)

**G** Recapture of investment credit

**H** Recapture of other credits

**I** Look-back interest-completed long-term contracts

**J** Look-back interest-income forecast method

**K** Dispositions of property with section 179 deductions

**L** Recapture of section 179 deduction

**M** Section 453(l)(3) information

**N** Section 453A(c) information

**O** Section 1260(b) information

**P** Interest allocable to production expenditures

**Q** CCF nonqualified withdrawals

**R** Depletion information-oil and gas

**S** Reserved for future use

**T** Reserved for future use

**U** Net investment income

**V** Section 199A information

**W** Reserved for future use

**X** Reserved for future use

**Y** Reserved for future use

**Z** Reserved for future use

**AA** Excess taxable income

**AB** Excess business interest income

**AC** Gross receipts for section 448(c)

**AD** Other information

16340505 147857 FORD041          2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS

# Shareholder Basis Worksheet

| | |
|---|---|
| Shareholder Number: **1** | Year Ended: **DECEMBER 31, 2021** |
| Shareholder Name: | S Corporation Name: |
| **PETER J. REHME** | **REHME CUSTOM DOORS & LIGHTING, INC.** |
| Shareholder ID Number: ▇▇▇▇▇ | S Corporation ID Number: |
| Ownership Percentage: **100.000000** % | **27-1834237** |

## Stock Basis

| | | |
|---|---|---:|
| 1. a. | Stock basis, beginning of year (Not less than zero) | 0. |
| b. | Additional capital contributions | |
| 2. | Increases: | |
| a. | Ordinary income from trade or business | |
| b. | Net income from rental real estate activities | |
| c. | Net income from other rental activities | |
| d. | Net short-term capital gains | |
| e. | Net long-term capital gains | |
| f. | Other portfolio income | 73. |
| g. | Net gain under Section 1231 | |
| h. | Other income | |
| i. | Tax exempt interest income | |
| j. | Other tax-exempt income | |
| k. | Section 179 recapture | |
| l. | Depletion (other than oil and gas) in excess of basis | |
| m. | Other increases: | |
| 3. | Total increases (Add lines 2(a) through 2(m)) | 73. |
| 4. | Total increases to stock basis (Add lines 1 and 3) | 73. |
| 5. | Less: Distributions | 2,228. |
| 6. | Subtract line 5 from line 4 (Not less than zero) | |
| 7. | Decreases: | |
| a. | Ordinary losses from trade or business | 164,383. |
| b. | Net losses from rental real estate activities | |
| c. | Net losses from other rental activities | |
| d. | Net short-term capital losses | |
| e. | Net long-term capital losses | |
| f. | Other portfolio losses | |
| g. | Net losses under Section 1231 | |
| h. | Other deductions | |
| i. | Charitable contributions | |
| j. | Section 179 expense deduction | |
| k. | Deductions related to portfolio income (losses) | |
| l. | Interest expense on investment debts | |
| m. | Foreign taxes paid or accrued | |
| n. | Section 59(e) expenditures | |
| o. | Nondeductible expenses | 3,662. |
| p. | Oil and gas depletion | |
| q. | Other decreases: | 168,045. |
| r. | Disallowed prior year's losses and deductions | 8,803. |
| 8. | Total decreases (Add lines 7(a) through 7(r)) | 176,848. |
| 9. | Net increases or decreases to basis (Subtract line 8 from line 6) | -176,848. |
| 10. | Less: Net increases applied to debt basis | |
| 11. | Stock basis, end of year (Subtract line 10 from line 9) (Not less than zero) | 0. |

112101
04-01-21

16340505 147857 FORD041                    2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS

