## Exhibit A: Plan Projections

**Rehme Custom Doors and Windows Inc.**
**Projections**

| Month: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Manufacturing income | 750,000 | 750,000 | 750,000 | 500,000 | 500,000 | 500,000 | 516,667 | 516,667 | 516,667 | 350,000 | 350,000 | 350,000 |
| Retail income | 70,000 | 70,000 | 70,000 | 54,000 | 54,000 | 54,000 | 52,000 | 52,000 | 52,000 | 38,000 | 38,000 | 38,000 |
| less: Discounts and returns | (7,500) | (7,500) | (7,500) | (5,000) | (5,000) | (5,000) | (5,167) | (5,167) | (5,167) | (3,500) | (3,500) | (3,500) |
| Other income | 40,513 | 40,513 | 40,513 | 27,009 | 27,009 | 27,009 | 27,909 | 27,909 | 27,909 | 18,906 | 18,906 | 18,906 |
| **Net revenue** | **853,013** | **853,013** | **853,013** | **576,009** | **576,009** | **576,009** | **591,409** | **591,409** | **591,409** | **403,406** | **403,406** | **403,406** |
| **Cost of goods sold** | | | | | | | | | | | | |
| Materials | (226,863) | (226,863) | (226,863) | (153,193) | (153,193) | (153,193) | (157,288) | (157,288) | (157,288) | (107,288) | (107,288) | (107,288) |
| Wages | (261,512) | (261,512) | (261,512) | (176,590) | (176,590) | (176,590) | (181,311) | (181,311) | (181,311) | (123,674) | (123,674) | (123,674) |
| Factory overhead | (50,203) | (50,203) | (50,203) | (33,900) | (33,900) | (33,900) | (34,807) | (34,807) | (34,807) | (23,742) | (23,742) | (23,742) |
| **Cost of goods sold** | **(538,579)** | **(538,579)** | **(538,579)** | **(363,683)** | **(363,683)** | **(363,683)** | **(373,406)** | **(373,406)** | **(373,406)** | **(254,704)** | **(254,704)** | **(254,704)** |
| **Gross profit** | **314,434** | **314,434** | **314,434** | **212,326** | **212,326** | **212,326** | **218,003** | **218,003** | **218,003** | **148,702** | **148,702** | **148,702** |
| **SG&A** | | | | | | | | | | | | |
| Advertising and marketing | (16,160) | (16,160) | (16,160) | (10,912) | (10,912) | (10,912) | (11,204) | (11,204) | (11,204) | (7,642) | (7,642) | (7,642) |
| Rent | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) |
| Utilities | (12,190) | (12,190) | (12,190) | (8,232) | (8,232) | (8,232) | (8,452) | (8,452) | (8,452) | (5,765) | (5,765) | (5,765) |
| Supplies and office | (2,297) | (2,297) | (2,297) | (1,551) | (1,551) | (1,551) | (1,592) | (1,592) | (1,592) | (1,086) | (1,086) | (1,086) |
| Professional fees (ordinary course) | (70,171) | (70,171) | (70,171) | (47,384) | (47,384) | (47,384) | (48,651) | (48,651) | (48,651) | (33,185) | (33,185) | (33,185) |
| Mainenance | (1,244) | (1,244) | (1,244) | (840) | (840) | (840) | (862) | (862) | (862) | (588) | (588) | (588) |
| Employee expenses | (139,308) | (139,308) | (139,308) | (94,069) | (94,069) | (94,069) | (96,585) | (96,585) | (96,585) | (65,881) | (65,881) | (65,881) |
| Dues and subscriptions | (1,000) | (1,000) | (1,000) | (675) | (675) | (675) | (693) | (693) | (693) | (473) | (473) | (473) |
| Auto expense | (2,831) | (2,831) | (2,831) | (1,912) | (1,912) | (1,912) | (1,963) | (1,963) | (1,963) | (1,339) | (1,339) | (1,339) |
| Travel and entertainment | (2,606) | (2,606) | (2,606) | (1,760) | (1,760) | (1,760) | (1,807) | (1,807) | (1,807) | (1,233) | (1,233) | (1,233) |
| Taxes and licenses | (11,714) | (11,714) | (11,714) | (7,910) | (7,910) | (7,910) | (8,121) | (8,121) | (8,121) | (5,540) | (5,540) | (5,540) |
| Miscellanous | (1,153) | (1,153) | (1,153) | (779) | (779) | (779) | (800) | (800) | (800) | (545) | (545) | (545) |
