## Exhibit B: Liquidation Analysis

| Description | Amount | Notes |
|---|---:|---|
| Cash | $ 190,614 | 100% of value |
| Accounts Receivable | $ - | Uncollectable |
| Inventory | $ 20,700 | Estimated liquidation value |
| Other Personal Property | $ 76,025 | Estimated liquidation value |
| Avoidance Actions | $ - | Estimated de minimis after costs |
| **Total Estate Assets** | $ 287,339 | |
| | | |
| **Chapter 7 Administrative Costs** | | |
| Auctioneer fees and costs | $ (29,018) | 30% of Inventory and Personal Property |
| Counsel | $ (30,000) | |
| Accountant | $ (5,000) | Estimate |
| Statutory Commission | $ (17,617) | Sec. 326 |
| Total Administrative Costs | $ (81,634) | |
| **Hypothetical Liquidation Value** | $ 205,705 | |
| | | |
| **Plan Projected Disposable Income** | $ 545,213 | |
| | | |
| Estimated Claims Pool (High) | $ 2,500,000 | |
| Estimated Claims Pool (Low) | $ 100,000 | |
| | | |
| Additional Claim in Liquidation | $ 2,500,000 | Claims otherwise addressed in Plan |

| | |
|---|---:|
| Dividend in Liquidation (Low) | 4% |
| Dividend in Liqudiation (High) | 8% |
| | |
| Dividend under Plan (Low) | 22% |
| Dividend under Plan (High) | 100% |