THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **REHME CUSTOM DOORS &** | § | **Case No. 22-50059** |
| **LIGHTING, INC. D/B/A REHME** | § | **(Chapter 11)** |
| **STEEL WINDOWS & DOORS,** | § | |
| | § | |
| **Debtor.** | § | |

**STIPULATION AND AGREED ORDER
BETWEEN DEBTOR AND THE U.S. TRUSTEE TO EXTEND
THE TEMPORARY WAIVER UNDER THE CASH MANAGEMENT ORDER**
**(This relates to Docket No. 22)**

Rehme Custom Doors & Lighting, Inc. d/b/a Rehme Steel Windows & Doors ("**Debtor**")

and the U.S. Trustee ("**UST**") hereby submit this stipulation and agreed order to extend the temporary

waiver of certain requirements of the U.S. Trustee Guidelines regarding the Debtor's use of pre-

petition bank accounts and existing cash management systems.  The Debtor and UST respectfully

request the Court enter the following stipulation and agreement as an agreed order:

**STIPULATION AND AGREEMENT**

1.      The Debtor and the UST agree that the 45-day temporary waiver of the U.S. Trustee

Guidelines in the Interim Cash Management Order at Docket No. 22 (the "**Interim Cash**

**Management Order**"), is set to expire on October 27, 2022 but the parties agree to extend that

deadline until the final hearing on the Debtor's cash management motion or as otherwise agreed by

the parties or ordered by the Court.

2.	The Debtor and the UST further agree that the Court shall retain jurisdiction over all matters related to the interpretation, implementation, and enforcement of this Stipulation and Agreed Order and the Interim Cash Management Order.

Dated: October 21, 2022.

**IT IS SO ORDERED.**

**AGREED:**

| **JONES MURRAY LLP** | **OFFICE OF THE UNITED STATES TRUSTEE** |
|---|---|
| /s/ *Erin E. Jones*<br>Erin E. Jones<br>602 Sawyer St, Suite 400<br>Houston, TX 77007<br>Phone: (831) 529-1999<br>Fax: (832) 529-3393<br>Email: erin@jonesmurray.com<br>**PROPOSED COUNSEL FOR DEBTOR** | /s/ *Aubrey L. Thomas*<br>Aubrey L. Thomas<br>615 E. Houston St., Suite 533<br>San Antonio, TX 78205<br>Phone: (210) 472-4640<br>Fax: (210) 472-4649<br>Email: aubrey.thomas@usdoj.gov<br>**COUNSEL FOR THE U.S. TRUSTEE** |