## Shareholder Basis Worksheet, Continued

Shareholder Number: **1**
Shareholder Name: **PETER J. REHME**

Year Ended: **DECEMBER 31, 2021**
Shareholder ID Number: ▉▉▉▉▉▉▉

### Debt Basis

| | | |
|---|---|---:|
| 12. | Debt basis, beginning of year (Not less than zero) | 0. |
| 13. | Loans made during the year | 6,881. |
| 14. | Restoration of debt basis (from line 10) | |
| 15. | Subtotal (Add lines 13 and 14) | 6,881. |
| 16. | Less: Loan repayments | 33,325. |
| 17. | Gain from loan repayments | 33,187. |
| 18. | Other adjustments: | |
| | | |
| 19. | Subtotal (Combine lines 12, 15, 16, 17 and 18) | 6,743. |
| 20. | Applied against excess loss and deductions | 6,743. |
| 21. | Debt basis, end of year (Not less than zero) | 0. |
| 22. | Total shareholder stock and debt basis, end of year (Add lines 11 and 21) (Not less than zero) | 0. |

### Gain on Distributions

| | | |
|---|---|---:|
| 23. | Distributions | 2,228. |
| 24. | Less: Basis before distributions | 73. |
| 25. | Enter excess of line 23 over line 24 (capital gain) | 2,155. |

### Carryover

| | | Total Disallowed Losses | Debt Basis Applied Against Excess Losses and Deductions |
|---|---|---:|---:|
| 26. | Beginning of year | 8,803. | 2,051,854. |
| 27. | Add: Losses and deductions this year | 168,045. | 6,743. |
| 28. | Less: Applied this year | 6,743. | 33,187. |
| 29. | Less: Excess nondeductible expenses | | |
| 30. | End of year (Not less than zero) | 170,105. | 2,025,410. |

PRINCIPAL AMOUNT OF DEBT OWED TO SHAREHOLDER, ADJUSTED FOR
LOANS MADE OR PAID DURING THE YEAR                    2,025,410.

112102
04-01-21

16340505 147857 FORD041          2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS

# Allocation of Losses and Deductions

Shareholder Number: **1**

Shareholder Name: **PETER J. REHME**

Year Ended: **DECEMBER 31, 2021**

Shareholder ID Number: ████████

| | (a)<br>Beginning of Year<br>and Current Year<br>Losses and Deductions | (b)<br>% | (c)<br>Allowable Losses<br>and Deductions<br>in Current Year | (d)<br>Disallowed Losses<br>and Deductions<br>(Carryover to Next Year) |
|---|---|---|---|---|
| Ordinary losses from trade or business | 172,871. | 99.818115 | 3,075. | 169,796. |
| Net losses from rental real estate activities | | | | |
| Net losses from other rental activities | | | | |
| Net short-term capital losses | | | | |
| Net long-term capital losses | | | | |
| Other portfolio losses | | | | |
| Net losses under Section 1231 | | | | |
| Other deductions | | | | |
| Charitable contributions | 315. | .181885 | 6. | 309. |
| Section 179 expense deduction | | | | |
| Deductions related to portfolio income (losses) | | | | |
| Interest expense on investment debts | | | | |
| Foreign taxes paid or accrued | | | | |
| Section 59(e) expenditures | | | | |
| Other decreases | | | | |
| Total deductible losses and deductions | 173,186. | 100.000000 | 3,081. | 170,105. |
| Nondeductible expenses | 3,662. | 100.000000 | 3,662. | |
| Oil and gas depletion | | | | |
| Total nondeductible expenses and oil and gas depletion | 3,662. | 100.000000 | 3,662. | |
| Totals | 176,848. | | 6,743. | 170,105. |

112103
04-01-21

16340505 147857 FORD041          2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS

## Analysis of Shareholder's Loan Accounts

Shareholder Number: 1

Shareholder Name: PETER J. REHME

Year Ended: **DECEMBER 31, 2021**

Shareholder ID Number: ███████

| | A Loan Number | B Original Loan Balance | C Amount to Restore Debt Basis, Beginning of Year | D Debt Basis Beginning of Year | E Loans Made During Year | F Restored Debt Basis of Prior Year Amounts Not to Exceed Column C |
|---|---|---|---|---|---|---|
| 1 | 4 | 107,173. | 107,173. | | | |
| 2 | 2 | 177,082. | 177,082. | | | |
| 3 | 3 | 111,364. | 111,364. | | | |
| 4 | 1 | 1,656,235. | 1,656,235. | | 6,881. | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| Totals | | 2,051,854. | 2,051,854. | | 6,881. | |