| **SG&A** | **(274,874)** | **(274,874)** | **(274,874)** | **(190,224)** | **(190,224)** | **(190,224)** | **(194,930)** | **(194,930)** | **(194,930)** | **(137,478)** | **(137,478)** | **(137,478)** |
| **Operating income** | **39,560** | **39,560** | **39,560** | **22,102** | **22,102** | **22,102** | **23,073** | **23,073** | **23,073** | **11,224** | **11,224** | **11,224** |
| **Non-Operating Costs** | | | | | | | | | | | | |
| Interest payments on DIP Facility | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) |
| Subchapter V Trustee Fees | (2,500) | (500) | - | - | - | - | - | - | - | - | - | - |
| Debtor's Counsel Fees | (10,000) | (5,000) | (1,000) | (1,000) | (1,000) | (1,000) | - | - | (1,000) | - | - | (1,000) |
| **Disposable Income (month)** | **20,560** | **27,560** | **32,060** | **14,602** | **14,602** | **14,602** | **16,573** | **16,573** | **15,573** | **4,724** | **4,724** | **3,724** |
| **Disposable Income (cumulative)** | **20,560** | **48,121** | **80,181** | **94,784** | **109,386** | **123,989** | **140,562** | **157,135** | **172,708** | **177,432** | **182,157** | **185,881** |

**Rehme Custom Doors and Windows**
**Projections**

| Month: | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | |
| Manufacturing income | 441,667 | 441,667 | 441,667 | 458,333 | 458,333 | 458,333 | 516,667 | 516,667 | 516,667 | 516,667 | 516,667 | 516,667 |
| Retail income | 45,000 | 45,000 | 45,000 | 43,000 | 43,000 | 43,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| less: Discounts and returns | (4,417) | (4,417) | (4,417) | (4,583) | (4,583) | (4,583) | (5,167) | (5,167) | (5,167) | (5,167) | (5,167) | (5,167) |
| Other income | 23,858 | 23,858 | 23,858 | 24,758 | 24,758 | 24,758 | 27,909 | 27,909 | 27,909 | 27,909 | 27,909 | 27,909 |
| **Net revenue** | **506,108** | **506,108** | **506,108** | **521,508** | **521,508** | **521,508** | **589,409** | **589,409** | **589,409** | **589,409** | **589,409** | **589,409** |
| **Cost of goods sold** | | | | | | | | | | | | |
| Materials | (134,602) | (134,602) | (134,602) | (138,698) | (138,698) | (138,698) | (156,756) | (156,756) | (156,756) | (156,756) | (156,756) | (156,756) |
| Wages | (155,160) | (155,160) | (155,160) | (159,881) | (159,881) | (159,881) | (180,698) | (180,698) | (180,698) | (180,698) | (180,698) | (180,698) |
| Factory overhead | (29,786) | (29,786) | (29,786) | (30,693) | (30,693) | (30,693) | (34,689) | (34,689) | (34,689) | (34,689) | (34,689) | (34,689) |
| **Cost of goods sold** | **(319,548)** | **(319,548)** | **(319,548)** | **(329,272)** | **(329,272)** | **(329,272)** | **(372,143)** | **(372,143)** | **(372,143)** | **(372,143)** | **(372,143)** | **(372,143)** |
| **Gross profit** | **186,560** | **186,560** | **186,560** | **192,236** | **192,236** | **192,236** | **217,266** | **217,266** | **217,266** | **217,266** | **217,266** | **217,266** |
| **SG&A** | | | | | | | | | | | | |
| Advertising and marketing | (9,588) | (9,588) | (9,588) | (9,880) | (9,880) | (9,880) | (11,166) | (11,166) | (11,166) | (11,166) | (11,166) | (11,166) |
| Rent | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) |
| Utilities | (7,233) | (7,233) | (7,233) | (7,453) | (7,453) | (7,453) | (8,423) | (8,423) | (8,423) | (8,423) | (8,423) | (8,423) |
| Supplies and office | (1,363) | (1,363) | (1,363) | (1,404) | (1,404) | (1,404) | (1,587) | (1,587) | (1,587) | (1,587) | (1,587) | (1,587) |
| Professional fees (ordinary course) | (41,634) | (41,634) | (41,634) | (42,901) | (42,901) | (42,901) | (48,486) | (48,486) | (48,486) | (48,486) | (48,486) | (48,486) |