| | G Basis after Restoration Add: Columns D through F | H Amount of Debt Basis Applied Against Excess Losses and Deductions | I Subtotal Column G Minus Column H | J Less: Loan Repayments | K Gain from Loan Repayment |
|---|---|---|---|---|---|
| 1 | 0. | | | | |
| 2 | 0. | | | | |
| 3 | 0. | | | | |
| 4 | 6,881. | 6,743. | 138. | 33,325. | 33,187. |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| | 6,881. | 6,743. | 138. | 33,325. | 33,187. |

| | End of Year Balances | | |
|---|---|---|---|
| | L Loan Balance Combine Columns B, E and J | M Amount to Restore Debt Basis (Column L Minus Column N) | N Debt Basis Combine Columns I through K |
| 1 | 107,173. | 107,173. | |
| 2 | 177,082. | 177,082. | |
| 3 | 111,364. | 111,364. | |
| 4 | 1,629,791. | 1,629,791. | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| | 2,025,410. | 2,025,410. | |

112104
04-01-21

16340505 147857 FORD041                    2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS

| Form **7203** | **S Corporation Shareholder Stock and Debt Basis Limitations** | OMB No. 1545-2302 |
|---|---|---|
| (December 2021) Department of the Treasury Internal Revenue Service | ▶ Attach to your tax return. ▶ Go to www.irs.gov/Form7203 for instructions and the latest information. | **2021** Attachment Sequence No. **203** |

Name(s) shown on return **PETER J. REHME**  Identifying number

Name of S corporation **REHME CUSTOM DOORS & LIGHTING, INC.**  Employer identification number **27-1834237**

Stock block (see instructions) ▶

### Part I | Shareholder Stock Basis

| | | | |
|---|---|---|---:|
| 1 | Stock basis at the beginning of the corporation's tax year | **1** | |
| 2 | Basis from any capital contributions made or additional stock acquired during the tax year | **2** | |
| 3a | Ordinary business income (enter losses in Part III) | **3a** | |
| b | Net rental real estate income (enter losses in Part III) | **3b** | |
| c | Other net rental income (enter losses in Part III) | **3c** | |
| d | Interest income | **3d** | 73. |
| e | Ordinary dividends | **3e** | |
| f | Royalties | **3f** | |
| g | Net capital gains (enter losses in Part III) | **3g** | |
| h | Net section 1231 gain (enter losses in Part III) | **3h** | |
| i | Other income (enter losses in Part III) | **3i** | |
| j | Excess depletion adjustment | **3j** | |
| k | Tax-exempt income | **3k** | |
| l | Recapture of business credits | **3l** | |
| m | Other items that increase stock basis | **3m** | |
| 4 | Add lines 3a through 3m | **4** | 73. |
| 5 | Stock basis before distributions. Add lines 1, 2, and 4 | **5** | 73. |
| 6 | Distributions (excluding dividend distributions) | **6** | 2,228. |
| | **Note:** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions. | | |
| 7 | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through 14, and enter -0- on line 15 | **7** | 0. |
| 8a | Nondeductible expenses | **8a** | |
| b | Depletion for oil and gas | **8b** | |
| c | Business credits (sections 50(c)(1) and (5)) | **8c** | |
| 9 | Add lines 8a through 8c | **9** | |
| 10 | Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 | **10** | 0. |
| 11 | Allowable loss and deduction items. Enter the amount from line 47, column (c) | **11** | 8,803. |
| 12 | Debt basis restoration (see net increase in instructions for line 23) | **12** | 343,591. |
| 13 | Other items that decrease stock basis | **13** | |
| 14 | Add lines 11, 12, and 13 | **14** | 352,394. |
| 15 | Stock basis at the end of the corporation's tax year. Subtract line 14 from line 10. If the result is zero or less, enter -0- | **15** | 0. |