| Mainenance | (738) | (738) | (738) | (760) | (760) | (760) | (859) | (859) | (859) | (859) | (859) | (859) |
| Employee expenses | (82,654) | (82,654) | (82,654) | (85,169) | (85,169) | (85,169) | (96,258) | (96,258) | (96,258) | (96,258) | (96,258) | (96,258) |
| Dues and subscriptions | (593) | (593) | (593) | (611) | (611) | (611) | (691) | (691) | (691) | (691) | (691) | (691) |
| Auto expense | (1,680) | (1,680) | (1,680) | (1,731) | (1,731) | (1,731) | (1,956) | (1,956) | (1,956) | (1,956) | (1,956) | (1,956) |
| Travel and entertainment | (1,546) | (1,546) | (1,546) | (1,593) | (1,593) | (1,593) | (1,801) | (1,801) | (1,801) | (1,801) | (1,801) | (1,801) |
| Taxes and licenses | (6,950) | (6,950) | (6,950) | (7,162) | (7,162) | (7,162) | (8,094) | (8,094) | (8,094) | (8,094) | (8,094) | (8,094) |
| Miscellanous | (684) | (684) | (684) | (705) | (705) | (705) | (797) | (797) | (797) | (797) | (797) | (797) |
| **SG&A** | **(168,863)** | **(168,863)** | **(168,863)** | **(173,569)** | **(173,569)** | **(173,569)** | **(194,319)** | **(194,319)** | **(194,319)** | **(194,319)** | **(194,319)** | **(194,319)** |
| **Operating income** | **17,697** | **17,697** | **17,697** | **18,668** | **18,668** | **18,668** | **22,947** | **22,947** | **22,947** | **22,947** | **22,947** | **22,947** |
| **Non-Operating Costs** | | | | | | | | | | | | |
| Interest payments on DIP Facility | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) |
| Subchapter V Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor's Counsel Fees | - | - | (1,000) | - | - | (1,000) | - | - | (1,000) | - | - | (1,000) |
| **Disposable Income (month)** | **11,197** | **11,197** | **10,197** | **12,168** | **12,168** | **11,168** | **16,447** | **16,447** | **15,447** | **16,447** | **16,447** | **15,447** |
| **Disposable Income (cumulative)** | **197,078** | **208,275** | **218,472** | **230,640** | **242,807** | **253,975** | **270,422** | **286,869** | **302,316** | **318,763** | **335,210** | **350,657** |

**Rehme Custom Doors and Windows**
**Projections**

| Month: | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Manufacturing income | 504,167 | 504,167 | 504,167 | 504,167 | 504,167 | 504,167 | 525,000 | 525,000 | 525,000 | 525,000 | 525,000 | 525,000 | 18,325,000 |
| Retail income | 52,500 | 52,500 | 52,500 | 52,500 | 52,500 | 52,500 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 1,851,000 |
| less: Discounts and returns | (5,042) | (5,042) | (5,042) | (5,042) | (5,042) | (5,042) | (5,250) | (5,250) | (5,250) | (5,250) | (5,250) | (5,250) | (183,250) |
| Other income | 27,234 | 27,234 | 27,234 | 27,234 | 27,234 | 27,234 | 28,359 | 28,359 | 28,359 | 28,359 | 28,359 | 28,359 | 989,871 |
| **Net revenue** | **578,859** | **578,859** | **578,859** | **578,859** | **578,859** | **578,859** | **603,109** | **603,109** | **603,109** | **603,109** | **603,109** | **603,109** | **20,982,621** |
| **Cost of goods sold** | | | | | | | | | | | | | |
| Materials | (153,951) | (153,951) | (153,951) | (153,951) | (153,951) | (153,951) | (160,400) | (160,400) | (160,400) | (160,400) | (160,400) | (160,400) | (5,580,437) |
| Wages | (177,463) | (177,463) | (177,463) | (177,463) | (177,463) | (177,463) | (184,898) | (184,898) | (184,898) | (184,898) | (184,898) | (184,898) | (6,432,739) |
| Factory overhead | (34,068) | (34,068) | (34,068) | (34,068) | (34,068) | (34,068) | (35,495) | (35,495) | (35,495) | (35,495) | (35,495) | (35,495) | (1,234,910) |