### Part II | Shareholder Debt Basis

#### Section A - Amount of Debt (If more than three debts, see instructions.)

| Description | Debt 1 | Debt 2 | Debt 3 | Total |
|---|---|---|---|---|
| | ☐ Formal note ☐ Open account debt | ☐ Formal note ☐ Open account debt | ☐ Formal note ☐ Open account debt | |
| **16** Loan balance at the beginning of the corporation's tax year | 107,173. | 177,082. | 111,364. | 2,051,854. |
| **17** Additional loans (see instructions) | | | | 6,881. |
| **18** Loan balance before repayment. Combine lines 16 and 17 | 107,173. | 177,082. | 111,364. | 2,058,735. |
| **19** Principal portion of debt repayment (this line doesn't include interest) | ( ) | ( ) | ( ) | ( 33,325.) |
| **20** Loan balance at the end of the corporation's tax year. Combine lines 18 and 19 | 107,173. | 177,082. | 111,364. | 2,025,410. |

102501 01-19-22   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**   Form **7203** (12-2021)

16340505 147857 FORD041                     2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

Form 7203 (12-2021)     Page **2**

| Part II | Shareholder Debt Basis *(continued)* | | | | |
|---|---|---|---|---|---|

### Section B - Adjustments to Debt Basis

| Description | Debt 1 | Debt 2 | Debt 3 | Total |
|---|---|---|---|---|
| **21** Debt basis at the beginning of the corporation's tax year | | | | |
| **22** Enter the amount, if any, from line 17 | | | | 6,881. |
| **23** Debt basis restoration (see instructions) | | | | |
| **24** Debt basis before repayment. Combine lines 21, 22, and 23 | | | | 6,881. |
| **25** Divide line 24 by line 18 | | | | |
| **26** Nontaxable debt repayment. Multiply line 25 by line 19 | | | | 138. |
| **27** Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24 | | | | 6,743. |
| **28** Nondeductible expenses and oil and gas depletion deductions in excess of stock basis | | | | |
| **29** Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0- | 0. | 0. | 0. | 6,743. |
| **30** Allowable losses in excess of stock basis. Enter the amount from line 47, column (d) | | | | 6,743. |
| **31** **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0- | 0. | 0. | 0. | 0. |

### Section C - Gain on Loan Repayment

| | Debt 1 | Debt 2 | Debt 3 | Total |
|---|---|---|---|---|
| **32** Repayment. Enter the amount from line 19 | | | | 33,325. |
| **33** Nontaxable repayments. Enter the amount from line 26 | | | | 138. |
| **34** **Reportable gain.** Subtract line 33 from line 32 | | | | 33,187. |

| Part III | Shareholder Allowable Loss and Deduction Items | | | | |
|---|---|---|---|---|---|

| Description | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|
| **35** Ordinary business loss | 164,383. | 8,488. | | 6,731. | 166,140. |
| **36** Net rental real estate loss | | | | | |
| **37** Other net rental loss | | | | | |
| **38** Net capital loss | | | | | |
| **39** Net section 1231 loss | | | | | |
| **40** Other loss | | | | | |
| **41** Section 179 deductions | | | | | |
| **42** Charitable contributions | | 315. | | 12. | 303. |
| **43** Investment interest expense | | | | | |
| **44** Section 59(e)(2) expenditures | | | | | |
| **45** Other deductions | | | | | |
| **46** Foreign taxes paid or accrued | | | | | |
| **47** **Total loss.** Combine lines 35 through 46 for each column. Enter the total loss in column (c) on line 11 and enter the total loss in column (d) on line 30 | 164,383. | 8,803. | | 6,743. | 166,443. |

Form **7203** (12-2021)

16340505 147857 FORD041     2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS

**Form 7203**
(December 2021)
Department of the Treasury
Internal Revenue Service

## S Corporation Shareholder Stock and Debt Basis Limitations

▶ Attach to your tax return.
▶ Go to www.irs.gov/Form7203 for instructions and the latest information.

OMB No. 1545-2302

**2021**
Attachment
Sequence No. **203**

Name(s) shown on return
PETER J. REHME

Identifying number

Name of S corporation
REHME CUSTOM DOORS & LIGHTING, INC.