| **Cost of goods sold** | **(365,482)** | **(365,482)** | **(365,482)** | **(365,482)** | **(365,482)** | **(365,482)** | **(380,793)** | **(380,793)** | **(380,793)** | **(380,793)** | **(380,793)** | **(380,793)** | **(13,248,086)** |
| **Gross profit** | **213,377** | **213,377** | **213,377** | **213,377** | **213,377** | **213,377** | **222,316** | **222,316** | **222,316** | **222,316** | **222,316** | **222,316** | **7,734,535** |
| **SG&A** | | | | | | | | | | | | | |
| Advertising and marketing | (10,966) | (10,966) | (10,966) | (10,966) | (10,966) | (10,966) | (11,426) | (11,426) | (11,426) | (11,426) | (11,426) | (11,426) | (397,507) |
| Rent | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (14,200) | (511,200) |
| Utilities | (8,273) | (8,273) | (8,273) | (8,273) | (8,273) | (8,273) | (8,619) | (8,619) | (8,619) | (8,619) | (8,619) | (8,619) | (299,864) |
| Supplies and office | (1,559) | (1,559) | (1,559) | (1,559) | (1,559) | (1,559) | (1,624) | (1,624) | (1,624) | (1,624) | (1,624) | (1,624) | (56,500) |
| Professional fees (ordinary course) | (47,619) | (47,619) | (47,619) | (47,619) | (47,619) | (47,619) | (49,613) | (49,613) | (49,613) | (49,613) | (49,613) | (49,613) | (1,726,089) |
| Mainenance | (844) | (844) | (844) | (844) | (844) | (844) | (879) | (879) | (879) | (879) | (879) | (879) | (30,589) |
| Employee expenses | (94,535) | (94,535) | (94,535) | (94,535) | (94,535) | (94,535) | (98,495) | (98,495) | (98,495) | (98,495) | (98,495) | (98,495) | (3,426,727) |
| Dues and subscriptions | (678) | (678) | (678) | (678) | (678) | (678) | (707) | (707) | (707) | (707) | (707) | (707) | (24,588) |
| Auto expense | (1,921) | (1,921) | (1,921) | (1,921) | (1,921) | (1,921) | (2,002) | (2,002) | (2,002) | (2,002) | (2,002) | (2,002) | (69,634) |
| Travel and entertainment | (1,769) | (1,769) | (1,769) | (1,769) | (1,769) | (1,769) | (1,843) | (1,843) | (1,843) | (1,843) | (1,843) | (1,843) | (64,112) |
| Taxes and licenses | (7,949) | (7,949) | (7,949) | (7,949) | (7,949) | (7,949) | (8,282) | (8,282) | (8,282) | (8,282) | (8,282) | (8,282) | (288,142) |
| Miscellanous | (783) | (783) | (783) | (783) | (783) | (783) | (815) | (815) | (815) | (815) | (815) | (815) | (28,370) |
| **SG&A** | **(191,095)** | **(191,095)** | **(191,095)** | **(191,095)** | **(191,095)** | **(191,095)** | **(198,505)** | **(198,505)** | **(198,505)** | **(198,505)** | **(198,505)** | **(198,505)** | **(6,923,322)** |
| **Operating income** | **22,282** | **22,282** | **22,282** | **22,282** | **22,282** | **22,282** | **23,810** | **23,810** | **23,810** | **23,810** | **23,810** | **23,810** | **811,213** |
| **Non-Operating Costs** | | | | | | | | | | | | | |
| Interest payments on DIP Facility | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (6,500) | (234,000) |
| Subchapter V Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | (3,000) |
| Debtor's Counsel Fees | - | - | (1,000) | - | - | (1,000) | - | - | (1,000) | - | - | (1,000) | (29,000) |
| **Disposable Income (month)** | **15,782** | **15,782** | **14,782** | **15,782** | **15,782** | **14,782** | **17,310** | **17,310** | **16,310** | **17,310** | **17,310** | **16,310** | **545,213** |
| **Disposable Income (cumulative)** | **366,439** | **382,221** | **397,004** | **412,786** | **428,568** | **443,350** | **460,660** | **477,971** | **494,281** | **511,592** | **528,902** | **545,213** | **545,213** |