Employer identification number
27-1834237

Stock block (see instructions) ▶

### Part I  Shareholder Stock Basis

| | | |
|---|---|---|
| **1** Stock basis at the beginning of the corporation's tax year | **1** | |
| **2** Basis from any capital contributions made or additional stock acquired during the tax year | **2** | |
| **3a** Ordinary business income (enter losses in Part III) | **3a** | |
| **b** Net rental real estate income (enter losses in Part III) | **3b** | |
| **c** Other net rental income (enter losses in Part III) | **3c** | |
| **d** Interest income | **3d** | |
| **e** Ordinary dividends | **3e** | |
| **f** Royalties | **3f** | |
| **g** Net capital gains (enter losses in Part III) | **3g** | |
| **h** Net section 1231 gain (enter losses in Part III) | **3h** | |
| **i** Other income (enter losses in Part III) | **3i** | |
| **j** Excess depletion adjustment | **3j** | |
| **k** Tax-exempt income | **3k** | |
| **l** Recapture of business credits | **3l** | |
| **m** Other items that increase stock basis | **3m** | |
| **4** Add lines 3a through 3m | **4** | |
| **5** Stock basis before distributions. Add lines 1, 2, and 4 | **5** | |
| **6** Distributions (excluding dividend distributions) | **6** | |
| **Note:** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions. | | |
| **7** Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through 14, and enter -0- on line 15 | **7** | |
| **8a** Nondeductible expenses | **8a** | |
| **b** Depletion for oil and gas | **8b** | |
| **c** Business credits (sections 50(c)(1) and (5)) | **8c** | |
| **9** Add lines 8a through 8c | **9** | |
| **10** Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 | **10** | |
| **11** Allowable loss and deduction items. Enter the amount from line 47, column (c) | **11** | |
| **12** Debt basis restoration (see net increase in instructions for line 23) | **12** | |
| **13** Other items that decrease stock basis | **13** | |
| **14** Add lines 11, 12, and 13 | **14** | |
| **15** Stock basis at the end of the corporation's tax year. Subtract line 14 from line 10. If the result is zero or less, enter -0- | **15** | |

### Part II  Shareholder Debt Basis

#### Section A - Amount of Debt (If more than three debts, see instructions.)

| Description | Debt 1 ☐ Formal note ☐ Open account debt | Debt 2 ☐ Formal note ☐ Open account debt | Debt 3 ☐ Formal note ☐ Open account debt | Total |
|---|---|---|---|---|
| **16** Loan balance at the beginning of the corporation's tax year | 1,656,235. | | | |
| **17** Additional loans (see instructions) | 6,881. | | | |
| **18** Loan balance before repayment. Combine lines 16 and 17 | 1,663,116. | | | |
| **19** Principal portion of debt repayment (this line doesn't include interest) | ( 33,325.) | ( ) | ( ) | ( ) |
| **20** Loan balance at the end of the corporation's tax year. Combine lines 18 and 19 | 1,629,791. | | | |

102501 01-19-22  LHA  **For Paperwork Reduction Act Notice, see separate instructions.** Form **7203** (12-2021)

16340505 147857 FORD041                    2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS

Form 7203 (12-2021)                                                                                                    Page **2**

| Part II | Shareholder Debt Basis *(continued)* |

### Section B - Adjustments to Debt Basis

| | Description | Debt 1 | Debt 2 | Debt 3 | Total |
|---|---|---|---|---|---|
| 21 | Debt basis at the beginning of the corporation's tax year | | | | |
| 22 | Enter the amount, if any, from line 17 | 6,881. | | | |
| 23 | Debt basis restoration (see instructions) | | | | |
| 24 | Debt basis before repayment. Combine lines 21, 22, and 23 | 6,881. | | | |
| 25 | Divide line 24 by line 18 | .004137 | | | |
| 26 | Nontaxable debt repayment. Multiply line 25 by line 19 | 138. | | | |
| 27 | Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24 | 6,743. | | | |
| 28 | Nondeductible expenses and oil and gas depletion deductions in excess of stock basis | | | | |
| 29 | Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0- | 6,743. | | | |
| 30 | Allowable losses in excess of stock basis. Enter the amount from line 47, column (d) | 6,743. | | | |
| 31 | **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0- | 0. | | | |

### Section C - Gain on Loan Repayment

| | | | | | |
|---|---|---|---|---|---|
| 32 | Repayment. Enter the amount from line 19 | 33,325. | | | |
| 33 | Nontaxable repayments. Enter the amount from line 26 | 138. | | | |
| 34 | **Reportable gain.** Subtract line 33 from line 32 | 33,187. | | | |

| Part III | Shareholder Allowable Loss and Deduction Items |

| Description | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|
| 35 Ordinary business loss | | | | | |
| 36 Net rental real estate loss | | | | | |
| 37 Other net rental loss | | | | | |
| 38 Net capital loss | | | | | |
| 39 Net section 1231 loss | | | | | |
| 40 Other loss | | | | | |
| 41 Section 179 deductions | | | | | |
| 42 Charitable contributions | | | | | |
| 43 Investment interest expense | | | | | |
| 44 Section 59(e)(2) expenditures | | | | | |
| 45 Other deductions | | | | | |
| 46 Foreign taxes paid or accrued | | | | | |
| 47 **Total loss.** Combine lines 35 through 46 for each column. Enter the total loss in column (c) on line 11 and enter the total loss in column (d) on line 30 | | | | | |

Form **7203** (12-2021)

16340505 147857 FORD041                          2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

DEBTOR'S TAX RETURNS
# Form 158A/F, Line 15 Partner/Shareholder Information

| Description | Amount |
|---|---|
| SHAREHOLDER 1, PETER J. REHME | |
| SCH K-1 LINES 1, 2, 3, 4, 5A, 6, 7, 8A, 9, 10 | −164310 |
| WAGES (TX6, BOX 70 OR E-1, BOX 134 AND/OR A-3, BOX 30 AND 35 AND/OR OS-1, BOX 82) OR (WORKSHEET VIEW TEXAS COMBINED REPORT > AFFILIATES COMBINED REPORTS > WAGES AND CASH COMPENSATION OR FEDERAL > INCOME/DEDUCTIONS > RENT AND ROYALTY > EXPENSES > WAGES AND SALARIES AND/OR INCOME/DEDUCTIONS > BUSINESS > DEDUCTIONS > COMPENSATION OF OFFICERS − OVERRIDE AND SALARIES AND WAGES AND/OR INCOME/DEDUCTION > BUSINESS > COMPENSATION OF OFFICERS) | 785755 |
| COST OF LABOR | 1112943 |
| TOTAL TO LINE 15 | 1568136 |

180671  04-01-21

DEBTOR'S TAX RETURNS

**SCHEDULE OF COMBINED INCOME AND DEDUCTIONS**

| General Information | COMBINED AFFILIATE AMOUNT | PARENT AMOUNT | | | |
|---|---|---|---|---|---|
| Legal name of affiliate | REHME CUSTOM DOORS & LIGH | REHME CUSTOM DOORS & LIGH TING, INC. | REHME SERVICE COMPANY | | |
| | | | | | |
| Affiliate taxpayer number (if none, use FEIN) | 32041158356 | 32041158356 | 32063886405 | | |
| Affiliate NAICS Code | 238900 | 238900 | 238900 | | |
| Check if disregarded entity | | | | | |
| Check if no Nexus in Texas | | | | | |
| Corp or LLC Code - (Y), (N) | Y | Y | Y | | |
| Affiliate reporting begin date | 010121 | 010121 | 010121 | | |
| Affiliate reporting end date | 123121 | 123121 | 123121 | | |
| Gross receipts subject to throwback in other states | | | | | |
| | | | | | |
| **Revenue** | | | | | |
| | | | | | |
| Gross receipts of sales | 3,708,502. | 2,737,878. | 970,624. | | |
| Dividends | 0. | 0. | 0. | | |
| Interest | 172. | 111. | 61. | | |
| Rents | 0. | 0. | 0. | | |
| Royalties | 0. | 0. | 0. | | |
| Gains/losses | 0. | 0. | 0. | | |
| Other income | 16,927. | 16,927. | 0. | | |
| Exclusions from gross revenue | 0. | 0. | 0. | | |
| | | | | | |
| **Cost of Goods Sold** | | | | | |
| | | | | | |
| Cost of goods sold | 2,809,119. | 2,491,246. | 317,873. | | |
| Indirect or admin. overhead costs (4% of total costs) | 37,272. | 23,017. | 14,255. | | |
| Other cost of goods sold | 0. | | 0. | | |
| | | | | | |
| **Compensation** | | | | | |
| | | | | | |
| Wages and cash compensation | 1,568,136. | 1,305,352. | 262,784. | | |
| Employee benefits | 15,402. | 9,420. | 5,982. | | |
| Other compensation | 0. | | 0. | | |
| | | | | | |
| **Apportionment** | | | | | |
| | | | | | |
| Gross receipts in Texas | 3,663,515. | 2,737,989. | 925,526. | | |
| Gross receipts everywhere | 3,708,674. | 2,737,989. | 970,685. | | |
| Allowable deductions | 0. | | 0. | | |

Form **8879-S**

**IRS e-file Signature Authorization for Form 1120-S**

OMB No. 1545-0123

► ERO must obtain and retain completed Form 8879-S.
► Go to www.irs.gov/Form8879S for the latest information.

**2021**

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year beginning _____ , 2021, and ending _____ , 20 _____

| Name of corporation | Employer identification number |
|---|---|
| REHME CUSTOM DOORS & LIGHTING, INC. | 27-1834237 |

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) | | 1 | 3,974,198. |
| 2 Gross profit (Form 1120-S, line 3) | | 2 | 741,418. |
| 3 Ordinary business income (loss) (Form 1120-S, line 21) | | 3 | -164,383. |
| 4 Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) | | 4 | |
| 5 Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) | | 5 | -164,310. |

| Part II | Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return) |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2021 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize **R. ERIC DREWS, PLLC** to enter my PIN ████████
                ERO firm name                                                    **Don't enter all zeros**

as my signature on the corporation's 2021 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2021 electronically filed income tax return.

Officer's signature ► _____ Date ► 5/10/22 Title ► PRESIDENT

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. ████████
                                                                          **Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the 2021 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ► _____ Date ► _____

**ERO Must Retain This Form - See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.

Form **8879-S** (2021)

LHA

110201 01-04-22

16340505 147857 FORD041          2021.03040 REHME CUSTOM DOORS & LIGH FORD0411

# Rehme Steel Windows & Doors

## Statement of Cash Flows

**Jan. 1 2020 to June 30 2022**

| Cash flow summary | |
|---|---|
| Beginning Cash Balance | $ 353,627 |
| Ending Cash Balance as of June 30, 2022 | $ 164,141 |

| Operating Cash Flow | |
|---|---|
| Net Income | $ 149,720 |
| Less Increase in Accounts receivable | $ (258,856) |
| Less Increase in Prepaid Expenses | $ - |
| Add Increase in Accounts Payable | $ 33,828 |
| Less Decrease in Accured Expense | $ (259,178) A |
| Net Cash Flow from Operating Activities | $ (334,486) |

| Investment Cash Flow | |
|---|---|
| Net Cash Flow from Investment Activities | $ - |

| Financing cash flow | |
|---|---|
| Loan repayments | $ - |
| Borrowing | $ 145,000 |
| Dividends paid | $ - |
| Total financing cash flow | $ 145,000 |

A = Accrued Expense Balance Sheet & CashFlow
variance of $160K due to Accrued Payroll,
Insurance, & Support Services was coded to
"Other current liabilities," in 2021

# *Rehme Steel Windows & Doors*

## *Profit & Loss Year-End Forecast*

| | *QRT -to Date*<br>*Jun-22* | *Year-to - Date*<br>*Jun-22* |
|---|---|---|
| **REVENUE** | | |
| *Production Income* | *$1,001,481* | *$2,143,545* |
| *Glass Income* | *$109,552* | *$146,478* |
| *Other Income* | *$75,148* | *$148,093* |
| | | |
| *Revenue* | *$1,186,181* | *$2,438,115* |
| | | |
| **COST OF GOODS SOLD** | | |
| *Cost of Materials* | *$221,330* | *$514,209* |
| *Cost of labor* | *$462,100* | *$928,617* |
| *Factory Overhead* | *$68,100* | *$98,383* |
| | | |
| *Cost of Goods Sold* | *$751,530* | *$1,541,209* |
| | | |
| **Gross profit** | **$434,651** | **$896,906** |
| **GEN & ADMIN EXPENSES** | | |
| *Advertising & Marketing* | $14,740 | *$31,964* |
| *670 · RENT EXPENSE* | $42,600 | *$85,200* |
| *684 · TELEPHONE - CELL PHONE* | $351 | *$396* |
| *685 · TELEPHONE & INTERNET - OFFICE* | $1,552 | *$2,822* |
| *697 · UTILITIES* | $1,318 | *$2,903* |
| *699 · WASTE DISPOSAL* | $2,518 | *$3,365* |
| *Rent & Utilites* | $48,059 | *$94,407* |
| *Supplies & Office* | $5,341 | *$17,355* |
| *661 · PROF SERV - ACCOUNTING & ADMIN* | *$3,263* | *$24,542* |
| *663 · PROF SERV - IT* | *$7,212* | *$14,824* |
| *664 · PROF SERV - LEGAL* | *$8,951* | *$68,337* |
| *666 · PROF SERV - PAYROLL SVCS* | *$1,922* | *$8,005* |
| *667 · PROF SERV - TRAINING* | *$900* | *$900* |
| *Professional Fees* | $22,247 | *$116,608* |
| *Repair & Maintenance* | $4,466 | *$7,409* |
| *Payroll Expense* | $199,985 | *$436,546* |
| *Dues & Subscriptions* | *$312* | *$3,801* |
| *Auto Expense* | $36 | *$495* |
| *Insurance Expense* | $4,210 | *$7,009* |
| *Travel & Entertainment* | $0 | *$223* |
| *Taxes & Licenses* | $2,186 | *$5,177* |
| *Miscellaneous* | $646 | *$1,421* |
| *(IDA)* | $9,575 | *$24,772* |
| | | |
| | *$311,803* | *$747,186* |
| | | |
| **Operating Income** | **$122,848** | **$149,720** |

# *Rehme Steel Windows & Doors*

## *Balance Sheet*

| | **As of 6/30/2022** |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | 164,141 |
| Accounts receivable | 569,146 |
| Inventory | 409,846 |
| Costs In Excess Of Billings | 167,288 |
| Other current assets | 0 |
| **Total Current Assets** | $1,310,421 |
| **Fixed Assets** | |
| Fixed Assets | 838,423 |
| **Total Fixed Assets** | $838,423 |
| Less-accumulated depreciation | (705,163) |
| **Total Fixed Assets - Net** | $133,260 |
| **Total Assets** | $1,443,682 |
| | |
| **LIABILITIES AND OWNERS' EQUITY** | |
| **Current Liabilities** | |
| Accounts payable | 313,158 |
| Credit Card payable | 35,037 |
| Accrued expenses | 0 |
| Payroll Liability | 64,614 |
| Billings In Excess Of Costs | 885,170 |
| Other current liabilities | 0 |
| **Total Current Liabilities** | $1,297,978 |
| Loans from Shareholders | 2,074,249 |
| **Total Long-Term Liabilities** | $2,074,249 |
| **Total Liabilities** | $3,372,227 |
| **Owners' Equity** | |
| Equity - Stocks | 1,000 |
| Net Income | 149,720 |
| Owner Distributions | 0 |
| Retained Earnings | (2,079,265) |
| **Stockholders Equity** | ($1,928,545) |
| **Total Liabilities and Equity** | $1,443,682 |